# EXHIBIT A

**Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of a Securities Class Action Lawsuit Against Grand Canyon Education, Inc.**

NEW YORK, May 12, 2020 /PRNewswire/ -- Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action lawsuit for violations of the federal securities laws in the U.S. District Court for the District of Delaware against Grand Canyon Education, Inc. ("Grand Canyon") and certain of Grand Canyon's senior executives (collectively, "Defendants") on behalf of investors in Grand Canyon common stock between January 5, 2018, and January 27, 2020, inclusive (the "Class Period").

BLB&G filed this action on behalf of its client, the City of Hialeah Employees' Retirement System, and the case is captioned *The City of Hialeah Employees' Retirement System v. Grand Canyon Education, Inc.*, No. 1:20-cv-00639 (D. Del.). The complaint is based on an extensive proprietary investigation and a careful evaluation of the merits of this case. A copy of the complaint is available on BLB&G's website by clicking here.

Grand Canyon's Alleged Fraud

Grand Canyon is an education services company incorporated in the State of Delaware. The claims alleged in this case arise from Defendants' misrepresentations and omissions regarding Grand Canyon's spin-off of its education assets to become purported non-profit, independent entity Grand Canyon University ("GCU").

The complaint alleges that Defendants inflated Grand Canyon's financial results by using GCU as an off-balance-sheet entity to which Grand Canyon was able to funnel expenses and costs in exchange for a disproportionate amount of revenue. Defendants repeatedly made false and misleading statements to investors describing GCU as a "non-profit" and "independent" institution and misstating Grand Canyon's role as a third-party provider of education services. As a result of Defendants' misrepresentations, shares of Grand Canyon's common stock traded at artificially inflated prices during the Class Period.

The truth emerged through a series of disclosures beginning on September 9, 2019, when short seller Citron Research published a report examining Grand Canyon's financials and concluding that the Company "is stuffing GCU with expenses to inflate its own profitability and as a result bankrupting GCU."

Then, after the close of market on November 6, 2019, Grand Canyon announced that it had received a letter from the U.S. Department of Education ("DOE") denying its application for designation of GCU as a non-profit. That denial was based on the DOE's finding that GCU was Grand Canyon's "captive client" and GCU "is not the entity *actually operating* [GCU]" (emphasis in the original).

Finally, on January 28, 2020, Citron Research published a second report expanding on the DOE's findings, and citing hundreds of pages of supporting documentation from Grand Canyon that Citron obtained through the Freedom of Information Act. That report described Grand Canyon as the "educational Enron," using a "captive non-reporting subsidiary" to "dump expenses and liabilities, while receiving a disproportionate amount of revenue at inflated margins in order to artificially inflate the stock price." As a result of these disclosures, the price of Grand Canyon common stock declined precipitously.

f you wish to serve as Lead Plaintiff for the Class, you must file a motion with the Court no later than July 13, 2020, which is the first business day on which the U.S. District Court for the District of Delaware is open that is 60 days after the publication date of May 12, 2020. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

**If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Avi Josefson of BLB&G at (212) 554-1493, or via e-mail at avi@blbglaw.com.**

**Contact**
**Avi Josefson**
**Bernstein Litowitz Berger & Grossmann LLP**
**1251 Avenue of the Americas, 44th Floor**
**New York, New York 10020**
**(212) 554-1493**
**avi@blbglaw.com**

# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

CONSTRUCTION INDUSTRY LABORERS PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10 day of July, 2020.

CONSTRUCTION INDUSTRY LABORERS
PENSION FUND

By: _____
Patrick Pryor, Chairman

GRAND CANYON

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/07/2018 | 800 | $118.64 |
| 08/15/2018 | 300 | $117.93 |
| 08/24/2018 | 400 | $119.95 |
| 09/20/2018 | 300 | $109.96 |
| 12/12/2018 | 1,258 | $111.67 |
| 05/10/2019 | 3,300 | $117.86 |
| 06/07/2019 | 253 | $125.94 |
| 06/07/2019 | 916 | $126.01 |
| 06/10/2019 | 899 | $125.95 |
| 06/11/2019 | 230 | $124.12 |
| 06/27/2019 | 355 | $116.89 |
| 06/28/2019 | 393 | $118.35 |
| 07/26/2019 | 130 | $127.06 |
| 07/29/2019 | 402 | $127.38 |
| 07/30/2019 | 20 | $128.51 |
| 08/08/2019 | 622 | $124.65 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 10/15/2018 | 500 | $115.68 |
| 02/11/2019 | 640 | $93.73 |
| 02/20/2019 | 1,254 | $96.80 |
| 02/28/2019 | 664 | $114.57 |

Prices listed are rounded to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Klein v. Altria Group, Inc.*, No. 2:19-cv-05579 (E.D.N.Y.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2020.

CONSTRUCTION LABORERS PENSION
TRUST OF GREATER ST. LOUIS

By: *Don Willey*
Donald Willey, Chairman

GRAND CANYON

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/07/2019 | 353 | $125.94 |
| 06/07/2019 | 1,279 | $125.97 |
| 06/10/2019 | 1,256 | $125.91 |
| 06/11/2019 | 321 | $124.08 |
| 06/27/2019 | 496 | $116.85 |
| 06/28/2019 | 549 | $118.31 |
| 07/26/2019 | 182 | $127.02 |
| 07/29/2019 | 559 | $127.34 |
| 07/30/2019 | 28 | $128.47 |
| 08/08/2019 | 861 | $124.61 |

Prices listed are rounded to two decimal places.

# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Construction Industry Laborers Pension Fund** | 08/07/2018 | 800 | $118.64 | $94,913.04 | 10/15/2018 | 500 | $115.68 | $57,839.25 | |
| | 08/15/2018 | 300 | $117.93 | $35,377.80 | 02/11/2019 | 640 | $93.73 | $59,986.61 | |
| | 08/24/2018 | 400 | $119.95 | $47,980.56 | 02/20/2019 | 1,254 | $96.80 | $121,385.62 | |
| | 09/20/2018 | 300 | $109.96 | $32,989.38 | 02/28/2019 | 664 | $114.57 | $76,071.90 | |
| | 12/12/2018 | 1,258 | $111.67 | $140,476.58 | 03/27/2020 | 578 | $71.18 | $41,143.79 | |
| | 05/10/2019 | 3,300 | $117.86 | $388,931.40 | held | 6,942 | $76.90 | $533,858.27 | |
| | 06/07/2019 | 253 | $125.94 | $31,862.83 | | | | | |
| | 06/07/2019 | 916 | $126.01 | $115,425.07 | | | | | |
| | 06/10/2019 | 899 | $125.95 | $113,231.66 | | | | | |
| | 06/11/2019 | 230 | $124.12 | $28,546.82 | | | | | |
| | 06/27/2019 | 355 | $116.89 | $41,497.23 | | | | | |
| | 06/28/2019 | 393 | $118.35 | $46,512.49 | | | | | |
| | 07/26/2019 | 130 | $127.06 | $16,518.28 | | | | | |
| | 07/29/2019 | 402 | $127.38 | $51,205.35 | | | | | |
| | 07/30/2019 | 20 | $128.51 | $2,570.17 | | | | | |
| | 08/08/2019 | 622 | $124.65 | $77,534.60 | | | | | |
| | | **10,578** | | **$1,265,573.26** | | **10,578** | | **$890,285.44** | **($375,287.82)** |
| **Construction Laborers Pension Trust of Greater St. Louis** | 06/07/2019 | 353 | $125.94 | $44,455.06 | 03/27/2020 | 984 | $71.22 | $70,085.01 | |
| | 06/07/2019 | 1,279 | $125.97 | $161,115.50 | 03/27/2020 | 191 | $71.66 | $13,687.06 | |
| | 06/10/2019 | 1,256 | $125.91 | $158,146.60 | 03/27/2020 | 705 | $71.27 | $50,245.35 | |
| | 06/11/2019 | 321 | $124.08 | $39,828.59 | held | 4,004 | $76.90 | $307,918.26 | |
| | 06/27/2019 | 496 | $116.85 | $57,959.39 | | | | | |
| | 06/28/2019 | 549 | $118.31 | $64,953.51 | | | | | |
| | 07/26/2019 | 182 | $127.02 | $23,118.31 | | | | | |
| | 07/29/2019 | 559 | $127.34 | $71,181.10 | | | | | |
| | 07/30/2019 | 28 | $128.47 | $3,597.12 | | | | | |
| | 08/08/2019 | 861 | $124.61 | $107,292.40 | | | | | |
| | | **5,884** | | **$731,647.57** | | **5,884** | | **$441,935.67** | **($289,711.90)** |
| **Movants' Total** | | **16,462** | | **$1,997,220.83** | | **16,462** | | **$1,332,221.12** | ***($664,999.71)*** |

Calculated pursuant to 15 U.S.C. §78u-4(e)(1) and (2)

Prices listed are rounded to two decimal places.

# EXHIBIT D

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| THE CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND CANYON EDUCATION, INC., et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-00639-MN<br><br>CLASS ACTION |
| GRANT WALSH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND CANYON EDUCATION, INC., et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-00801-MN<br><br>CLASS ACTION |

JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

We, the representatives of Construction Industry Laborers Pension Fund and Construction Laborers Pension Trust of Greater St. Louis (collectively, the "Construction Laborers Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1. We respectfully submit this Declaration in support of the Construction Laborers Pension Funds' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 and for approval of our selection of Robbins Geller Rudman & Dowd LLP as lead counsel. We each have personal knowledge about the information in this Declaration relating to our own activities, actions, and beliefs.

2. I, Patrick Pryor, am the Chairman of the Construction Industry Laborers Pension Fund and am authorized to make this declaration. Based in Kansas City, Missouri, the Construction Industry Laborers Pension Fund is a multi-employer defined benefit pension plan with over $800 million in assets under management overseen by a Board of Trustees. As reflected in its certification, the Construction Industry Laborers Pension Fund purchased shares of Grand Canyon Education, Inc. common stock during the Class Period and suffered harm as a result of the alleged violations of the federal securities laws in this action.

3. I, Donald Willey, am the Chairman of the Construction Laborers Pension Trust of Greater St. Louis and am authorized to make this declaration. Based in St. Louis, Missouri, the Construction Laborers Pension Trust of Greater St. Louis is a multi-employer defined benefit pension plan with over $800 million in assets under management overseen by a Board of Trustees. As reflected in its certification, the Construction Laborers Pension Trust of Greater St. Louis purchased shares of Grand Canyon Education, Inc. common stock during the Class Period and suffered harm as a result of the alleged violations of the federal securities laws in this action.

4. Participants of the Construction Laborers Pension Funds and the signatories hereto are members of the same trade union of qualified and trained construction industry laborers, the Laborers International Union of North America (LIUNA), and are members of the same regional district council. In addition, the Construction Laborers Pension Funds have a demonstrated ability to cooperate together by virtue of, among other things, existing reciprocity agreements which mutually recognize service and benefits among each funds' beneficiaries. The Construction Laborers Pension Funds also have a common investment consultant. The undersigned representatives of the Construction Laborers Pension Funds also have a longstanding pre-existing familiarity with one another and contacted one another about serving together as lead plaintiff in this case.

5. Before filing the motion, the undersigned representatives of the Construction Laborers Pension Funds discussed – without proposed lead counsel present – the fact that the funds suffered substantial losses in Grand Canyon Education stock during the Class Period and agreed that jointly seeking appointment as lead plaintiff is in the class's best interest in this case. The decision was based on the fact that the representatives of the Construction Laborers Pension Funds have a pre-existing familiarity with one another, the Construction Laborers Pension Funds currently collaborate on issues of mutual significance (like reciprocity agreements), the Construction Laborers Pension Funds have complementary trading patterns and losses in Grand Canyon Education stock throughout the duration of the Class Period that will ensure broad representation of the class as the case develops throughout the pleading and pre-trial phase, the Construction Laborers Pension Funds can share resources in overseeing the case and ensure continuity of representation throughout the litigation, and that the Construction Laborers Pension Funds have selected a single law firm, Robbins Geller, to prosecute this case on behalf of the class.

6.  We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware that the lead plaintiff's responsibilities include interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing and able to undertake these responsibilities on behalf of the class.

7.  We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as Lead Counsel based on the firm's extensive securities litigation experience and success on behalf of investors in federal securities class actions, the firm's recovery of tens of billions of dollars on behalf of defrauded investors in complex securities cases like this, and the firm's proven ability to take complex securities cases like this to trial if necessary.

I, Patrick Pryor, declare under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2020.

CONSTRUCTION INDUSTRY LABORERS<br>
PENSION FUND<br>
By: Patrick Pryor, Chairman

I, Donald Willey, declare under penalty of perjury that the foregoing is true and correct. Executed on July __, 2020.

CONSTRUCTION LABORERS PENSION<br>
TRUST OF GREATER ST. LOUIS<br>
By: Donald Willey, Chairman

- 3 -

6. We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware that the lead plaintiff's responsibilities include interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing and able to undertake these responsibilities on behalf of the class.

7. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as Lead Counsel based on the firm's extensive securities litigation experience and success on behalf of investors in federal securities class actions, the firm's recovery of tens of billions of dollars on behalf of defrauded investors in complex securities cases like this, and the firm's proven ability to take complex securities cases like this to trial if necessary.

I, Patrick Pryor, declare under penalty of perjury that the foregoing is true and correct. Executed on July __, 2020.

CONSTRUCTION INDUSTRY LABORERS
PENSION FUND
By: Patrick Pryor, Chairman

I, Donald Willey, declare under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2020.

*/s/ Don Willey*
CONSTRUCTION LABORERS PENSION
TRUST OF GREATER ST. LOUIS
By: Donald Willey, Chairman
