# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND CANYON EDUCATION, INC., BRIAN E. MUELLER, and DANIEL E. BACHUS,<br><br>Defendants. | Civ. A. No. 1:20-cv-00639-MN |

*Caption continued on next page.*

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF FIRE AND POLICE PENSION ASSOCIATION OF COLORADO, OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, AND OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| Jeffrey W. Golan<br>Jeffrey B. Gittleman<br>Chad A. Carder<br>**BARRACK, RODOS & BACINE**<br>3300 Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-0600 | Gregory V. Varallo (Bar No. 2242)<br>**BERNSTEIN LITOWITZ BERGER<br>&  GROSSMANN LLP**<br>500 Delaware Avenue<br>Suite 901<br>Wilmington, DE 19801<br>Tel: (302) 364-3601 |

[Additional counsel appear on signature page]

*Counsel for Proposed Lead Plaintiff Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust, and Proposed Lead Counsel for the Class*

Dated: August 3, 2020

| | |
|---|---|
| GRANT WALSH, individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>   v. <br><br> GRAND CANYON EDUCATION, INC., BRIAN E. MUELLER, and DANIEL E. BACHUS, <br><br>     Defendants. | Civ. A. No. 1:20-cv-00801-MN |

Colorado FPPA and Oakland County respectfully submit this reply in further support of their unopposed motion for appointment as Lead Plaintiff, approval of their selection of Lead Counsel, and consolidation of the Related Actions. *See* D.I. 13.[1]

Colorado FPPA and Oakland County are the presumptive Lead Plaintiff in this action. On July 13, 2020, Colorado FPPA and Oakland County filed a timely motion under the PSLRA seeking appointment as Lead Plaintiff. In addition to Colorado FPPA and Oakland County's motion, three other motions seeking appointment as Lead Plaintiff were filed by movants Walsh, Construction Laborers Group, and Lageson.[2] In recognition that Colorado FPPA and Oakland County have the largest financial interest of any movant and are otherwise adequate to represent the Class, the movant with the second largest financial interest, the Construction Laborers Group, withdrew its motion. *See* D.I. 25. The remaining two movants—Lageson and Walsh—failed to oppose Colorado FPPA and Oakland County's motion by the July 27, 2020 deadline. As a result, Lageson and Walsh have abandoned their motions. *See Sklar v. Amarin Corp. PLC*, 2014 WL 3748248, at *4 (D.N.J. July 29, 2014) (competing movants "abandoned their motions by not otherwise fil[ing] any additional papers indicating any opposition"). Accordingly, Colorado FPPA and Oakland County's motion is unopposed.

Colorado FPPA and Oakland County indisputably have the "largest financial interest" in this litigation. *See* D.I. 26 at 5-6. In addition to asserting the "largest financial interest" in these claims, Colorado FPPA and Oakland County also satisfy the typicality and adequacy requirements of Rule 23. *See* D.I. 15 at 8-9; D.I. 26 at 9-12. Further, as set forth in the Joint Declaration

---

[1] All citations to "D.I." are to the docket in the *Hialeah* action. All capitalized terms are defined in Colorado FPPA and Oakland County's opening and opposition briefs, unless otherwise indicated. *See* D.I. 15, 26.

[2] *See* D.I. 14, 16, 22. Walsh, Construction Laborers Group, and Lageson all agree that consolidation of the Related Actions is appropriate. *See id.*

submitted with their motion, Colorado FPPA and Oakland County—sophisticated institutional investors that collectively manage over $8 billion in assets—have been working collaboratively to oversee this action since before they filed their motion, have prior lead plaintiff experience to adequately oversee counsel and ensure that the Class's claims are vigorously and efficiently prosecuted, fully understand the Lead Plaintiff's obligations under the PSLRA, and have affirmed their commitment to achieving the best possible result for the Class. *See* D.I. 21-3.

Accordingly, Colorado FPPA and Oakland County respectfully request that the Court appoint them as Lead Plaintiff and otherwise grant their motion.

Dated: August 3, 2020

OF COUNSEL:

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Hannah Ross
(hannah@blbglaw.com)
Avi Josefson
(avi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 554-1400
Fax:  (212) 554-1444

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan
(jgolan@barrack.com)
Jeffrey B. Gittleman
(jgittleman@barrack.com)
Chad A. Carder
(ccarder@barrack.com)
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
(greg.varallo@blbglaw.com)
500 Delaware Avenue
Suite 901
Wilmington, DE 19801
Tel:  (302) 364-3601

*Counsel for Proposed Lead Plaintiff Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust, and Proposed Lead Counsel for the Class*

Tel: (215) 963-0600
Fax: (215) 963-0838

*Counsel for Proposed Lead Plaintiff Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust, and Proposed Lead Counsel for the Class*