**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.

/s/ Peter H. Kyle
Peter H. Kyle (DE Bar No. 5918)