

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Ronald N. Brown, III
ronald.brown@dlapiper.com
T  302.468.5665
F  302.397.2505

January 13, 2021

<u>*Via CM/ECF and Hand Delivery*</u>

The Honorable Christopher J. Burke
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555

      Re:   *In re Grand Canyon Educ., Inc. Sec. Litig.*
              <u>**C.A. No. 1:20-cv-00639 MN-CJB**</u>

Dear Judge Burke:

      We represent the Defendants in the above-captioned litigation, and we write on behalf of all parties in response to the Court's December 23, 2020 Amended Oral Order requesting a joint letter regarding the schedule for this case.

      In light of Defendants' pending motion to dismiss and the statutorily mandated stay of discovery under the federal securities laws during the pendency of Defendants' motion to dismiss, 15 U.S.C. 78u-4(b)(3)(b), the parties do not believe any further schedule needs to be set in this case at this time.

      Counsel remain available at the Court's convenience, if Your Honor has any questions.

Sincerely,

*/s/ Ronald N. Brown, III* (I.D. No. 4831)

Ronald N. Brown, III
RB:cg
cc: Counsel of Record (via CM/ECF)