# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil. Action. No. 1:20-cv-00639-MN-CJB |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Defendants Grand Canyon Education, Inc. ("GCE"), Brian E. Mueller, and Daniel E. Bachus ("Defendants"), pursuant to Local Rule 7.1.4, respectfully request oral argument before the Court in connection with Defendants' Motion to Dismiss (DCKT 36). All briefing on the Motion to Dismiss has been completed (DCKT 37, 43, 44).

Dated: Wilmington, Delaware
       March 24, 2021

**DLA PIPER LLP (US)**

 */s/ Ronald N. Brown, III*
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
(302) 394-2341 (Fax)
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
Samuel C. Feldman (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com
sam.feldman@alston.com

*Counsel for Defendants*