**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

**JOINT MOTION FOR ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING PLAINTIFFS LEAVE TO AMEND**

Pursuant to Federal Rules of Civil Procedure 15 and 72, Defendants Grand Canyon Education, Inc., Brian E. Mueller, and Daniel E. Bachus (the "Defendants") and Lead Plaintiffs the Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively, "Plaintiffs" and together with Defendants, the "Parties"), hereby jointly move for an Order adopting Magistrate Judge Burke's August 9, 2021 Report and Recommendation (D.I. 50) and granting Plaintiffs leave to file an amended complaint in this Court.

In support of their joint motion, the Parties state as follows:

1.    On October 10, 2020, Plaintiffs filed their Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint") (D.I. 34), which Defendants moved to dismiss (D.I. 36-37, 43-44).

2.    On August 9, 2021, Magistrate Judge Burke issued a Report and Recommendation (the "Report") recommending that the Court dismiss the Complaint without prejudice and grant Plaintiffs leave to amend within 14 days (D.I. 50).

3.    Consistent with this Court's prior guidance, *see* Order Adopting Report and Recommendation, *In re Pattern Energy Group, Inc. Sec. Litig.*, No. 20-275 (MN) (JLH) (D. Del. Feb. 26, 2021), ECF No. 74, n.4, neither Plaintiffs nor Defendants will be filing objections to the Report.

4.      Plaintiffs have requested Defendants' consent for leave to file an amended complaint in this Court to address the deficiencies identified in the Report on or before September 28, 2021, and Defendants have consented in writing to Plaintiff's request.

5.      A proposed Order granting the Parties' Joint Motion is attached for the Court's consideration.

Respectfully submitted this 23rd day of August, 2021.

/s/ Gregory V. Varallo
Gregory V. Varallo (DE Bar No. 2242)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
500 Delaware Avenue
Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com

Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
katiem@blbglaw.com
michael.mathai@blbglaw.com
benjamin.horowitz@blbglaw.com

*Counsel for Lead Plaintiff
and the Putative Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Jeffrey B. Gittleman (*pro hac vice*)
Chad A. Carder (*pro hac vice*)
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

/s/ Ronald N. Brown
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
(302) 394-2341 (Fax)
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
Evan Glustrom (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com
evan.glustrom@alston.com

*Counsel for Defendants*

Facsimile: (215) 963-0838
jgolan@barrack.com
jgittleman@barrack.com
ccarder@barrack.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD**
**& TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs*
*Oakland County Employees' Retirement*
*System and Oakland County Voluntary*
*Employees' Beneficiary Association Trust*