UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING PLAINTIFFS LEAVE TO AMEND**

WHEREAS, on August 9, 2021, Magistrate Judge Burke issued a Report and Recommendation (the "Report") recommending the Court grant Defendants' motion to dismiss and permit Plaintiffs to file an amended complaint within 14 days to correct the deficiencies identified in the Report (D.I. 50);

WHEREAS, Defendants have consented in writing to Plaintiff's request for leave to file an amended complaint to correct the deficiencies identified in the Report on or before September 28, 2021; and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 23rd day of August 2021 that the Report is ADOPTED, Defendants' Motion to Dismiss (D.I. 36) is GRANTED, and the complaint filed against Defendants (D.I. 34) is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiffs may file an amended complaint in this Court to correct the deficiencies outlined in the Report on or before September 28, 2021.  Failure to do so against any Defendant will result in the Court dismissing said Defendant from this case.

_____
The Honorable Maryellen Noreika
United States District Judge