**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO
AMEND AND SETTING SCHEDULE FOR DEFENDANTS' RESPONSES TO THE
SECOND AMENDED CONSOLIDATED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6 and 15, Defendants Grand Canyon Education, Inc., Brian E. Mueller, and Daniel E. Bachus (the "Defendants") and Lead Plaintiffs the Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively, "Plaintiffs" and together with Defendants, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on October 20, 2020, Plaintiffs filed the Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint") (D.I. #34), which Defendants moved to dismiss (D.I. 36-37, 43-44);

WHEREAS, on August 9, 2021, Magistrate Judge Burke issued a Report and Recommendation (the "Report") recommending that the Court dismiss the Complaint without prejudice and grant Plaintiffs leave to amend within 14 days (D.I. #50);

WHEREAS, on August 23, 2021, the Court entered an Order adopting the Report and permitting Plaintiffs to file an amended complaint on or before September 28, 2021 (D.I. #54);

WHEREAS, on September 28, 2021, Plaintiffs filed the Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (D.I. #55);

WHEREAS, Defendants provided to Plaintiffs certain non-public documents that Defendants contend relate to the allegations in the Amended Complaint based on statements by Karen Solinski; and

WHEREAS, Defendants have consented to Plaintiffs' request to revise their Amended Complaint to address those documents;

NOW, THEREFORE, the Parties hereby stipulate and agree and respectfully request that the Court enter an Order as follows:

1.      Plaintiffs shall be permitted to file a revised Amended Complaint on or before January 7, 2021 to address the documents provided by Defendants that Defendants contend relate to the allegations in the Amended Complaint, along with a redlined version of the revised Amended Complaint;

2.      Defendants shall have until February 11, 2022 to move to dismiss, answer, or otherwise respond to Plaintiffs' Second Amended Complaint;

3.      Should Defendants move to dismiss Plaintiffs' Second Amended Complaint, Plaintiffs shall file their response to the motion on or before March 21, 2022 and Defendants shall file their reply in support of their motion to dismiss on or before April 11, 2022.

Respectfully submitted this 2nd day of December 2021.

<table>
<tr><td>

/s/ Gregory V. Varallo
Gregory V. Varallo (DE Bar No. 2242)
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
500 Delaware Avenue
Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com


Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

</td><td>

/s/ Ronald N. Brown, III
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
(302) 394-2341 (Fax)
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com


John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
Evan Glustrom (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000

</td></tr>
</table>

2

hannah@blbglaw.com
katiem@blbglaw.com
michael.mathai@blbglaw.com
benjamin.horowitz@blbglaw.com

*Counsel for Lead Plaintiff
and the Putative Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Jeffrey B. Gittleman (*pro hac vice*)
Chad A. Carder (*pro hac vice*)
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
jgittleman@barrack.com
ccarder@barrack.com

*Counsel for Lead Plaintiffs
and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD
& TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs
Oakland County Employees' Retirement
System and Oakland County Voluntary
Employees' Beneficiary Association Trust*

Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com
evan.glustrom@alston.com

*Counsel for Defendants*

SO ORDERED this _____ day of _____ 2021.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

3