**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

**STIPULATION AND [PROPOSED] ORDER GRANTING AMENDED BRIEFING
SCHEDULE FOR MOTION TO DISMISS THE
AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6, Lead Plaintiffs the Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively, "Plaintiffs") and Defendants Grand Canyon Education, Inc., Brian E. Mueller, and Daniel E. Bachus (the "Defendants," and together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on September 28, 2021, Plaintiffs filed the Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (D.I. #55);

WHEREAS, on December 2, 2021, the Court ordered that Plaintiffs be permitted to file a revised Amended Complaint on or before January 7, 2022; that Defendants shall have until February 11, 2022 to move to dismiss, answer, or otherwise respond to Plaintiffs' Amended Complaint; and, should Defendants move to dismiss Plaintiffs' Amended Complaint, Plaintiffs shall file their response to the motion on or before March 21, 2022 and Defendants shall file their reply in support of their motion to dismiss on or before April 11, 2022 (D.I. #58);

WHEREAS, Plaintiffs have experienced unexpected delays in revising the Amended Complaint, including delays arising from COVID-19-related school closures; and

WHEREAS, Defendants have consented to Plaintiffs' request for a modest extension of the schedule for the filing of the Amended Complaint and requested a further modest extension of the briefing of any motion to dismiss the Amended Complaint;

NOW, THEREFORE, the Parties hereby stipulate and agree and respectfully request that the Court enter an Order as follows:

1.      Plaintiffs shall be permitted to file the Amended Complaint on or before January 21, 2022, along with a redlined version of the revised Amended Complaint;

2.      Defendants shall have until March 15, 2022 to move to dismiss, answer, or otherwise respond to Plaintiffs' Amended Complaint;

3.      Should Defendants move to dismiss Plaintiffs' Amended Complaint, Plaintiffs shall file their response to the motion on or before May 6, 2022 and Defendants shall file their reply in support of their motion to dismiss on or before May 27, 2022.

Respectfully submitted this 5th day of January, 2022.

| | |
|---|---|
| /s/ Gregory V. Varallo | /s/ Peter H. Kyle |
| Gregory V. Varallo (DE Bar No. 2242) | Ronald N. Brown, III (DE Bar No. 4831) |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | Peter H. Kyle (DE Bar No. 5918) |
| 500 Delaware Avenue | **DLA PIPER LLP (US)** |
| Suite 901 | 1201 North Market Street, Suite 2100 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 364-3600 | (302) 468-5700 |
| greg.varallo@blbglaw.com | (302) 394-2341 (Fax) |
| | ronald.brown@dlapiper.com |
| | peter.kyle@dlapiper.com |
| Hannah G. Ross | |
| Katherine M. Sinderson (*pro hac vice*) | John L. Latham (*pro hac vice*) |
| Michael M. Mathai (*pro hac vice*) | Cara M. Peterman (*pro hac vice*) |
| Benjamin W. Horowitz (*pro hac vice*) | Timothy J. Fitzmaurice (*pro hac vice*) |
| 1251 Avenue of the Americas | Evan Glustrom (*pro hac vice*) |
| New York, NY 10020 | **ALSTON & BIRD LLP** |
| Telephone: (212) 554-1400 | One Atlantic Center |
| Facsimile: (212) 554-1444 | 1201 West Peachtree Street |
| hannah@blbglaw.com | Suite 4900 |
| katiem@blbglaw.com | Atlanta, GA 30309 |
| michael.mathai@blbglaw.com | Telephone: (404) 881-7000 |
| benjamin.horowitz@blbglaw.com | Facsimile: (404) 881-7777 |
| | john.latham@alston.com |
| | cara.peterman@alston.com |
| | tim.fitzmaurice@alston.com |
| | evan.glustrom@alston.com |
| *Counsel for Lead Plaintiff* | *Counsel for Defendants* |

2

*and the Putative Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Jeffrey B. Gittleman (*pro hac vice*)
Chad A. Carder (*pro hac vice*)
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
jgittleman@barrack.com
ccarder@barrack.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD**
**& TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs*
*Oakland County Employees' Retirement*
*System and Oakland County Voluntary*
*Employees' Beneficiary Association Trust*

　　　　SO ORDERED this _____ day of January, 2022.


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Christopher J. Burke
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.


/s/ Benjamin W. Horowitz
Benjamin W. Horowitz