**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Grand Canyon Education, Inc., Brian E. Mueller and Daniel E. Bachus (the "Defendants"), by their undersigned counsel, respectfully move to dismiss all claims asserted against them in Plaintiffs' Second Amended Consolidated Complaint for Violations of the Federal Securities Laws, dated January 21, 2022 (DCKT #60), for failure to state a claim.  In support of their motion, Defendants refer to and rely upon the attached memorandum of law and accompanying exhibits.

A proposed form of order granting Defendants the relief requested in this motion is attached for the Court's convenience.

Respectfully submitted this 15th day of March, 2022.

**DLA PIPER LLP (US)**

**OF COUNSEL:**

 */s/ Ronald N. Brown, III*

John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
Evan N. Glustrom (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7000
(404) 881-7777 (Fax)
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com
evan.glustrom@alston.com

Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
(302) 394-2341 (Fax)
ronald.brown@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Counsel for Defendants*