Case 1:20-cv-00639-JLH-CJB    Document 63    Filed 03/15/22    Page 1 of 2 PageID #: 2448

FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

## DECLARATION OF RONALD N. BROWN, III

I, Ronald N. Brown, III, hereby declare as follows:

1. I am an attorney at DLA Piper LLP (US), counsel for the Defendants, and I have personal knowledge of the facts set forth herein.

2. Attached hereto are true and correct copies of the following:

**Exhibit 1:** Letter from C. Peterman to K. Sinderson on November 16, 2021 and accompanying exhibits, which was referenced on page 1 of the SAC.

**Exhibit 2:** Email from K. Peterson to Barbara Gellman-Danley on February 19, 2018 including attachments, which was referenced in ¶ 90 of the SAC.

**Exhibit 3:** Complaint filed on September 3, 2020 in Karen Solinski v. The Higher Learning Commission and Barbara Gellman-Danley, 1:20-cv-05236, Northern District of Illinois, which was referenced in footnote 2, ¶ 90 of the SAC.

**Exhibit 4:** Karen Solinski's Complaint to the Illinois Department of Human Rights dated June 25, 2019 which was filed as Exhibit 1 to the Higher Learning Commission and Barbara Gellman-Danley's Memorandum in Support of Motion to Dismiss Complaint filed on October 30, 2020 in Karen Solinski v. The Higher Learning Commission and Barbara Gellman-Danley, 1:20-cv-05236, Northern District of Illinois, which was referenced in footnote 2, ¶ 90 of the SAC.

**Exhibit 5:** Grand Canyon Education, Current Report (Form 8-K) filed on July 2, 2018, which was referenced in ¶¶ 130-132, 134, 279, 285, 288, and 304 of the SAC.

**Exhibit 6:**  Grand Canyon Education, Quarterly Report (Form 10-Q) Ex. 2.1 (November 8, 2018), which was referenced in ¶¶ 286, 287, and 322 of the SAC.

**Exhibit 7:**  Grand Canyon Education, Current Report (Form 8-K) (Jan. 5, 2018), which was referenced in ¶¶ 4, 79, 266, 297, 298, and 299 of the SAC.

Respectfully submitted this 15th day of March, 2022.

> _/s/_ Ronald N. Brown III
> Ronald N. Brown, III (DE Bar No. 4831)
> Peter H. Kyle (DE Bar No. 5918)
> **DLA PIPER LLP (US)**
> 1201 North Market Street, Suite 2100
> Wilmington, Delaware 19801
> Telephone:  (302) 468-5700
> Facsimile:  (302) 394-2341
> ronald.brown@dlapiper.com
> peter.kyle@dlapiper.com
>
> John L. Latham (_pro hac vice_)
> Cara M. Peterman (_pro hac vice_)
> Timothy J. Fitzmaurice (_pro hac vice_)
> Evan N. Glustrom (_pro hac vice_)
> **ALSTON & BIRD LLP**
> One Atlantic Center
> 1201 West Peachtree Street, Suite 4900
> Atlanta, GA 30309
> Telephone: (404) 881-7000
> Facsimile: (404) 881-7777
> john.latham@alston.com
> cara.peterman@alston.com
> tim.fitzmaurice@alston.com
> evan.glustrom@alston.com
>
> _Counsel for Defendants_

2