**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING MOTION TO
DISMISS OPPOSITION AND REPLY PAGE LIMITS AND REPLY SCHEDULE**

Lead Plaintiffs the Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively, "Plaintiffs") and Defendants Grand Canyon Education, Inc., Brian E. Mueller, and Daniel E. Bachus (the "Defendants," and together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on January 21, 2022, Plaintiffs filed the Second Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "SAC") (D.I. #60);

WHEREAS, on March 15, 2022, Defendants filed a motion to dismiss the SAC (the "Motion") (D.I. #61), together a supporting memorandum (the "Opening Brief") (D.I. #62) and declaration with exhibits (D.I. #63);

WHEREAS, Plaintiffs' memorandum in opposition to the Motion (the "Opposition") is due to be filed on May 6, 2022, and Defendants' reply memorandum in further support of the Motion (the "Reply") is due to be filed on May 27, 2022;

WHEREAS, pursuant to District of Delaware Local Rule 7.1.3(a)(4), the page limit for Plaintiffs' Opposition is 20 pages, and the page limit for Defendants' Reply is 10 pages;

WHEREAS, Plaintiffs requested that Defendants consent to a 5-page extension of the 20-page limit for the Opposition so that Plaintiffs may respond to arguments raised in the Opening Brief; and

WHEREAS, Defendants have consented to Plaintiffs' request for a 5-page extension for the Opposition in exchange for a 5-page extension of the page limit for Defendants' Reply, and a 1-week extension of the deadline for Defendants to file the Reply;

NOW, THEREFORE, the Parties hereby stipulate and agree and respectfully request that the Court enter an Order as follows:

1.    Plaintiffs shall be permitted to file a 25-page Opposition.

2.    Defendants shall be permitted to file a 15-page Reply.

3.    The deadline for Defendants to file their Reply shall be extended to June 3, 2022.

Respectfully submitted this 2nd day of May, 2022.

<table>
<tr><td>

*/s/ Gregory V. Varallo*

Gregory V. Varallo (DE Bar No. 2242)
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
500 Delaware Avenue
Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com

Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
katiem@blbglaw.com
michael.mathai@blbglaw.com
benjamin.horowitz@blbglaw.com

*Counsel for Lead Plaintiff*

</td><td>

*/s/ Peter H. Kyle*

Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
(302) 394-2341 (Fax)
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
Evan Glustrom (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com
evan.glustrom@alston.com

*Counsel for Defendants*

</td></tr>
</table>

*and Lead Counsel for the Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Jeffrey B. Gittleman (*pro hac vice*)
Chad A. Carder (*pro hac vice*)
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
jgittleman@barrack.com
ccarder@barrack.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD**
**& TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs*
*Oakland County Employees' Retirement*
*System and Oakland County Voluntary*
*Employees' Beneficiary Association Trust*

SO ORDERED this _____ day of _____, 2022.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

3