## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.

*/s/ Gregory V. Varallo*
Gregory V. Varallo