**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
| --- | --- |
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-MN-CJB |

**DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF
LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Katherine M. Sinderson, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this matter.  I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP.  I submit this declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint for Violations of the Federal Securities Laws.

2.     Attached as Exhibit 1 is a true and correct copy of a letter regarding Karen Solinski's career and responsibilities at the Higher Learning Commission ("HLC") signed by Sarah Byrne, the Director of Human Resources and Operations at HLC, which is referenced at Paragraph 43 of the Complaint.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of May, 2022.

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson

1