# EXHIBIT 1



230 South LaSalle Street, Suite 7-500
Chicago, IL 60604-1411
312.263.0456 | 800.621.7440
Fax: 312.263.7462 | hlcommission.org

To Whom it May Concern:

Karen Peterson Solinski was employed at the Higher Learning Commission (HLC) from 1981 until February 28, 2018. During that time, she received several promotions. At the time of her departure from HLC, she served as the Executive Vice President for Legal and Governmental Affairs.

As Executive Vice President for Legal and Governmental Affairs, Ms. Solinski had numerous responsibilities, including:

- Leading HLC's preparation for recognition reviews related to the U.S. Department of Education and the Council for Higher Education Accreditation and appearing before or responding to these groups.

- Participating in policy discussions at a regional or national level as requested by HLC and working with others to prepare written published materials on behalf of the organization.

- Overseeing and managing HLC's Change of Control process.

- Advising the agency, including the Board of Trustees, regarding numerous policy matters and individual institutional cases.

- Managing staff in the legal and governmental affairs department.

Thank you.

Sarah Byrne
Director of Human Resources and Operations