## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-00639-MN-CJB |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I caused the Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint for Violations of The Federal Securities Laws (Dkt. No. 66), and supporting Declaration of Katherine M. Sinderson, filed herewith, to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

Dated: May 6, 2022

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
Facsimile: (302) 364-3610
E-mail: greg.varallo@blbglaw.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*