## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

*In re Grand Canyon Education, Inc.*
*Securities Litigation*

Civil Action No. 1:20-00639-MN-CJB

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I caused the Lead Plaintiffs' Reply in Further Support of Their Motion to Take Judicial Notice of Facts Revealed Subsequent to Motion to Dismiss in Related Litigation, filed herewith, to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

Dated: January 19, 2023

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

*/s/ Gregory V. Varallo*

Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
Facsimile: (302) 364-3610
E-mail: greg.varallo@blbglaw.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*