

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Ronald N. Brown, III
ronald.brown@us.dlapiper.com
T  302.468.5665
F  302.397.2505

March 6, 2023
**VIA CM/ECF AND HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re:  <u>In re Grand Canyon Educ., Inc. Sec. Litig</u>., No. 20-639-MN-CJB (D. Del.)

Dear Judge Noreika:

Pursuant to the Court's March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Defendants hereby submit two courtesy copies of the materials associated with their Objections to the Report and Recommendation (D.I. 83) in the above-captioned matter.

These filings also may be found on the docket as follows:

| | |
|---|---|
| D.I. 34 | Plaintiffs' Consolidated Complaint |
| D.I. 36 | Defendants' Motion to Dismiss (the "First MTD") |
| D.I. 37 | Defendants' Memorandum of Law In Support of First MTD |
| D.I. 43 | Plaintiffs' Memorandum of Law In Opposition to First MTD |
| D.I. 44 | Defendants' Reply Brief for In Support of First MTD |
| D.I. N/A | Oral Argument Transcript on First MTD[1] |
| D.I. 48 | Defendants' Letter to Judge Burke |
| D.I. 48-1 | Defendants' Letter Ex 1 |
| D.I. 48-3 | Defendants' Letter Ex 3 |
| D.I. 48-4 | Defendants' Letter Ex 4 |
| D.I. 48-5 | Defendants' Letter Ex 5 |
| D.I. 48-7 | Defendants' Letter Ex 7 |
| D.I. 49 | Plaintiffs' Letter to Judge Burke |

---

[1] The Transcript from the Oral Argument on May 26, 2021 was not entered into the docket. Defendants, however, received a copy of the transcript directly from the court reporter and are submitting it for this Court's consideration. The Transcript was referenced by the Honorable Christopher J. Burke in the Report and Recommendation on the First MTD (D.I. 50).



The Honorable Maryellen Noreika
March 6, 2023
Page 2 of 2

| D.I. 50 | Report and Recommendation on First MTD |
|---|---|
| D.I. 54 | Order Adopting Report and Recommendation on First MTD |
| D.I. 60 | Plaintiffs' Second Amended Complaint ("SAC") |
| D.I. 60-1 | SAC Ex. A |
| D.I. 60-2 | SAC Ex. B |
| D.I. 60-3 | SAC Ex. C |
| D.I. 61 | Defendants' Motion to Dismiss the SAC (the "Second MTD") |
| D.I. 62 | Defendants' Memorandum of Law In Support of Second MTD |
| D.I. 63 | Declaration of R. Brown In Support of Second MTD ("Brown Decl.") |
| D.I. 63-1 | Brown Decl. Ex. 1 |
| D.I. 63-2 | Brown Decl. Ex. 2 |
| D.I. 63-3 | Brown Decl. Ex. 3 |
| D.I. 63-4 | Brown Decl. Ex. 4 |
| D.I. 63-5 | Brown Decl. Ex. 5 |
| D.I. 63-6 | Brown Decl. Ex. 6 |
| D.I. 63-7 | Brown Decl. Ex. 7 |
| D.I. 66 | Plaintiffs' Memorandum of Law In Opposition to Second MTD |
| D.I. 67 | Declaration of K. Sinderson In Support of Plaintiffs' Opposition to Second MTD ("Sinderson Decl.") |
| D.I. 67-1 | Sinderson Decl. Ex. 1 |
| D.I. 68 | Defendants' Reply Brief In Support of Second MTD |
| D.I. 75 | Transcript of Oral Argument on Second MTD |
| D.I. 80 | Report and Recommendation on Second MTD |
| D.I. 83 | Defendants' Objections to Report and Recommendation on Second MTD |

Respectfully submitted,

*/s/ Ronald N. Brown*

Ronald N. Brown, III (DE Bar No. 4831)

Enclosures (via Hand Delivery Only)

cc:   Counsel of Record (via CM/ECF without Enclosures)