

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Peter H Kyle
peter.kyle@us.dlapiper.com
T   302.468.5643
F   302.397.2533

March 9, 2023
*Via CM/ECF and Hand Delivery*

The Honorable Maryellen Noreika
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re:      *In re Grand Canyon Educ., Inc. Sec. Litig.*, C.A. No. 20-639-MN-CJB (D. Del.)

Dear Judge Noreika,

On March 6, 2023, pursuant to the Court's March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Defendants submitted courtesy copies of the materials associated with their Objections to the Honorable Christopher J. Burke's Report and Recommendation (D.I. 83) in the above-captioned matter.  In accordance with the Court's request, we have provided courtesy copies of the following documents as well, which also may be found on the docket as follows:

| | |
|---|---|
| D.I. 76 | Plaintiffs' Motion to Take Judicial Notice |
| D.I. 76-1 | Plaintiffs' Motion to Take Judicial Notice Ex A |
| D.I. 76-2 | Plaintiffs' Motion to Take Judicial Notice Ex B |
| D.I. 76-3 | Plaintiffs' Motion to Take Judicial Notice Ex C |
| D.I. 78 | Defendants' Opposition to Plaintiffs' Motion to Take Judicial Notice |
| D.I. 79 | Plaintiffs' Reply in Support of their Motion to Take Judicial Notice |

We are available at the Court's convenience.



The Honorable Maryellen Noreika
March 9, 2023
Page 2 of 2

Respectfully submitted,

*/s/ Peter H. Kyle*

Peter H. Kyle (DE Bar No. 5918)

PHK:ssh

cc:     Counsel of Record (via CM/ECF)