## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

*In re Grand Canyon Education, Inc. Securities Litigation*

Civil Action No. 1:20-00639-MN-CJB

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, I caused Lead Plaintiffs' Opposition to Defendants'

Objections to the Report and Recommendation on Defendants' Motion to Dismiss, filed herewith,

to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification

of such filing to all registered participants.

Dated: March 9, 2023

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Gregory V. Varallo*

Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
Facsimile: (302) 364-3610
E-mail: greg.varallo@blbglaw.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*