## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that on April 27, 2023, true and correct copies of

Defendants' First Requests for the Production of Documents were served on Plaintiffs' counsel

via email pursuant to Federal Rule of Civil Procedure 5(b).

Dated: April 27, 2023

**DLA PIPER LLP (US)**

   */s/ Peter H. Kyle*
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

John L. Latham (pro hac vice)
Cara M. Peterman (pro hac vice)
Timothy J. Fitzmaurice (pro hac vice)
**ALSTON & BIRD**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*