**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | C.A. No. 20-cv-00639-MN-CJB |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that on May 8, 2023, true and correct copies of

Defendants' Initial Disclosures were served on Plaintiffs' counsel via email.

Dated: May 9, 2023

**DLA PIPER LLP (US)**

*/s/ Peter H. Kyle*
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile:  (302) 394-2341
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

John L. Latham (pro hac vice)
Cara M. Peterman (pro hac vice)
Timothy J. Fitzmaurice (pro hac vice)
**ALSTON & BIRD**
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*