# EXHIBIT A

## DECLARATION OF COMPLIANCE
## WITH CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

I,_____, who am employed by _____,

hereby acknowledge that:

a) I have read the Confidentiality Agreement and Protective Order in *In re Grand Canyon Education, Inc. Securities Litigation*, Civil Action No. No. 20-639-MN-CJB (D. Del.), dated _____, and agree to be bound by such terms;

b) I will not make copies or notes of Protected Material except as necessary to enable me to render assistance in connection with this action;

c) I will not disclose Protected Material to any person not expressly entitled to receive it under the terms of the Protective Order;

d) I will not use Protected Material for any purpose other than that authorized by the Protective Order; and

e) I agree to submit to the jurisdiction of this Court for the sole purpose of having the terms of the Protective Order enforced.

Date: _____    Signature: _____

Address: _____

_____

_____

_____

18