**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-cv-00639-MN-CJB |

## NOTICE OF SERVICE

I, Peter H. Kyle, do hereby certify that on the 25th day of May, 2023, copies of **Defendants' Responses And Objections to Lead Plaintiffs' First Set of Requests for Production of Documents** were served via email on the below counsel:

Gregory V. Varallo
Bernstein Litowitz Berger & Grossman LLP
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
greg.varallo@blbglaw.com

DATED:  May 26, 2023

**DLA PIPER LLP (US)**

 */s/ Peter H. Kyle*
Ronald N. Brown, III(DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
(302) 394-2341 (Fax|)
ronald.brown@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Attorneys for Defendants*