**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that on June 12, 2023, true and correct copies of

**Defendants' Responses And Objections To Lead Plaintiffs' Second Set Of Requests For**

**Production Of Documents** were served on Plaintiffs' counsel via email pursuant to Federal Rule

of Civil Procedure 5(b).

Dated: June 13, 2023                    **DLA PIPER LLP (US)**

   */s/ Peter H. Kyle*
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

John L. Latham (pro hac vice)
Cara M. Peterman (pro hac vice)
Timothy J. Fitzmaurice (pro hac vice)
**ALSTON & BIRD**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*