## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that on June 15, 2023, true and correct copies of

(i) **Defendants' First Set of Interrogatories to Plaintiffs**, (ii) **Defendants' First Set of Requests**

**for Admissions**, and (iii) **Defendants' Second Request For Production of Documents** were

served on Plaintiffs' counsel via email pursuant to Federal Rule of Civil Procedure 5(b).

Dated: June 15, 2023

**DLA PIPER LLP (US)**

  */s/ Peter H. Kyle*
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

John L. Latham (pro hac vice)
Cara M. Peterman (pro hac vice)
Timothy J. Fitzmaurice (pro hac vice)
**ALSTON & BIRD**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*