UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-MN-CJB |

## LEAD PLAINTIFFS' NOTICE OF SERVICE OF NON-PARTY SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rules 34(c) and 45 of the Federal Rule of Civil Procedure, Lead Plaintiffs Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively, "Lead Plaintiffs"), in the above-captioned action, by and through its undersigned attorneys, caused subpoenas to be served on the following non-parties for the production of documents that are in their possession, custody, or control, as described in the Subpoena and Schedule (served herewith) on or before the date, at the time, and at the location specified in the subpoena.

| **Non-Party** | **Service Address** |
|---|---|
| Deloitte Tax LLP | Custodian of Records<br>Deloitte Tax LLP<br>30 Rockefeller Plaza (41st floor)<br>New York, NY 10112 |

Dated: June 28, 2023

**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601

*Counsel for Lead Plaintiffs
and the Lead Counsel for the Class*

and

Katherine M. Sinderson (*pro hac vice*)
Robert Kravetz (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Hannah G. Ross
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Counsel for Lead Plaintiffs
and the* Lead *Counsel for the Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Robert A. Hoffman
Chad A. Carder (*pro hac vice*)
Jordan R. Laporta
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

*Counsel for Lead Plaintiffs
and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD
   & TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200

*Additional Counsel for Lead Plaintiffs Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust*