**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-00639-MN-CJB |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that, on July 21, 2023, true and correct copies of Lead Plaintiffs' Responses and Objections to Defendants' Second Requests for the Production of Documents were served on Defendants' counsel via email pursuant to Federal Rule of Civil Procedure 5(b).

Dated: July 21, 2023

                                       **BERNSTEIN LITOWITZ BERGER
                                         &GROSSMANN LLP**

                                       */s/ Gregory V. Varallo*
                                       Gregory V. Varallo (Bar No. 2242)
                                       500 Delaware Avenue, Suite 901
                                       Wilmington, DE 19801
                                       Telephone: (302) 364-3601
                                       Facsimile: (302) 364-3610
                                       E-mail: greg.varallo@blbglaw.com

                                       *Counsel for Lead Plaintiffs
                                       and Lead Counsel for the Class*