## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

*In re Grand Canyon Education, Inc.*
*Securities Litigation*

Civil Action No. 1:20-00639-MN-CJB

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that, on July 21, 2023, true and correct copies of

Lead Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Admission

were served on Defendants' counsel via email pursuant to Federal Rule of Civil Procedure 5(b).

Dated: July 21, 2023

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
Facsimile: (302) 364-3610
E-mail: greg.varallo@blbglaw.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*