## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-MN-CJB |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that, on August 22, 2023, true and correct copies of Plaintiffs' Supplemental Responses and Objections to Defendants' First Set of Requests for Admission were served on Defendants' counsel via email pursuant to Federal Rule of Civil Procedure 5(b).

Date: August 23, 2023

> **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
> */s/ Gregory V. Varallo*
> Gregory V. Varallo (Bar No. 2242)
> 500 Delaware Avenue, Suite 901
> Wilmington, DE 19801
> Telephone: (302) 364-3601
>
> *Counsel for Lead Plaintiffs and the* Lead *Counsel for the Class*