# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-00639-MN-CJB |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that, on September 29, 2023, true and correct copies of Lead Plaintiffs' Second Supplemental Responses and Objections to Defendants' First Set of Requests for Admission were served on Defendants' counsel via email pursuant to Federal Rule of Civil Procedure 5(b).

Dated: October 2, 2023

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
Facsimile: (302) 364-3610
E-mail: greg.varallo@blbglaw.com

*Counsel for Lead Plaintiffs
and Lead Counsel for the Class*