## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

*In re Grand Canyon Education, Inc.*
*Securities Litigation*

C.A. No. 20-cv-00639-MN-CJB

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on September 29, 2023, a true and correct

copy of **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of**

**Premises in a Civil Action upon Neumeier Poma Investment Counsel LLC, c/o Vinson &**

**Elkins LLP**, was served on Lead Plaintiffs and Lead Counsel for the Class via email.


Dated: October 3, 2023

**DLA PIPER LLP (US)**

*/s/ Peter H. Kyle*
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

John L. Latham (pro hac vice)
Cara M. Peterman (pro hac vice)
Timothy J. Fitzmaurice (pro hac vice)
**ALSTON & BIRD**
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*