UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB |

**JOINT STATUS REPORT**

Pursuant to the Court's scheduling order (Dkt. No. 95), Plaintiffs Fire and Police Pension Association of Colorado ("Colorado Plaintiff"), Oakland County Employees' Retirement System ("Oakland County ERS") and Oakland County Voluntary Employees' Beneficiary Association Trust (together with Oakland County ERS, "Oakland County Plaintiffs," and together with Colorado Plaintiff, the "Plaintiffs"), and Defendants Grand Canyon Education, Inc., ("GCE"), Brian E. Mueller, and Daniel E. Bachus (together, the "Defendants" and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, submit this Joint Status Report:

1. **Procedural History**

The City of Hialeah Employees' Retirement System filed the initial securities fraud complaint against Defendants on May 12, 2020. (Dkt. No. 1). Following the filing of motions by several entities and individuals to serve as lead plaintiffs, pursuant to provisions of the Private Securities Litigation Reform Act of 1995, Plaintiffs were appointed to serve as Lead Plaintiffs on August 13, 2020, and Plaintiffs' Counsel as indicated below were appointed to serve as Co-Lead Counsel. (Dkt. No. 28). On August 23, 2021, the Court entered an Order granting Defendants' motion to dismiss Plaintiffs' Consolidated Amended Complaint and granting Plaintiffs leave to amend their claims. (Dkt. Nos. 50, 54). Plaintiffs filed the operative complaint, the Second Amended Complaint, on January 21, 2022. (Dkt. No. 60). Discovery began after the Court denied

Defendants' motion to dismiss the Second Amended Complaint on March 28, 2023. (Dkt. Nos. 80, 89). Trial is scheduled for May 5, 2025. (Dkt. No. 95).

### 2. Pending Motions

There are no motions currently pending.

### 3. Upcoming Deadlines

The Parties have exchanged initial disclosures and written discovery. Plaintiffs and Defendants have each made multiple document productions to date. In addition, both Plaintiffs and Defendants have served third-party subpoenas on multiple parties. Plaintiffs have served subpoenas for productions of documents on GCE's outside auditor, KPMG; on Grand Canyon University ("GCU"); and on two entities that provided reports referenced in the U.S. Department of Education's ("DOE") November 6, 2019 letter re Review of Change in Ownership and Conversion to Nonprofit Status of Grand Canyon University (OPE ID 00107400) (Dkt. No. 60-2), Barclays Capital Inc. and Deloitte Tax LLP (all of which have begun their productions of documents). Defendants have served or have indicated their intention to serve subpoenas for productions of documents on five investment managers retained by Plaintiffs who transacted in GCE common stock on the Plaintiffs' behalf: Neumeier Poma Investment Counsel LLC (Colorado Plaintiff); and Victory Capital Management, Loomis Sayles & Company, L.P., TimesSquare Capital Management, LLC, and Reinhart Partners (Oakland County Plaintiffs).

The deadline for the Parties' substantial completion of document productions is November 17, 2023. (Dkt. No. 95). The date by which Plaintiffs are required to file their motion for class certification is January 5, 2024, with briefing on the motion to be completed by April 19, 2024. And the deadline for completion of fact discovery is May 14, 2024. (*Id.*).

-3-

The parties are in the process of conferring on several outstanding discovery issues. The Parties intend to bring these issues to the Court in short order for resolution, if necessary.

DATED: October 13, 2023

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

/s/ *Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
greg.varallo@blbglaw.com

Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Robert F. Kravetz (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
katiem@blbglaw.com
robert.kravetz@blbglaw.com
michael.mathai@blbglaw.com

*Counsel for Lead Plaintiffs
and Lead Counsel for the Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Robert A. Hoffman
Chad A. Carder (*pro hac vice*)
Jordan R. Laporta
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
rhoffman@barrack.com
ccarder@barrack.com
jlaporta@barrack.com

**DLA PIPER LLP (US)**

/s/ *Ronald N. Brown, III*
Ronald N. Brown, III (Bar No. 4831)
Peter H. Kyle (Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
ronald.brown@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Counsel for Defendants*

**ALSTON & BIRD LLP**
John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*

*Counsel for Lead Plaintiffs
and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust*