

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Ronald N. Brown, III
ronald.brown@us.dlapiper.com
T   302.468.5665
F   302.397.2505

November 16, 2023
*Via CM/ECF*

The Honorable Christopher J. Burke
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

Re:   *In re Grand Canyon Educ., Inc. Sec. Litig.*, **Case No. 20-639-MN-CJB (D. Del.)**

Dear Judge Burke:

We write on behalf of all named parties in this case.

Defendants previously submitted a proposed amended scheduling order that inadvertently amended the pre-trial conference and trial dates in the Scheduling Order entered by the Court on May 3, 2023 (Dkt. No. 95). Defendants' proposed amended scheduling order was based on the Joint [Proposed] Scheduling Order the parties submitted on May 1, 2023 (Dkt. No. 94), and Defendants inadvertently failed to incorporate changes to the pre-trial conference and trial dates that the Court included in the Scheduling Order entered on May 3, 2023 (Dkt. No. 95). We apologize for this inadvertent error and any inconvenience it caused.

All parties have jointly agreed to submit the attached proposed amended scheduling order, reflecting the following proposed changes:

1. The substantial completion deadline has been extended from November 17, 2023 to December 15, 2023, except for the production of certain documents that Defendants will substantially complete by the current November 17, 2023 deadline.

2. The final privilege log deadline has been extended from December 15, 2023 to January 31, 2024, with an interim privilege log deadline remaining in place for December 15, 2023.

3. The addition of a sentence in Section 6(f) reflecting the Court-approved limitations on fact depositions in this case.



November 16, 2023
Page Two

    4.    The briefing schedule for dispositive motions has been changed to adhere to the timing set out in Rule 7.1.2(b) of the Court's Local Rules, in accordance with the Court's November 15, 2023 docket order.

This amendment is a result of mutual discussions and is aimed at ensuring the efficient progression of this litigation. We kindly request that you approve the attached proposed amended scheduling order.

Respectfully submitted,

*/s/ Ronald N. Brown, III*

Ronald N. Brown, III (I.D. No. 4831)

RNB:ssh
cc:    All counsel of record (via CM/ECF)