**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB <br><br> **PUBLIC VERSION Filed January 12, 2024** |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

Lead Plaintiffs the Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively, "Lead Plaintiffs"), by their attorneys, respectfully move this Court, pursuant to Rules 23(a), (b)(3), and (g) of the Federal Rules of Civil Procedure, for an Order:

1. Certifying a Class of investors, defined as:

   All persons who purchased Grand Canyon Education, Inc. ("GCE") common stock between January 5, 2018 and January 27, 2020, inclusive, and were injured thereby (excluding Defendants Brian E. Mueller and Daniel E. Bachus, directors and officers of GCE, and their families and affiliates);

2. Appointing Lead Plaintiffs as Class Representatives; and

3. Appointing Bernstein Litowitz Berger & Grossmann LLP and Barrack, Rodos & Bacine as Class Counsel.

This Motion is based on the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel and Declaration of Katherine M. Sinderson and Jeffrey W. Golan in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, with exhibits thereto.

Pursuant to District of Delaware Local Rule 7.1.1, Plaintiffs aver that they have conferred with Defendants and Defendants oppose the Motion.

Dated: January 5, 2024

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

*/s/ Gregory V. Varallo*_____
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601

        and

Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Robert F. Kravetz (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Sarah Schmidt (*pro hac vice* forthcoming)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Robert A. Hoffman
Chad A. Carder (*pro hac vice*)
Jordan R. Laporta
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD**
  **& TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201

*Additional Counsel for Lead Plaintiffs*
*Oakland County Employees' Retirement*
*System and Oakland County Voluntary*
*Employees' Beneficiary Association Trust*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on January 5, 2024, a true and correct copy of the foregoing Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel was filed and served upon Defendants' counsel via email.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601