**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc.* *Securities Litigation* | Civil Action No. 1:20-cv-00639-MN-CJB **PUBLIC VERSION Filed January 12, 2024** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

Having reviewed Lead Plaintiff's Motion for Class Certification, filed on January 5, 2024, and after considering the parties' written and oral submissions, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiff's Motion for Class Certification is granted;

2. The Class is defined as:

   All persons who purchased Grand Canyon Education, Inc. ("GCE") common stock between January 5, 2018 and January 27, 2020, inclusive, and were injured thereby (excluding Defendants Brian E. Mueller and Daniel E. Bachus, directors and officers of GCE, and their families and affiliates);

3. Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust are appointed as Class Representatives; and

4. Bernstein Litowitz Berger & Grossmann LLP and Barrack, Rodos & Bacine are appointed as Class Counsel.

**IT IS SO ORDERED.**

Dated: _____, 2024       _____
                                                            U.S. Magistrate Judge Christopher J. Burke

Dated: January 5, 2024

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Gregory V. Varallo*_____
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601

     and

Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Robert F. Kravetz (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Sarah Schmidt (*pro hac vice* forthcoming)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Robert A. Hoffman
Chad A. Carder (*pro hac vice*)
Jordan R. Laporta
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201

*Additional Counsel for Lead Plaintiffs Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust*