**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GRAND CANYON EDUCATION, INC. SECURITIES LITIGATION | Case No. 20-639-MN-CJB |
| | **PUBLIC VERSION Filed January 12, 2024** |

**DECLARATION OF KATHERINE M. SINDERSON AND JEFFREY W. GOLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

We, Katherine M. Sinderson and Jeffrey W. Golan, hereby declare as follows:

1.      I, Katherine M. Sinderson, am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which serves as Court-appointed Co-Lead Counsel in this matter along with Barrack, Rodos & Bacine ("Barrack"). I am a member in good standing of the Bar of the State of New York and am admitted *pro hac vice* before this Court. I have personal knowledge of the matters set forth herein.

2.      I, Jeffrey W. Golan, am a partner in the law firm of Barrack, which serves as Court-appointed Co-Lead Counsel in this matter along with Bernstein Litowitz.  I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and am admitted *pro hac vice* before this Court.  I have personal knowledge of the matters set forth herein.

3.      We respectfully submit this Declaration, together with the attached Exhibits, in support of Plaintiffs' Motion for Class Certification, and Appointment of Class Representatives and Class Counsel.

4.      Attached hereto as Exhibits 1 through 9 are true and correct copies of the following documents:

Exhibit 1:      Declaration of Adam Franklin in support of Plaintiffs' Motion for Class Certification, and Appointment of Class Representatives and Class Counsel,

on behalf of Court-appointed Co-Lead Plaintiff Fire and Police Pension Association of Colorado ("Colorado FPPA").

Exhibit 2:      Declaration of Joseph Rozell in support of Plaintiffs' Motion for Class Certification, and Appointment of Class Representatives and Class Counsel, on behalf of Court-appointed Co-Lead Plaintiff Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively, "Oakland County")

Exhibit 3:      Complaint, *Federal Trade Commission v. Grand Canyon Education, Inc.*, ECF No. 1, 23-cv-02711 (D. Ariz. December 27, 2023)

Exhibit 4:      Email from Donna Mangold to Dennis Cariello with subject: "RE: GCU" (June 19, 2018)

Exhibit 5:      Barclays' "Project Gazelles Discussion Notes" (February 2, 2018)

Exhibit 6:      Email from George Prince (RBC) to Daniel Bachus with subject: "FW: Thanks" (February 4, 2020)

Exhibit 7:      Report on Market Efficiency by Dr. Matthew Cain, Ph.D, along with its exhibits

Exhibit 8:      Firm Resume of Bernstein Litowitz Berger & Grossmann LLP

Exhibit 9:      Firm Resume of Barrack, Rodos & Bacine

5.      As reflected in the Firm Resumes, Bernstein Litowitz and Barrack are among the most experienced securities class action law firms in the country and have a long history of working together in the prosecution of such actions obtaining landmark results for the class members in those cases.  For instance, Bernstein Litowitz and Barrack served as co-lead counsel in the *In re WorldCom, Inc. Securities Litigation*, in which settlements totaling over $6 billion were achieved.  The Honorable Denise Cote described the services provided by Bernstein Litowitz and Barrack as lead counsel in *WorldCom* as follows:

> The quality of representation given by Lead Counsel is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation.  Lead Counsel has been energetic and creative.  Its skill has matched that of able and well-funded defense counsel.  It has behaved professionally and has taken care not to burden the Court or other parties with needless disputes.  Its negotiations with the Citigroup Defendants have resulted in a settlement of historic proportions.  It has cooperated

2

with other counsel in ways that redound to the benefit of the class and those investors who have opted out of the class. The submissions of Lead Counsel to the Court have been written with care and have repeatedly been of great assistance.

In sum, the quality of the representation that Lead Counsel has provided the class has been superb…. Lead Counsel has performed a valuable public service in prosecuting this action with vigor and skill.

*In re WorldCom, Inc. Sec. Litig.*, 2004 WL 2591402, at \*18-20 (S.D.N.Y. Nov. 12, 2004).

6.    Courts in this District and Circuit have recognized Bernstein Litowitz and Barrack as adequate and qualified class counsel in securities class actions. Such examples include *In re Cendant Corp. Litigation*, No. 98-cv-1664 (WHW) (D.N.J.), in which settlements totaled over $3.2 billion, the largest ever in the Third Circuit, *In re DaimlerChrysler Securities Litigation*, Nos. 00-cv-993, 00-984, 01-004-JJF (D. Del.), in which Lead Counsel recovered $300 million for the Class, the largest securities class action recovery in Delaware, and *In re The Mills Corp. Sec. Litig.*, No. 1:06-cv-00077 (LO-TRJ) (E.D. Va.) ($202.75 million recovery). More recently, Bernstein Litowitz and Barrack served as co-lead counsel in *In re DFC Global Corp. Securities Litigation*, No. 13-cv-6731 (E.D. Pa.), which resulted in a settlement that included a cash payment of $30 million. The *DFC* court also stated: "The Class here was represented by skilled advocates who were able to achieve a large recovery." *W. Palm Beach Police Pension Fund v. DFC Global Corp.*, 2017 WL 4167440, at \*8 (E.D. Pa. Sept. 20, 2017) (Schiller, J.).

7.    This Court previously appointed Bernstein Litowitz co-lead counsel in *Lord Abbett Affiliated Fund, Inc. v. Navient Corp.*, 2020 WL 5026553 (D. Del. August 25, 2020), which resulted in a settlement of $35 million. Additionally, Bernstein Litowitz served as co-lead counsel in *In re Wilmington Trust Securities Litigation*, No. 10-cv-990-ECR (D. Del.), which resulted in a settlement of $210 million—the second largest securities class action recovery obtained in Delaware. The *Wilmington Trust* court remarked, that the "significant amount of recovery in the settlement agreements" was a testament to the "efficiency" of plaintiffs' counsel. *In re Wilmington*

*Trust Securities Litigation*, 2018 WL 6046452, at *8 (D. Del. November 19, 2018).  Barrack has similarly been cited for its significant achievements in leading other securities class actions.  *See, e.g., In re American Int'l Group, Inc. 2008 Sec. Litig.,* Master File No. 08-CV-4772-LTS-DCF, Tr. at 37 (S.D.N.Y. March 20, 2015) (Judge Laura Taylor Swain citing the firm's work in obtaining a $970.5 million settlement as an "outstanding result obtained on behalf of the settlement class") and *Shenk v. Mallinckrodt PLC,* No. 17-cv-145, Tr. at 21 (D.D.C. Aug. 2, 2022) (Judge Dabney L. Friedrich approving $65.75 million settlement, stating "Negotiating this size of a settlement while the bankruptcy proceedings were ongoing is a significant accomplishment.").

8.    Since the inception of this litigation, Bernstein Litowitz and Barrack have vigorously prosecuted this action for the benefit of Plaintiffs and the Class.  Bernstein Litowitz's and Barrack's efforts have included, among other things: (i) conducting a thorough pre-suit investigation; (ii) drafting three detailed amended complaints; (iii) overcoming Defendants' hard-fought motion to dismiss; (iv) propounding extensive discovery on defendants; (v) responding to defendants' requests for production, interrogatories, and admission; (vi) serving document subpoenas to various third parties who possess relevant information; and (vii) drafting and filing this motion for class certification.

9.    Attached hereto as Exhibit 10 is a true and correct copy of the order issued by the United States District Court for the Northern District of California in an unrelated action where Bernstein Litowitz served as Lead Counsel for Lead Plaintiff SEB Investment Management AB, and Class Counsel for the certified Class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. April 20, 2021). As reflected in the order, counsel for an unsuccessful lead plaintiff movant raised questions about Bernstein Litowitz's hiring of a former employee of the Lead Plaintiff. Following discovery and extensive briefing, the court found that the evidence did

4

not establish a *quid pro quo* and allowed Bernstein Litowitz to continue as Class Counsel. *See id.* at \*1-2. The court nevertheless ordered Bernstein Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel. *See id.* at \*2. The parties in the *Symantec* action have since resolved the case for $70 million, and the court issued an order approving that settlement. Bernstein Litowitz has provided the order to Colorado FPPA and discussed its contents and circumstances with Colorado FPPA. Colorado FPPA has considered the order and reaffirms its selection of Bernstein Litowitz to represent it and serve as Class Counsel.

We hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of January, 2024, in New York, New York.

/s/ *Katherine M. Sinderson*
Katherine M. Sinderson

Executed on this 5th day of January, 2024, in Philadelphia, Pennsylvania.

/s/ *Jeffrey W. Golan*
Jeffrey W. Golan

5