# Exhibit 1

**PUBLIC VERSION Filed January 12, 2024**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE GRAND CANYON EDUCATION, INC. SECURITIES LITIGATION | Case No. 20-639-MN-CJB |

**DECLARATION OF ADAM FRANKLIN ON BEHALF OF FIRE AND POLICE PENSION ASSOCIATION OF COLORADO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Adam Franklin, declare as follows:

1. I respectfully submit this Declaration in support of the application of Fire and Police Pension Association of Colorado ("Colorado FPPA"), a Court-appointed Lead Plaintiff in the above-captioned action (the "Action"), to serve as a representative for the Class (as defined in Lead Plaintiffs' Motion for Class Certification).

2. I serve as General Counsel to Colorado FPPA. I am authorized to make this Declaration on behalf of Colorado FPPA and have personal knowledge about the information in this Declaration.

3. As set forth in prior pleadings, Colorado FPPA purchased or acquired a significant number of shares of common stock issued by Grand Canyon Education, Inc. during the Class Period and suffered substantial losses when Grand Canyon Education, Inc.'s stock price declined following the corrective disclosures alleged in the Second Amended Consolidated Class Action Complaint (the "Complaint") (ECF No. 60).

4. Colorado FPPA understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As a class representative, Colorado FPPA, a sophisticated institutional investor, is committed to vigorously prosecuting this litigation. Colorado FPPA

intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

5.   Colorado FPPA has diligently pursued the effective prosecution of this Action and actively monitored its progress. Among other things, it has authorized the filing of the motion seeking to be appointed Lead Plaintiff, reviewed three amended complaints, overseen the successful opposition to Defendants' motion to dismiss, propounded and responded to discovery, and attended an oral argument on Defendants' motion to dismiss. Since Colorado FPPA's appointment as co-Lead Plaintiff, it has reviewed periodic updates and other correspondence from Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders. As a Class Representative, Colorado FPPA would continue to diligently pursue the effective prosecution of the Action.

6.   Colorado FPPA is committed to continuing to actively direct this litigation and maximize the recovery for the proposed Class by attending hearings and/or trial, sitting for deposition, and overseeing the preparation and filing of pleadings, as appropriate.

7.   Colorado FPPA understands that as a Class Representative, it would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and would continue to work actively with Class counsel, co-Lead Plaintiff, Oakland County Employees' Retirement System ("Oakland County ERS"), and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively with Oakland County ERS, "Oakland County"), in order to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

8.    Colorado FPPA seeks appointment of Bernstein Litowitz and Barrack, Rodos & Bacine ("Barrack") as Class Counsel based on their substantial experience and expertise in prosecuting securities class actions. Colorado FPPA believes that Bernstein Litowitz and Barrack possess the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

9.    Colorado FPPA understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class. If there is a recovery in this case, Colorado FPPA does not expect to receive any more than its pro-rata share of the amount recovered, beyond that which is provided by the PSLRA.

10. Bernstein Litowitz has provided me with the order in *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. April 20, 2021). Bernstein Litowitz has discussed the order's content and circumstances with me. Colorado FPPA has considered the order and reaffirmed its selection of Bernstein Litowitz to serve with Barrack as Class Counsel, and has authorized the filing of this motion.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of January 2024.

*On behalf of Fire and Police Pension Association of Colorado*


 */s/ Adam Franklin*
 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

  Adam Franklin
  General Counsel