# Exhibit 2

**PUBLIC VERSION Filed January 12, 2024**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE GRAND CANYON EDUCATION, INC. SECURITIES LITIGATION | Case No. 20-639-MN-CJB |

### DECLARATION OF JOSEPH ROZELL ON BEHALF OF OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM AND OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Joseph Rozell, declare as follows:

1. I respectfully submit this Declaration in support of the application of the Court-appointed Lead Plaintiffs in the above-captioned action (the "Action"), Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively, "Oakland County") and Fire and Police Pension Association of Colorado ("Colorado FPPA"), a to serve as representatives for the Class (as defined in Lead Plaintiffs' Motion for Class Certification).

2. I serve as the Chairman of the Boards of the Oakland County funds. I am authorized to make this Declaration on behalf of Oakland County and have personal knowledge about the information in this Declaration.

3. As set forth in prior pleadings, the Oakland County funds purchased or acquired a significant number of shares of common stock issued by Grand Canyon Education, Inc. during the Class Period and suffered substantial losses when Grand Canyon Education, Inc.'s stock price declined following the corrective disclosures alleged in the Second Amended Consolidated Class Action Complaint (the "Complaint") (ECF No. 60).

4. Oakland County understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to

direct securities class actions. As a class representative, Oakland County, an experienced institutional investor, is committed to vigorously prosecuting this litigation. Oakland County intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

5. Oakland County has diligently pursued the effective prosecution of this Action and actively monitored its progress. Among other things, it has authorized the filing of the motion seeking to be appointed Lead Plaintiff, reviewed the Complaint and various pleadings, successfully opposed Defendants' motion to dismiss, negotiated a case schedule, propounded discovery, provided answers to interrogatories and searched for and produced documents in this Action. Since Oakland County's appointment as co-Lead Plaintiff, it has reviewed periodic updates and other correspondence from our counsel, Barrack, Rodos & Bacine ("Barrack Rodos") and VanOverbeke, Michaud & Timmony, P.C., regarding all aspects of the case, including the progress of discovery and the filing of significant pleadings and Court orders. As a Class Representative, Oakland County would continue to diligently pursue the effective prosecution of the Action.

6. Oakland County is committed to continuing to actively direct this litigation and maximize the recovery for the proposed Class by attending hearings and/or trial, sitting for deposition, and overseeing the preparation and filing of pleadings, as appropriate.

7. Oakland County understands that as a Class Representative, it would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and would continue to work actively with Class counsel and our co-Lead Plaintiff, Colorado FPPA, in order to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

8.  Oakland County seeks appointment of Barrack Rodos and the other Co-Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Class Counsel based on their substantial experience and expertise in prosecuting securities class actions. Oakland County believes that Barrack Rodos and Bernstein Litowitz possess the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

9.  Oakland County understands that its service as a Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class. If there is a recovery in this case, Oakland County does not expect to receive any more than its pro-rate share of the amount recovered, beyond that which is provided by the PSLRA.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of December, 2023.

*On behalf of Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust*

Joseph Rozell
Chairman of the Boards