## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-00639-MN-CJB |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that, on January 17, 2024, true and correct copies of Lead Plaintiffs' Third Set of Requests for Production of Documents were served on Defendants' counsel via email pursuant to Federal Rule of Civil Procedure 5(b).

Dated: January 17, 2024

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
Facsimile: (302) 364-3610
E-mail: greg.varallo@blbglaw.com

*Counsel for Lead Plaintiffs
and Lead Counsel for the Class*