# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | C.A. No. 20-cv-00639-JLH-CJB |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on January 31, 2024, true and correct copies of **(i) Notice of Deposition Under Fed. R. Civ. P. 30(b)(6) to Plaintiffs Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust, (ii) Notice of Deposition Under Fed. R. Civ. P. 30(b)(6) to Plaintiff Fire and Police Pension Association of Colorado, (iii) Notice of Deposition Under Fed. R. Civ. P. 30(b)(6) to Times Square Capital Management, LLC, (iv) Notice of Deposition Under Fed. R. Civ. P. 30(b)(6) to Loomis, Sayles & Company, L.P.,** and **(v) Notice of Deposition Under Fed. R. Civ. P. 30(b)(6) to Neumeier Poma Investment Counsel LLC**, were served upon Lead Plaintiffs and Lead Counsel for the Class via electronic mail.

Dated: January 31, 2024

**DLA PIPER LLP (US)**

*/s/ Peter H. Kyle*
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

and

John L. Latham (pro hac vice)
Cara M. Peterman (pro hac vice)
Timothy J. Fitzmaurice (pro hac vice)
**ALSTON & BIRD**
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*
