

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Ronald N. Brown, III
ronald.brown@us.dlapiper.com
T   302.468.5665
F   302.397.2505

February 2, 2024

*Via CM/ECF & Hand Delivery*

Honorable Jennifer L. Hall
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

Re:  *In re Grand Canyon Education, Inc. Securities Litigation*
     **Case No. 1:20-cv-00639-JLH-CJB (D. Del.)**

Dear Judge Hall,

In response to the Court's January 22, 2024 Oral Order (Dkt. 133), I write to indicate that both parties do not consent to magistrate judge jurisdiction in this case to conduct pretrial and trial proceedings at the appropriate time.

Counsel is available at the Court's convenience.

Respectfully,

*/s/ Ronald N. Brown, III*

Ronald N. Brown, III (DE Bar No. 4831)

RNB:ssh

cc:   All Counsel of Record