**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc.*<br>*Securities Litigation* | C.A. No. 20-cv-00639-JLH-CJB |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that on February 5, 2024, a true and correct copy

of **Notice of Deposition of Dr. Matthew D. Cain** was served upon Lead Plaintiffs and Lead

Counsel for the Class via electronic mail.


Dated: February 5, 2024                    **DLA PIPER LLP (US)**

*/s/ Peter H. Kyle*
Ronald N. Brown, III (DE Bar No. 4831)
Peter H. Kyle (DE Bar No. 5918)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ronald.brown@dlapiper.com
peter.kyle@dlapiper.com

and

John L. Latham (admitted *pro hac vice*)
Cara M. Peterman (admitted *pro hac vice*)
Timothy J. Fitzmaurice (admitted *pro hac vice*)
**ALSTON & BIRD**
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*