# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-JLH-CJB |

## JOINT STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS

WHEREAS, Lead Plaintiffs Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust and Defendants Grand Canyon Education, Inc., Brian Mueller, and Daniel Bachus (collectively, the "Parties") have reached an agreement to stay this litigation for thirty (30) days.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the Parties, subject to approval of the Court, that:

1. This matter is stayed from the date of this stipulation until March 29, 2024;

2. All deadlines in this action are vacated; and

3. On or before March 25, 2024, the Parties shall jointly file an update to the Court.

DATED: February 28, 2024

Respectfully submitted,

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **DLA PIPER LLP (US)** |
| | */s/ Peter H. Kyle* |
| */s/ Gregory V. Varallo* | Ronald N. Brown, III (Bar No. 4831) |
| Gregory V. Varallo (Bar No. 2242) | Peter H. Kyle (Bar No. 5918) |
| 500 Delaware Avenue, Suite 901 | 1201 North Market Street, Suite 2100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 364-3601 | Telephone: (302) 468-5700 |
| greg.varallo@blbglaw.com | ronald.brown@us.dlapiper.com |
| | peter.kyle@us.dlapiper.com |
| Hannah G. Ross | |
| Katherine M. Sinderson (*pro hac vice*) | *Counsel for Defendants* |

Robert F. Kravetz (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
katiem@blbglaw.com
robert.kravetz@blbglaw.com
michael.mathai@blbglaw.com
benjamin.horowitz@blbglaw.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Robert A. Hoffman
Chad A. Carder (*pro hac vice*)
Jordan R. Laporta
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
rhoffman@barrack.com
ccarder@barrack.com
jlaporta@barrack.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD**
  **& TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201 acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs Oakland*
*County Employees' Retirement System and Oakland*
*County Voluntary Employees' Beneficiary*
*Association Trust*

**ALSTON & BIRD LLP**
John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*

IT IS SO ORDERED this  28th  day of   February         , 2024.

                                                    _____
                                                    The Honorable Jennifer L. Hall
                                                    UNITED STATES DISTRICT JUDGE

Case 1:20-cv-00639-JLH-CJB   Document 138   Filed 02/28/24   Page 3 of 3 PageID #: 4184