**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc.* *Securities Litigation* | Civil Action No. 1:20-cv-00639-JLH-CJB |

## <u>JOINT STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS</u>

WHEREAS, on February 28, 2024, this Court entered an Order adopting a Joint Stipulation and Order Staying Proceedings, which stayed this case until March 29, 2024 and vacated all case deadlines (the "Order");

WHERAS, the Order stated that on or before March 25, 2024, the Parties shall jointly file an update to the Court; and

WHEREAS, pursuant to the Order, Lead Plaintiffs Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust and Defendants Grand Canyon Education, Inc., Brian Mueller, and Daniel Bachus (collectively, the "Parties") now hereby provide this joint update to inform the Court that the Parties have reached an agreement to stay this litigation for an additional thirty (30) days.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the Parties, subject to approval of the Court, that:

1.  This matter is stayed from the date of this stipulation until April 24, 2024;

2.  All deadlines in this action are vacated; and

3.  On or before April 17, 2024, the Parties shall jointly file an update to the Court.

DATED: March 25, 2024

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

 /s/ Gregory V. Varallo
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
greg.varallo@blbglaw.com

Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Robert F. Kravetz (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
katiem@blbglaw.com
robert.kravetz@blbglaw.com
michael.mathai@blbglaw.com
benjamin.horowitz@blbglaw.com

*Counsel for Lead Plaintiffs
and Lead Counsel for the Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Robert A. Hoffman
Chad A. Carder (*pro hac vice*)
Jordan R. Laporta
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
rhoffman@barrack.com
ccarder@barrack.com
jlaporta@barrack.com

**DLA PIPER LLP (US)**

 /s/ Peter H. Kyle
Ronald N. Brown, III (Bar No. 4831)
Peter H. Kyle (Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
ronald.brown@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Counsel for Defendants*

**ALSTON & BIRD LLP**
John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Defendants*

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD**
  **& TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201 acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust*

IT IS SO ORDERED this _____ day of March, 2024.

_____ ____

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE