# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-JLH-CJB |

## LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS AND APPOINTMENT OF CLASS COUNSEL, SCHEDULING OF A FAIRNESS HEARING AND APPROVAL OF CLASS NOTICE

Pursuant to Federal Rule of Civil Procedure 23, Lead Plaintiffs Fire and Police Pension Association of Colorado ("Colorado FPPA"), Oakland County Employees' Retirement System ("Oakland County ERS"), and Oakland County Voluntary Employees' Beneficiary Association Trust (collectively with Oakland County ERS, "Oakland County," and together with Colorado FPPA, "Lead Plaintiffs"), in the above-captioned action respectfully move for entry of an Order (i) preliminarily approving the proposed class settlement reached through arms' length mediation and negotiations between the representatives of the parties as memorialized in the Stipulation and Agreement of Settlement attached hereto as Exhibit 1 ("Settlement Agreement"); (ii) preliminarily certifying a settlement class and appointing class counsel; (iii) scheduling a final settlement hearing to consider final approval of the proposed settlement, the plan of allocation, and the application by Lead Plaintiffs and Lead Counsel for an award of attorneys' fees and litigation expenses; and (iv) approving the form, content, and manner of distribution of the proposed class Notices and Proof of Claim Form attached as Exhibits 1, 2, and 3 to the proposed Order. Lead Plaintiffs' Motion is supported by the accompanying memorandum of law, the exhibits attached hereto, and all other papers and proceedings of record.

Having agreed to the terms and conditions of the Settlement Agreement, Defendant Grand Canyon Education, Inc. ("GCE" or the "Company") and Brian E. Mueller and Daniel E. Bachus (collectively, the "Individual Defendants," and together with GCE, "Defendants") do not oppose the relief sought through this Motion.

Dated:  March 29, 2024

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Hannah G. Ross<br>Katherine M. Sinderson (*pro hac vice*)<br>Robert F. Kravetz (*pro hac vice*)<br>Michael M. Mathai (*pro hac vice*)<br>Sarah Schmidt<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>hannah@blbglaw.com<br>katiem@blbglaw.com<br>robert.kravetz@blbglaw.com<br>michael.mathai@blbglaw.com<br>sarah.schmidt@blbglaw.com | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>*/s/ Gregory V. Varallo*<br>Gregory V. Varallo (Bar No. 2242)<br>500 Delaware Avenue, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 364-3601<br>greg.varallo@blbglaw.com<br><br>*Counsel for Lead Plaintiffs*<br>*and Lead Counsel for the Class* |
| **BARRACK, RODOS & BACINE**<br>Jeffrey W. Golan (*pro hac vice*)<br>Robert A. Hoffman<br>Chad A. Carder (*pro hac vice*)<br>Jordan R. Laporta<br>3300 Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br>Facsimile: (215) 963-0838<br>jgolan@barrack.com<br>rhoffman@barrack.com<br>ccarder@barrack.com<br>jlaporta@barrack.com<br><br>*Counsel for Lead Plaintiffs*<br>*and Lead Counsel for the Class* | **VANOVERBEKE, MICHAUD & TIMMONY, P.C.**<br>Aaron L. Castle (*pro hac vice*)<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: (313) 578-1200<br>Facsimile: (313) 578-1201<br>acastle@vmtlaw.com<br><br>*Additional Counsel for Lead Plaintiffs*<br>*Oakland County Employees' Retirement*<br>*System and Oakland County Voluntary*<br>*Employees' Beneficiary Association Trust* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2024, a copy of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Settlement, Preliminary Certification of Settlement Class and Appointment of Class Counsel, Scheduling of Fairness Hearing and Approval of Class Notice (the "Motion"); the [Proposed] Preliminary Approval Order; Lead Plaintiffs' Memorandum of Law in Support of the Motion; and the exhibits attached hereto were filed and submitted electronically, served via email on Counsel for Defendants, and are available for viewing and downloading from the CM/ECF system.

*/s/ Gregory V. Varallo*
Gregory V. Varallo