**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc.* *Securities Litigation* | Civil Action No. 1:20-cv-00639-JLH-CJB |

## JOINT STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS

WHEREAS, on March 25, 2024, Lead Plaintiffs Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust ("Lead Plaintiffs") and Defendants Grand Canyon Education, Inc., Brian Mueller, and Daniel Bachus ("Defendants" and, collectively with Lead Plaintiffs, the "Parties") executed a Stipulation and Agreement of Settlement to resolve this case (the "Settlement"), subject to the Court's approval of the Settlement;

WHEREAS on March 26, 2024, this Court entered an Order adopting a Joint Stipulation and Order Staying Proceedings, which stayed this case until April 24, 2024, vacated all case deadlines, and ordered that the Parties shall jointly file an update to the Court on or before April 17, 2024 (the "Order");

WHEREAS, on March 29, 2024, Lead Plaintiffs filed Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement, Preliminary Certification of Settlement Class and Appointment of Class Counsel, Scheduling of a Fairness Hearing, and Approval of Class Notice (the "Unopposed Motion") (Dkt. No. 140);

WHEREAS, along with the Unopposed Motion and other filings made in support of the Unopposed Motion, the Parties submitted a [Proposed] Preliminary Approval Order, and suggested that if the Court is inclined to grant the Unopposed Motion, it could set the date and time for the

Final Settlement Hearing at least 100 days from the date the Preliminary Approval Order is entered;

WHEREAS, the Parties do not anticipate making any further submissions with respect to the Unopposed Motion; and

WHEREAS, the Parties have agreed to stay this litigation until the Court rules on the Unopposed Motion;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the Parties, subject to approval of the Court, that this matter is stayed from the date of this stipulation until the Court rules on the Unopposed Motion.

DATED: April 17, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
greg.varallo@blbglaw.com

Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Robert F. Kravetz (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
katiem@blbglaw.com
robert.kravetz@blbglaw.com
michael.mathai@blbglaw.com
benjamin.horowitz@blbglaw.com

**DLA PIPER LLP (US)**

*/s/ Ronald N. Brown, III*
Ronald N. Brown, III (Bar No. 4831)
Peter H. Kyle (Bar No. 5918)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
ronald.brown@us.dlapiper.com
peter.kyle@us.dlapiper.com

*Counsel for Defendants*

**ALSTON & BIRD LLP**
John L. Latham (*pro hac vice*)
Cara M. Peterman (*pro hac vice*)
Timothy J. Fitzmaurice (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
john.latham@alston.com
cara.peterman@alston.com
tim.fitzmaurice@alston.com

*Counsel for Lead Plaintiffs*                                      *Counsel for Defendants*
*and Lead Counsel for the Class*

**BARRACK, RODOS & BACINE**
Jeffrey W. Golan (*pro hac vice*)
Robert A. Hoffman
Chad A. Carder (*pro hac vice*)
Jordan R. Laporta
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
rhoffman@barrack.com
ccarder@barrack.com
jlaporta@barrack.com

*Counsel for Lead Plaintiffs*
*and Lead Counsel for the Class*

**VANOVERBEKE, MICHAUD**
  **& TIMMONY, P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201 acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs Oakland*
*County Employees' Retirement System and Oakland*
*County Voluntary Employees' Beneficiary*
*Association Trust*

IT IS SO ORDERED this _____ day of April, 2024.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

3