**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 1:20-cv-00639-JHL-CJB |

**<u>DECLARATION OF CARA M. PETERMAN</u>**

Pursuant to 28 U.S.C. § 1746, I, CARA M. PETERMAN, declare as follows:

1.       I am a partner in the law firm of Alston & Bird, counsel to Defendants Grand Canyon Education, Inc., Brian E. Mueller, and Daniel E. Bachus in the above-captioned matter.

2.       Pursuant to ¶ 20 of the Stipulation and Agreement of Settlement (Dkt. No. 140-1), on April 2, 2024, I sent via UPS notice of the parties' proposed settlement to the Attorney General of the United States and the Attorneys General of the 50 states, the District of Columbia, and the United States Territories as required by the Class Action Fairness Act, 28 U.S.C. § 1711, et seq. ("CAFA"). [1]  A true and correct copy of the letter is attached hereto as Exhibit 1.

3.       As required by 28 U.S.C. § 1715(b), enclosed with the CAFA Notice were copies of: (i) the Class Action Complaints in both matters prior to consolidation (Dkt. No.1 in Case No. 1:20-cv-00639-UNA and Dkt No. 1 in Case No. 1:20-cv-00801-UNA); (ii) the Consolidated Complaint for Violations of the Federal Securities Laws (Dkt. No. 34); (iii) The Amended Consolidated Complaint for Violations of the Federal Securities Law (Dkt No. 55); (iv) the Second Amended Consolidated Complaint for Violations of the Federal Securities Law (Dkt No. 60); and (v) Lead Plaintiffs' Unopposed Motion for Preliminarily Approval of Proposed

---

[1] On April 10, 2024, I re-sent the April 2, 2024 notice of the parties' proposed settlement to the Attorney General of the State of Hawaii because my April 2, 2024 letter was not yet delivered to the Attorney General of the State of Hawaii.  All of the other April 2, 2024 notices were delivered on or before April 9, 2024.

Settlement, Preliminary Certification of Settlement Class and Appointment of Class Counsel, Scheduling of a Fairness Hearing and Approval of Class Notice (Dkt. No. 140) and Lead Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminarily Approval of Proposed Settlement, Preliminary Certification of Settlement Class and Appointment of Class Counsel, Scheduling of a Fairness Hearing, and Approval of Class Notice (Dkt. No. 141) and all supporting exhibits, including the Stipulation of Settlement (Dkt. No. 140-1), which includes the [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (Dkt. No. 140-3), the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. No. 140-1, Ex. A-1), the Proof of Claim and Release Form (Dkt. No. 140-1, Ex. A-2), the Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Dkt. No. 140-1, Ex. A-3), and the [Proposed] Judgment Approving Class Action Settlement (Dkt. No. 140-1, Ex. B).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2024.

_____
Cara M. Peterman