# EXHIBIT 1

# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
404-881-7000 | Fax: 404-881-7777

Cara M. Peterman                    Direct Dial: 404-881-7176             Email: cara.peterman@alston.com

April 2, 2024

**_VIA OVERNIGHT DELIVERY_**

The Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

The State Attorneys General
(Identified on Attached Exhibit A)

> Re:   Notification under Class Action Fairness Act of Proposed Settlement _In re Grand Canyon Education, Inc. Securities Litigation_ No. 20-639-JHL-CJB (D. Del.)

Dear Sir or Madam,

I am writing to you on behalf of Defendant Grand Canyon Education, Inc. ("GCE" or the "Company"), Brian E. Mueller ("Mueller"), and Daniel E. Bachus ("Bachus", and together with GCE and Mueller, the "Defendants"), named in the above-referenced action (the "Class Action"), to give you notice of a proposed class action settlement filed with the United States District Court for the District of Delaware on March 29, 2024. This letter constitutes notice under the Class Action Fairness Act, 28 U.S.C. § 1715(b) and is provided on behalf of each of the Defendants in the Class Action. Enclosed herewith is a CD containing the documents referenced below.

(1)  The following are included on the enclosed CD in the folder labeled "Tab 1" – (a) Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on May 12, 2020, in _The City of Hialeah Employees' Retirement System v. Grand Canyon Education, Inc. et al._, Case No. 1:20-cv-00639-UNA (D. Del.) (b) Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on June 12, 2020, in _Walsh v. Grand Canyon Education, Inc. et al.,_ Case No. 1:20-cv-00801-UNA (D. Del.); (c) the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on October 20, 2020, in _In re Grand Canyon Education, Inc. Securities Litigation_ No. 20-639-JHL-CJB (D. Del.); (d) the Amended Consolidated Complaint for Violations of the Federal Securities Laws, and all attachments thereto, filed on September 28, 2021, in _In re Grand_

Alston & Bird LLP                                                                        www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

April 2, 2024
Page 2

*Canyon Education, Inc. Securities Litigation* No. 20-639-JHL-CJB (D. Del.); and (e) the Second Amended Consolidated Complaint for Violations of the Federal Securities Laws, and all attachments there to, filed on January 21, 2022 in *In re Grand Canyon Education, Inc. Securities Litigation* No. 20-639-JHL-CJB (D. Del.).

(2) On March 29, 2024, Lead Plaintiffs in the Class Action filed an (a) Unopposed Motion for Preliminary Approval of Proposed Settlement, Preliminary Certification of Settlement Class and Appointment of Class Counsel, Scheduling of a Fairness Hearing and Approval of Class Notice ("Preliminary Approval Motion") and (b) Memorandum of Law In Support of the Preliminary Approval Motion, requesting preliminary approval of the proposed settlement, approval of the proposed class notice, and the scheduling of a final fairness hearing. The Preliminary Approval Motion, and all attachments thereto, are included on the enclosed CD in the folder labeled "Tab 2."

(3) The proposed Notice of Pendency and Proposed Settlement of Class Action and Proposed Settlement, Proof of Claim and Release Form, and Summary Notice of Pendency and Proposed Class Action Settlement are included on the enclosed CD in the folder labeled "Tab 3."

(4) The Stipulation of Settlement, as filed with the Court on March 29, 2024, is included on the enclosed CD in the folder labeled "Tab 4."

(5) No final judgment or notice of dismissal has yet been entered. The Proposed Judgment Approving Class Action Settlement and Proposed Order Preliminarily Approving Settlement and Authorization Dissemination of Notice of Settlement are included on the enclosed CD in the folder labeled "Tab 5."

(6) Given the nature of the claims in the Class Action, it is not feasible to provide the names of class members who reside in each state. It is also not feasible to provide the estimated proportionate share of the claims of such members to the entire settlement.

In addition to the above documents, the federal court docket for the Class Action is available on the federal government's PACER service at https://pacer.login.uscourts.gov/csologin/login.jsf. Additional information about PACER can be found at http://pacer.psc.uscourts.gov.

Sincerely,

Cara M. Peterman

Attachment and Enclosure

cc:    Lead Plaintiffs' Counsel

Exhibit A to CAFA Notice

| Company | Full Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Steve Marshall | 501 Washington Avenue | | Montgomery | AL | 36104 |
| Office of the Attorney General | Treg R. Taylor | 1031 W. 4th Avenue | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Kris Mayes | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| Office of the Attorney General | Tim Griffin | 323 Center Street | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Attorney General | William Tong * | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Office of the Attorney General | Kathy Jennings | Carvel State Building | 820 N. French Street | Wilmington | DE | 19801 |
| Office of the Attorney General | Brian Schwalb | 400 6th Street NW | | Washington | DC | 20001 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol, PL 01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square, SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne Lopez | 425 Queen Street | | Honolulu | HI | 96813 |
| Office of the Attorney General | Raul Labrador | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W. Randolph Street | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W. Washington St., 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General of Iowa | Brenna Bird | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Office of the Attorney General | Kris Kobach | 120 S.W. 10th Avenue | 2nd Fl. | Topeka | KS | 66612 |
| Office of the Attorney General | Russell Coleman | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Liz Murrill | 1885 North 3rd Street | P.O. Box 94005 | Baton Rouge | LA | 70802 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Attorney General | Anthony Brown | 200 St. Paul Place | | Baltimore | MD | 21202 |
| Office of Massachusetts Attorney General | ATTN: CAFA Coordinator/General Counsel's Office | 1 Ashburton Place | | Boston | MA | 02108 |
| Department of Attorney General | Dana Nessel | 525 W. Ottawa Street | P.O. Box 30212 | Lansing | MI | 48933 |
| Office of Minnesota Attorney General | Keith Ellison | 445 Minnesota Street | Suite 1400 | Saint Paul | MN | 55101 |
| Office of the Attorney General | Lynn Fitch | 550 High Street | P.O. Box 220 | Jackson | MS | 39201 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | P.O. Box 899 | Jefferson City | MO | 65101 |
| Office of the Attorney General | Austin Knudsen | Justice Building, Third Floor | 215 N. Sanders, P.O. Box 201401 | Helena | MT | 59601 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | P.O. Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | Aaron Ford* | 100 N. Carson Street | | Carson City | NV | 89701 |
| Office of the Attorney General | John Formella | New Hampshire Department of Justice | 33 Capitol Street | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J. Platkin | Richard J. Hughes Justice Complex | 25 Market Street | Trenton | NJ | 8625 |
| Office of the Attorney General | Raul Torrez | Villagra Building | 408 Gailesteo Street | Santa Fe | NM | 85701 |
| Office of the Attorney General | CAFA Coordinator* | 28 Liberty Street | 15th Floor | New York City | NY | 10005 |
| Office of the Attorney General | Josh Stein | Attorney General's Office | 9001 Mail Service Center | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew Wrigley | 600 E. Boulevard Ave. | Dept. 125 | Bismarck | ND | 58505 |
| Office of the Attorney General | Dave Yost | 30 E. Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F. Rosenblum | Oregon Department of Justice | 1162 Court St. NE | Salem | OR | 97301 |
| Office of the Attorney General | Michelle Henry | Pennsylvania Office of Attorney General | Strawberry Square, 16th Floor | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter Neronha | 150 S. Main Street | | Providence | RI | 02903 |
| Office of the Attorney General | The Honorable Alan Wilson | 1000 Assembly Street, Rm 519 | P.O. Box 11549 | Columbia | SC | 29201 |
| Office of the Attorney General | Marty Jackley | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | | P.O. Box 20207 | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th Street | P.O. Box 12548 | Austin | TX | 78701 |
| Office of the Attorney General | Sean Reyes | 350 N. State Street, Ste 230 | PO Box 142320 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Charity Clark | 109 State Street | | Montpelier | VT | 5609 |
| Office of the Attorney General | Jason Miyares | 202 N. Ninth Street | | Richmond | VA | 23219 |

Exhibit A to CAFA Notice

| Company | Full Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Bob Ferguson* | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex, Bldg 1, Rm E-26 | 1900 Kanawha Blvd. E | Charleston | WV | 25305 |
| Office of the Attorney General | Josh Kaul | Wisconsin Department of Justice | P.O. Box 7857 | Madison | WI | 53707 |
| Office of the Attorney General | Bridget Hill | Kendrick Building | 2320 Capitol Avenue | Cheyenne | WY | 82001 |
| Office of the Attorney General | Merrick B. Garland | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530 |
| Department of Legal Affairs | Fainu'ulelei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Office of the Attorney General Guam | Douglas Moylan | 590 S Marine Corps Dr Ste 901 | | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Caller Box 10007 | | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernandez | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Ariel M. Smith | 3438 Kronprindsens | Gade GERS Bldg 2nd Fl | St Thomas | VI | 00802 |
| * Sent via Email | | | | | | |