# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-JLH-CJB |

## LEAD COUNSEL'S MOTION FOR
## ATTORNEYS' FEES AND LITIGATION EXPENSES

Pursuant to Federal Rule of Civil Procedure 23(h) and this Court's Order Preliminarily Approving Proposed Settlement and Authorizing Dissemination of Notice of Settlement dated May 1, 2024, Lead Counsel respectfully move this Court before the Honorable Christopher J. Burke, on August 22, 2024 at 11:00 a.m. in Courtroom 2A of the J. Caleb Boggs Federal Building and United States Courthouse, 844 North King Street, Wilmington, DE 19801, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and Litigation Expenses, including reimbursement of Lead Plaintiffs' costs pursuant to 15 U.S.C. §78u-4(a)(4).

Lead Counsel's motion is supported by (a) the Joint Declaration of Jeffrey W. Golan and Katherine M. Sinderson in Support of: (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (2) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; and (c) all other papers and proceedings herein. A proposed Order granting the relief requested will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated: July 18, 2024

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |

Hannah G. Ross
Katherine M. Sinderson (*pro hac vice*)
Robert F. Kravetz (*pro hac vice*)
Michael M. Mathai (*pro hac vice*)
Sarah Schmidt
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
katiem@blbglaw.com
robert.kravetz@blbglaw.com
michael.mathai@blbglaw.com
sarah.schmidt@blbglaw.com

*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
greg.varallo@blbglaw.com

*Counsel for Lead Plaintiffs
and Lead Counsel for the Settlement Class*

**BARRACK, RODOS & BACINE**

Jeffrey W. Golan (*pro hac vice*)
Chad A. Carder (*pro hac vice*)
Jordan R. Laporta
3300 Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
rhoffman@barrack.com
ccarder@barrack.com
jlaporta@barrack.com

*Counsel for Lead Plaintiffs
and Lead Counsel for the Settlement Class*

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs
Oakland County Employees' Retirement
System and Oakland County Voluntary
Employees' Beneficiary Association Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2024, I caused Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses to be filed and submitted electronically, served via email on all counsel of record, and to be made available for viewing and downloading from the CM/ECF system.

*/s/ Gregory V. Varallo*
Gregory V. Varallo