# Exhibit 3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-JLH-CJB |

**DECLARATION OF ADAM FRANKLIN, GENERAL COUNSEL OF THE FIRE AND POLICE PENSION ASSOCIATION OF COLORADO, IN SUPPORT OF (A) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (B) LEAD <u>COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES</u>**

ADAM FRANKLIN declares as follows:

1. I am the General Counsel of the Fire and Police Pension Association of Colorado ("Colorado FPPA"), one of the Court-appointed Lead Plaintiffs in the above-captioned action (the "Action").[1] I submit this declaration in support of: (a) Lead Plaintiffs' motion for final approval of the proposed settlement of the Action for $25,500,000 in cash (the "Settlement") and approval of the proposed Plan of Allocation; (b) Lead Counsel's motion for an award of attorneys' fees and payment of expenses to Plaintiffs' Counsel; and (c) Colorado FPPA's request to recover its reasonable costs and expenses incurred in connection with the prosecution of this litigation. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

---

[1] Capitalized terms that are not defined in this declaration have the same meanings as set forth in the Stipulation and Agreement of Settlement dated March 25, 2024 (D.I. 140-1) (the "Stipulation").

## I.    Background

### A.    Colorado FPPA

2.    Colorado FPPA is a public pension fund established in 1980 for the purpose of providing retirement benefits for police officers and firefighters throughout the State of Colorado. As of December 31, 2023, Colorado FPPA held over $7.6 billion in net assets.

3.    On August 13, 2020, the Court entered an Order appointing Colorado FPPA and Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association Trust (together, "Oakland County,") as Lead Plaintiffs in the Action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approving Lead Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Barrack, Rodos & Bacine ("Barrack") as co-Lead Counsel in the Action.

4.    Colorado FPPA has monitored the prosecution and settlement of this Action through the active and continuous involvement of myself, as well as other Colorado FPPA employees.   We have had regular communications with Bernstein Litowitz concerning the prosecution and settlement of this case.   We have communicated with Bernstein Litowitz throughout the litigation, including in connection with each material event in the case and when important decisions needed to be made.   When necessary, we briefed other representatives of Colorado FPPA on the status of the Action.

5.    Based on its active participation in the prosecution of this Action, Colorado FPPA has been able to capably oversee the prosecution of this case as well as the ultimate settlement of the Action.   Colorado FPPA was able to directly observe the substantial efforts undertaken by Lead Counsel to obtain an excellent proposed recovery for the Settlement Class, notwithstanding the meaningful risks Lead Plaintiffs faced in this litigation.

6. Colorado FPPA, consistent with its strong interest in the outcome of this litigation and the exercise of its fiduciary duties to the Settlement Class, worked diligently to ensure that the recovery in this Action was maximized to the greatest extent possible in light of the risks and circumstances of the case.

**B. Colorado FPPA's Extensive Participation in the Prosecution and Settlement of this Action**

7. In connection with seeking appointment as a Lead Plaintiff and thereafter, Colorado FPPA engaged in frequent discussions with Bernstein Litowitz concerning case developments and strategy, and received frequent status reports from Bernstein Litowitz. Among other things, in its role as a Lead Plaintiff, Colorado FPPA has:

a. Analyzed the merits of the potential case prior to seeking appointment as a Lead Plaintiff in this Action, including evaluating: (i) the potential alleged wrongdoing of and securities claims against Grand Canyon and the other Defendants; and (ii) the key legal and procedural issues involved in prosecuting the Action;

b. Reviewed and commented on pleadings filed in the Action, including the October 20, 2020 Consolidated Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint"), September 28, 2021 Amended Consolidated Complaint for Violations of the Federal Securities Laws; and the January 21, 2022 Second Amended Consolidated Complaint for Violations of the Federal Securities Laws ("SAC" or "Complaint");

c. Steven Miller, one of Colorado FPPA's in-house attorneys, attended Magistrate Judge Burke's May 26, 2021 hearing on Defendants' motion to dismiss the Consolidated Complaint;

d.      Submitted declarations in support of the motion for appointment as lead plaintiff and Lead Plaintiffs' motion for class certification;

e.      Reviewed and commented on briefs filed in the Action, including the documents filed in support of and in opposition to Defendants' motion to dismiss the Consolidated Complaint and Defendants' motion to dismiss the SAC, and the papers in support of Lead Plaintiffs' motion for class certification;

f.      Searched for and collected documents for production in response to Defendants' requests and consulted with Bernstein Litowitz regarding the same;

g.      Consulted with Bernstein Litowitz regarding counsel's review and assessment of the document discovery obtained from Defendants and non-parties;

h.      Participated extensively in the mediation process, including attending two in-person mediation sessions in November 2023 and February 2024, and consulted with Bernstein Litowitz concerning the settlement negotiations that ultimately led to the agreement in principle to settle the Action; and

i.      Evaluated and approved the mediator's recommendation that the Action be settled for $25.5 million in cash.

**II.    Colorado FPPA Strongly Endorses Approval
of the Settlement and the Plan of Allocation**

8.      Based on Colorado FPPA's oversight of the prosecution and negotiations for the proposed settlement of this Action, Colorado FPPA strongly endorses the Settlement and believes it provides an excellent recovery for the Settlement Class, especially when measured against the substantial risks of establishing liability and damages. Colorado FPPA also endorses the proposed Plan of Allocation, and believes that it represents a fair and reasonable method for valuing claims

submitted by Settlement Class Members, and for distributing the Net Settlement Fund to Settlement Class Members who submit valid and timely proof of claim forms.

**III.     Colorado FPPA Supports Lead Counsel's
          Motion for Attorneys' Fees and Litigation Expenses**

9.     Colorado FPPA also supports Lead Counsel's requested fee (for all Plaintiffs' Counsel) of 23% of the Settlement Fund.  Colorado FPPA takes seriously its role as a Lead Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate Plaintiffs' Counsel for the work involved and the substantial risks they undertook in litigating the Action.  Colorado FPPA negotiated and approved this fee with Bernstein Litowitz pursuant to a retention agreement entered into at the outset of the litigation.  Following the agreement to settle the Action, Colorado FPPA has again reviewed the proposed fee and believes it is fair and reasonable in light of the quality of the result obtained for the Settlement Class, the excellent work performed by Plaintiffs' Counsel, and the risks undertaken by counsel in this Action.

10.     Colorado FPPA further believes that Plaintiffs' Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action.  As a result, Colorado FPPA has approved the request for payment of expenses submitted by Plaintiffs' Counsel.

11.     Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, Colorado FPPA supports Lead Counsel's motion for attorneys' fees and expenses.

**IV.     Colorado FPPA's Request for Reimbursement of Costs and Expenses**

12.     Colorado FPPA understands that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the PSLRA.  For this reason, in connection with Lead

5

Counsel's request for payment of Litigation Expenses, Colorado FPPA seeks reimbursement for the time that it dedicated to the representation of the Settlement Class in the Action.

13.    One of my responsibilities as General Counsel of Colorado FPPA is to monitor outside litigation matters, including Colorado FPPA's activities in securities class actions where (as here) it has been appointed lead plaintiff.  In addition to me, the following additional personnel at Colorado FPPA also participated in the prosecution and settlement of this Action: (i) Kevin B. Lindahl, Colorado FPPA's current Executive Director and former General Counsel; (ii) Steven Miller, Colorado FPPA's Associate General Counsel; (iii) Karen Moore, a Senior Paralegal in Colorado FPPA's legal department; and (iv) Teresa Dupree, Travis Rosa, and Rocky Graham, members of Colorado FPPA's Information Technology ("IT") team.

14.    The time that I and other Colorado FPPA employees devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for Colorado FPPA and, thus, represented a cost to Colorado FPPA.  Colorado FPPA seeks reimbursement in the amount of $36,283.75 for the time of the following personnel:

| Personnel | Hours[2] | Hourly Rate[3] | Total |
|---|---|---|---|
| Kevin B. Lindahl | 11 | $285 | $3,135.00 |
| Adam Franklin | 29 | $250 | $7,250.00 |
| Steven Miller | 108 | $205 | $22,140.00 |
| Karen Moore | 20.25 | $65 | $1,316.25 |
| Teresa Dupree | 3 | $215 | $645.00 |
| Travis Rosa | 9.5 | $145 | $1,377.50 |
| Rocky Graham | 6 | $70 | $420.00 |
| **TOTAL** | **186.75** | | **$36,283.75** |

---

[2] While Colorado FPPA devoted a significant amount of time to this Action, its request for reimbursement of costs is based on a conservative estimate of the number of hours we spent on this litigation.

[3] The hourly rates used for purposes of this request are based on our annual salaries and backgrounds.

## V.    Conclusion

15.    In conclusion, Colorado FPPA was closely involved with the prosecution and settlement of this Action, strongly endorses the proposed Settlement as fair, reasonable, and adequate, and believes that it represents an excellent recovery for the Settlement Class in light of the risks of continued litigation. We have reviewed and endorse the proposed Plan of Allocation as fair and reasonable for the Settlement Class.  Colorado FPPA further respectfully requests that the Court approve Lead Counsel's motion for an award of attorneys' fees and expenses for Plaintiffs' Counsel.  And finally, Colorado FPPA requests reimbursement for its costs and expenses under the PSLRA as set forth above.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct to the best of my knowledge, information, and belief, this 17th day of July, 2024.

_____
ADAM FRANKLIN