# Exhibit 4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 10-639-JHL-CJB |

**DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, LUIGGY SEGURA, declare as follows:

1.      I am the Vice President of Securities Operations at JND Legal Administration ("JND"). Pursuant to the Court's May 1, 2024 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (D.I. 144) (the "Preliminary Approval Order"), JND was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1] I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this declaration in order to provide the Court and the parties to the Action with information regarding: (i) dissemination of the Court-approved Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") and the Proof of Claim and Release Form (the "Claim Form") (collectively, the "Notice Packet"); (ii) publication of the Summary Notice of (I) Pendency

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated March 25, 2024 (D.I. 140-1) (the "Stipulation").

of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Summary Notice"); (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the requests for exclusion from the Settlement Class received to date by JND.

## DISSEMINATION OF THE NOTICE PACKET

3.      Pursuant to the Preliminary Approval Order, JND was responsible for disseminating the Notice Packet to potential Settlement Class Members. A copy of the Notice Packet is attached hereto as Exhibit A.

4.      In connection with the initiation of the notice program, JND established a settlement database for this administration (the "Settlement Database"). The Settlement Database keeps a record of each person who is a mailed a copy of the Notice Packet by JND.

5.      On May 2, 2024, Lead Counsel emailed to JND a data file provided by Defendants' Counsel containing 247 unique names and addresses of potential Settlement Class Members and 31 email addresses.[2] Prior to the initial mailing JND runs the list through the United States Postal Service ("USPS") National Change of Address ("NCOA") database.[3] Based on its searches of the NCOA database, JND identified updated addresses for 23 potential Settlement Class Members prior to the initial mailing.  The data file with the updated addresses was loaded into the Settlement Database, and on May 22, 2024, JND caused the Notice Packet to be sent by first-class mail to the

---

[2] In the event that both an email address and mailing address were provided for the same potential Class Member, a Notice was both emailed and mailed.

[3] The NCOA database is the official USPS technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained on the database for 48 months.

247 potential Class Members identified in the data file. JND also emailed 31 potential Settlement Class Members where the email was provided in addition to the physical mailing address.

6.    As in most actions of this nature, a large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name," *i.e.*, the securities are purchased by brokerage firms, banks, and other institutions (referred to as "nominees" or "records holders") in the name of the nominee, on behalf of the beneficial purchasers. JND maintains a proprietary database with names and addresses of the largest and most common nominees that purchase securities on behalf of beneficial owners (the "Nominee Database"). At the time of the initial mailing, JND's Nominee Database contained 4,074 records. On May 22, 2024, JND caused Notice Packets to be sent by first-class mail to the 4,074 mailing records contained in its Nominee Database and emailed 442 brokers where emails were available.

7.    JND also researched filings with the U.S. Securities and Exchange Commission (SEC) on Form 13-F to identify additional institutions or entities who may have purchased Grand Canyon Education, Inc. common stock during the Class Period. Based on this research, 674 address records were added to the list of potential Settlement Class Members. On May 22, 2024, JND caused Notice Packets to be sent by first-class mail to those potential Settlement Class Members.

8.    In total, 4,995 Notice Packets were mailed to potential Settlement Class Members and nominees by first-class mail on May 22, 2023.

9.    The Notice directed those who purchased or otherwise acquired Grand Canyon common stock during the Class Period, for the beneficial interest of a person or entity other than themselves, to either (i) within seven (7) calendar days of receipt of the Notice, request from JND sufficient copies of the Notice Packet to forward to all such beneficial owners and within seven

3

(7) calendar days of receipt of those Notice Packets forward them to all such beneficial owners, or (ii) within seven (7) calendar days of receipt of the Notice, provide a list of the names, mailing addresses, and, if available, email addresses, of all such beneficial owners to JND (which would then mail copies of the Notice Packet to those persons). JND followed up with phone calls and reminder postcards to 4,029 brokers and nominees to increase the response rate.

10.    JND also provided a copy of the Notice to the Depository Trust Company ("DTC") for posting on its Legal Notice System ("LENS"). The LENS may be accessed by any Nominee that is a participant in DTC's security system. JND posted the Notice on the DTC's LENS on May 22, 2024.

11.    Through July 16, 2024, JND has received 17,026 additional names and mailing addresses, and 68 email addresses, of potential Settlement Class Members from individuals or nominees. JND has also received requests from nominees for 51,695 Notice Packets to be forwarded directly by the nominees to their customers. All such requests have been, and will continue to be, complied with and addressed in a timely manner.

12.    Through July 16, 2024, a total of 73,716 Notice Packets have been mailed to potential Settlement Class Members and nominees.

13.    To reduce the amount of potentially undeliverable Notice Packets, after receiving a mailing list with names and addresses of potential Settlement Class Member, JND runs the list through the NCOA database.

14.    Through July 16, 2024, 1,044 Notice Packets have been returned by the USPS as undelivered as addressed. The USPS identified an updated address for 398 of the undelivered and returned Notice Packets, and the USPS has forwarded the Notice Packet to the updated address for each of those potential Settlement Class Members. For the 646 Notice Packets where an updated

4

address was not identified by the USPS and which were returned to JND without a forwarding address, JND took reasonable efforts to research and determine an updated mailing address through sophisticated advance searches of credit bureau databases. As a result of this research JND was able to remail 323 Notice Packets to potential Settlement Class Members.

## PUBLICATION OF THE SUMMARY NOTICE

15.     In accordance with Paragraph 7(d) of the Preliminary Approval Order, JND caused the Summary Notice to be published in *Investor's Business Daily* and released via *PR Newswire* on June 3, 2024. Copies of proof of publication of the Summary Notice in *Investor's Business Daily* and over *PR Newswire* are attached hereto as Exhibit B. The Summary Notice released via *PR Newswire* has been available online since its publication on June 3, 2024.

## SETTLEMENT WEBSITE

16.     On May 22, 2024, JND established a website ("Settlement Website") dedicated to the Settlement, www.GrandCanyonSecuritiesLitigation.com. The address for the Settlement Website is set forth in the Notice Packet and in the Summary Notice. The Settlement Website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and details about the Court's Settlement Hearing. Copies of the Notice and Claim Form, as well as the Stipulation, Preliminary Approval Order and Complaint are posted on the Settlement Website and are available for downloading. The Settlement Website contains a secure online filing portal that allows Settlement Class Members to file a claim and receive an emailed confirmation that their claim has been received by the Claims Administrator. The Settlement Website is accessible 24 hours a day, 7 days a week. JND will update the Settlement Website as necessary through the administration of the Settlement.

**TELEPHONE HELPLINE**

17.     On May 22, 2024, JND established a case-specific, toll-free telephone helpline, 855-208-4129, with an interactive voice response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have the option to be transferred to a live operator during business hours. JND continues to maintain the telephone helpline and will update the interactive voice response system as necessary through the administration of the Settlement.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

18.     The Notice informs potential Settlement Class Members that requests for exclusion from the Settlement Class must be submitted by mail addressed to *In re Grand Canyon Education, Inc. Securities Litigation*, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91065, Seattle, WA 98111, and must be received by no later than August 1, 2024. Through July 16, 2024, JND has received one (1) request for exclusion. JND will submit a supplemental declaration after the August 1, 2024, deadline for requesting exclusion that will address all requests for exclusion received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July 2024, at New Hyde Park, New York.

_____
LUIGGY SEGURA

6

# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-JLH-CJB |

**NOTICE OF (I) PENDENCY OF CLASS ACTION
AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND
(III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

***A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.***

**NOTICE OF PENDENCY OF CLASS ACTION:**  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the District of Delaware (the "Court"), if you purchased the common stock of Grand Canyon Education, Inc. ("Grand Canyon" or the "Company") during the period from January 5, 2018 through January 27, 2020, inclusive (the "Class Period"), and were damaged thereby.[1]

**NOTICE OF SETTLEMENT:**  Please also be advised that the Court-appointed Lead Plaintiffs, Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (together, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 26 below), have reached a proposed settlement of the Action for **$25,500,000** in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact the Court, the Office of the Clerk of the Court, Grand Canyon, any other Defendants in the Action, or their counsel.  All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 72 below).**

1.    **Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging that Grand Canyon and certain of its executives, Chief Executive Officer Brian E. Mueller and Chief Financial Officer Daniel E. Bachus (together, the "Individual Defendants"), violated the federal securities laws by making false and misleading statements during the Class Period regarding the Company's 2018 sale of Grand Canyon University, a for-profit university it owned and operated, to an entity organized as an Arizona nonprofit corporation.  A more detailed description of the Action is set forth in paragraphs 11-25 below.  If the Court approves the proposed Settlement, the Action will be dismissed and members of the Settlement Class (defined in paragraph 26 below) will settle and release all Released Plaintiffs' Claims (defined in paragraph 36 below).

---

[1]  All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated March 25, 2024 (the "Stipulation"), which is available at GrandCanyonSecuritiesLitigation.com.

2.      **Statement of the Settlement Class's Recovery:**   Subject to Court approval, Lead Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $25,500,000 in cash (the "Settlement Amount") to be deposited into an escrow account.  The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, (d) any attorneys' fees awarded by the Court; and (e) any other costs or fees approved by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class. The proposed plan of allocation (the "Plan of Allocation") is attached hereto as Appendix A.

3.      **Estimate of Average Amount of Recovery Per Share:**   Based on Lead Plaintiffs' damages expert's estimate of the number of shares of Grand Canyon common stock purchased during the Class Period that may have been affected by the misstatements alleged in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) is $0.69 per eligible share.  Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate.  Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased or sold their Grand Canyon common stock, and the total number and value of valid Claim Forms submitted.  Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth in Appendix A or such other plan of allocation as may be ordered by the Court.

4.      **Average Amount of Damages Per Share:**   The Parties do not agree on the average amount of damages per share that would be recoverable if Lead Plaintiffs were to prevail in the Action.  Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5.      **Attorneys' Fees and Expenses Sought:**   Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action.  Court-appointed Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP and Barrack, Rodos & Bacine, will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 23% of the Settlement Fund.  In addition, Lead Counsel will apply for payment of Litigation Expenses incurred in connection with the institution, prosecution, and resolution of the Action, in an amount not to exceed $600,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  Any fees and expenses awarded by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.  The estimated average cost per affected share of Grand Canyon common stock, if the Court approves Lead Counsel's fee and expense application, is $0.17 per share.

6.      **Identification of Attorneys' Representatives:**   Lead Plaintiffs and the Settlement Class are represented by Katherine M. Sinderson of Bernstein Litowitz Berger & Grossmann LLP, 1251 Avenue of the Americas, 44th Floor, New York., NY 10020, (800) 380-8496, settlements@blbglaw.com; and Jeffrey W. Golan of Barrack, Rodos & Bacine, 3300 Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, (877) 386-3304, settlements@barrack.com.

7.      **Reasons for the Settlement:**   Lead Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation.   Moreover, the substantial cash benefit provided under the Settlement must be

considered against the significant risk that a smaller recovery—or indeed no recovery at all—might be achieved after further contested motions, a trial of the Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden, and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** *POSTMARKED OR SUBMITTED ONLINE* **NO LATER THAN SEPTEMBER 19, 2024.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 36 below) that you have against Defendants and the other Defendants' Releasees (defined in ¶ 37 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS** *RECEIVED* **NO LATER THAN AUGUST 1, 2024.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS** *RECEIVED* **NO LATER THAN AUGUST 1, 2024.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON AUGUST 22, 2024 AT 11:00 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS** *RECEIVED* **NO LATER THAN AUGUST 1, 2024.** | Filing a written objection and notice of intention to appear by August 1, 2024 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

**These rights and options—and the deadlines to exercise them—are further explained in this Notice. Please Note: the date and time of the Settlement Hearing—currently scheduled for August 22, 2024 at 11:00 a.m. Eastern Time—is subject to change without further notice to the Settlement Class. If you plan to attend the hearing, you should check the Settlement website, GrandCanyonSecuritiesLitigation.com, or with Lead Counsel as set forth above to confirm that no change to the date and/or time of the hearing has been made.**

| WHAT THIS NOTICE CONTAINS |
|---|

Why Did I Get This Notice?                                                                                  Page 4
What Is This Case About?                                                                                     Page 5
How Do I Know If I Am Affected By The Settlement?
    Who Is Included In The Settlement Class?                                                  Page 6
What Are Lead Plaintiffs' Reasons For The Settlement?                                    Page 7
What Might Happen If There Were No Settlement?                                         Page 8
How Are Settlement Class Members Affected By The Action
    And The Settlement?                                                                                 Page 8
How Do I Participate In The Settlement?  What Do I Need To Do?            Page 10
How Much Will My Payment Be?                                                                      Page 10
What Payment Are The Attorneys For The Settlement Class Seeking?
    How Will The Lawyers Be Paid?                                                                  Page 11
What If I Do Not Want To Be A Member Of The Settlement Class?
    How Do I Exclude Myself?                                                                          Page 11
When And Where Will The Court Decide Whether To Approve The Settlement?
    Do I Have To Come To The Hearing?  May I Speak At The Hearing If I
    Don't Like The Settlement?                                                                        Page 12
What If I Bought Shares On Someone Else's Behalf?                                     Page 14
Can I See The Court File?  Whom Should I Contact If I Have Questions?    Page 15
Appendix A: Plan of Allocation of the Net Settlement Fund                        Page 16

| WHY DID I GET THIS NOTICE? |
|---|

8.     The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased Grand Canyon common stock during the Class Period.  The Court has directed us to send you this Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the Claims Administrator selected by Lead Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.     The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation, and the motion by Lead Counsel for attorneys' fees and Litigation Expenses (the "Settlement Hearing").  *See* ¶¶ 61-62 below for details about the Settlement Hearing, including the date and location of the hearing.

10.    The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

<div style="text-align: center; border: 1px solid black; background-color: #d3d3d3;">

**WHAT IS THIS CASE ABOUT?**

</div>

11.    Grand Canyon is an educational services company incorporated in Delaware.  Grand Canyon's common stock trades on the NASDAQ under the ticker symbol "LOPE."  This Action involves allegations that, during the Class Period (from January 5, 2018 through January 27, 2020), Grand Canyon and the Individual Defendants made material misrepresentations and omissions regarding the Company's 2018 sale of Grand Canyon University ("GCU"), a for-profit university it owned and operated, to an entity organized as an Arizona nonprofit corporation.  Lead Plaintiffs allege that these misrepresentations and omissions caused the price of Grand Canyon's common stock to be inflated during the Class Period, and that the price declined when the truth was disclosed through a series of disclosures on November 6 and 7, 2019 and January 28, 2020.

12.    On May 12, 2020, The City of Hialeah Employees' Retirement System filed the first of the related class actions in the United States District Court for the District of Delaware (the "Court"), alleging violations of the federal securities laws.

13.    On August 13, 2020, the Court entered an Order appointing Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust as Lead Plaintiffs, and approving their selection of Bernstein Litowitz and Barrack, Rodos & Bacine as Lead Counsel.

14.    On October 20, 2020, Lead Plaintiffs filed the Consolidated Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint").  The Consolidated Complaint asserted claims on behalf of all persons and entities who purchased Grand Canyon common stock during the Class Period. The Consolidated Complaint alleged that Defendants made materially false and misleading statements or omissions regarding Grand Canyon's sale of GCU to an entity organized as an Arizona nonprofit corporation.  The Consolidated Complaint asserted claims under Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder, against all Defendants; and claims under Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a), against the Individual Defendants.

15.    On December 21, 2020, Defendants moved to dismiss the Consolidated Complaint, asserting (among other things) that Lead Plaintiffs failed to sufficiently allege actionable misstatements or omissions, that Defendants acted with scienter, or loss causation.  The motion to dismiss was fully briefed and the Court held oral argument on the motion on May 26, 2021.

16.    On August 9, 2021, Magistrate Judge Christopher J. Burke issued a Report and Recommendation recommending the Court grant Defendants' motion to dismiss and permit Lead Plaintiffs to file an amended complaint within 14 days to correct the deficiencies identified.  Lead Plaintiffs did not seek District Court review of Magistrate Judge Burke's Report and Recommendation and, on August 23, 2021, the Court adopted the Report and Recommendation.

17.    Lead Plaintiffs filed a Second Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint") on January 21, 2022, which contained new allegations meant to address the concerns identified by Magistrate Judge Burke.

18.    Defendants filed their motion to dismiss the Complaint on March 15, 2022.  The renewed motion to dismiss was fully briefed and oral argument on the motion was held on October 25, 2022.  On February 17, 2023, Magistrate Judge Burke issued a Report and Recommendation to deny Defendants' motion to dismiss the Complaint.  On March 28, 2023, the Court held oral argument on Defendants' objections to the Magistrate Judge Burke's February 17, 2023 Report and Recommendation, after which the Court overruled Defendants' objections and adopted the Report and Recommendation.

19.    Discovery in the Action commenced in April 2023.  In response to Lead Plaintiffs' requests for production of documents, Defendants produced thousands of documents to Lead Plaintiffs.  The Parties subpoenaed more than ten third parties and received additional documents from them.  In addition, the Parties met and conferred and exchanged numerous letters concerning disputed discovery issues over several months.

20.    The Parties began exploring the possibility of a settlement in the fall of 2023.  The Parties agreed to engage in private mediation and retained Michelle Yoshida of Phillips ADR Enterprises to act as mediator in the Action (the "Mediator").  On November 14, 2023, counsel for the Parties participated in a full-day mediation session before the Mediator.  In advance of that session, the Parties exchanged and submitted detailed confidential mediation statements to the Mediator.  The session ended without any agreement being reached.

21.    On January 5, 2024, Lead Plaintiffs filed their motion for class certification and appointment of class representatives and class counsel, which was accompanied by a report from Lead Plaintiffs' expert on market efficiency and common damages methodologies.

22.    On February 21, 2024, the Parties participated in a second full-day mediation session before the Mediator.  In advance of the mediation session, the Parties again exchanged and submitted confidential mediation statements to the Mediator.  At the conclusion of this second mediation session, the Mediator made a recommendation that the Action be settled for $25.5 million, which the Parties accepted.

23.    The agreement's terms were memorialized in a term sheet executed on February 23, 2024 (the "Term Sheet").  The Term Sheet set forth, among other things, the Parties' agreement to settle and release all claims against Defendants and Defendants' Releasees in the Action in return for a cash payment of $25,500,000 for the benefit of the Settlement Class, subject to certain terms and conditions and the execution of a customary "long form" stipulation and agreement of settlement and related papers

24.    On March 25, 2024, the Parties entered into a Stipulation and Agreement of Settlement (the "Stipulation"), which sets forth the terms and conditions of the Settlement.  The Stipulation can be viewed at GrandCanyonSecuritiesLitigation.com.

25.    On May 1, 2024, the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

---

**HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?**
**WHO IS INCLUDED IN THE SETTLEMENT CLASS?**

---

26.    If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded.  The Settlement Class consists of:

> all persons and entities who purchased Grand Canyon common stock during the period from January 5, 2018 through January 27, 2020, inclusive, and who were damaged thereby.

Excluded from the Settlement Class are: (i) Defendants; (ii) the Immediate Family Members of any Individual Defendant; (iii) any person who is, or was during the Class Period, an Officer or director of Grand Canyon and any of their Immediate Family Members; (iv) any affiliates or subsidiaries of Grand Canyon; (v) any entity in which any Defendant or any of their Immediate Family Members has or had a controlling interest; and (vi) the legal representatives, heirs, agents, affiliates, successors, or assigns of any such excluded persons and entities. Also excluded from the Settlement Class are any persons or entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court in accordance with the requirements set forth in this Notice. *See* "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself?," on page 11 below.

**Please Note: Receipt of this Notice does not mean that you are a Settlement Class Member or that you will be entitled to receive proceeds from the Settlement.**

**If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Claim Form that is being distributed with this Notice and the required supporting documentation as set forth therein postmarked (or submitted online) no later than September 19, 2024.**

| WHAT ARE LEAD PLAINTIFFS' REASONS FOR THE SETTLEMENT? |
|---|

27.    Lead Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit. They recognize, however, the very substantial risks they would face in establishing liability and damages through the Court's ruling on class certification, summary judgment, pre-trial motions, a trial, and appeals, as well as the length and expense to the Settlement Class of continued proceedings. The risks of continued litigation concerned each main element of Lead Plaintiffs' claims. To start, Lead Plaintiff faced challenges in proving that Defendants made false statements concerning their accounting treatment of Grand Canyon University ("GCU"). For example, Defendants contended that their outside auditors and the SEC reviewed and approved the Company's accounting treatment of GCU and that, therefore, their statements regarding Grand Canyon's separateness or independence from GCU were not false or misleading when made. Further, Lead Plaintiffs faced challenges in proving scienter—*i.e.*, that Defendants knowingly or recklessly deceived investors. For example, Defendants argued that their statement that the Department of Education's delay in approving the transaction was due to "understaffing" was not false based on information provided to them by their advisors. There was a meaningful risk that the Court or jury could find that Defendants lacked scienter on a complete record at summary judgment or trial.

28.    Lead Plaintiffs faced further risks relating to proof of loss causation and damages. For example, Defendants argued that the report published by Citron Research on January 28, 2020 (the "Citron Report"), which accounted for the majority of Lead Plaintiffs' damages, could not serve as a corrective disclosure because it did not reveal any new information to the market. There was significant risk that Lead Plaintiffs would not be able to demonstrate that the Citron Report relied on new facts in its analysis. Additionally, there was a significant risk that the Court would find that the Citron Report cannot, as a matter of law, have corrected Defendants' alleged misrepresentations, and dismiss the second corrective disclosure from the case. If Defendants had succeeded on their loss causation and damages arguments, the recoverable damages could have been substantially less than the amount provided in the Settlement.

29.    In light of these and other risks, the amount of the Settlement, and the immediacy of recovery to the Settlement Class, Lead Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class. The Settlement provides a substantial benefit to the Settlement Class, namely $25,500,000 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller

recovery, or no recovery at all, after further proceedings on Lead Plaintiffs' motion for class certification and likely summary judgment motions, trial, and appeals, possibly years in the future.

30.    Defendants have denied the claims asserted against them in the Action and deny that the Settlement Class was harmed or suffered any damages as a result of the conduct alleged in the Action. Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation. Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

## WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?

31.    If there were no Settlement and Lead Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants. Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial, or on appeal, the Settlement Class could recover less than the amount provided in the Settlement, or nothing at all.

## HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?

32.    As a Settlement Class Member, you are represented by Lead Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 12 below.

33.    If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself?," on page 11 below.

34.    If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 12 below.

35.    If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court. If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, will have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim (as defined in ¶ 36 below) against Defendants and the other Defendants' Releasees (as defined in ¶ 37 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

36.    "Released Plaintiffs' Claims" means any and all claims and causes of action of every nature and description, whether arising under federal, state, common, or foreign law, including known claims and Unknown Claims, that (i) Lead Plaintiffs or any other member of the Settlement Class asserted in the Complaint or could have asserted in any other forum that arise out of or are based upon the allegations,

transactions, facts, matters or occurrences, representations, or omissions involved, set forth, or referred to in the Complaint and (ii) relate to the purchase of Grand Canyon common stock during the Class Period. This release does not cover, include, or release (i) any ERISA claims, (ii) any shareholder derivative claims asserted on behalf of Grand Canyon; (iii) any claims by any governmental entity that arise out of any governmental investigation of Defendants relating to the conduct alleged in the Action; or (iv) any claims relating to the enforcement of the Settlement.

37.  "Defendants' Releasees" means Defendants and their current and former parents, affiliates, subsidiaries, officers, directors, agents, successors, predecessors, assigns, assignees, partnerships, partners, trustees, trusts, employees, Immediate Family Members, insurers, reinsurers, and attorneys.

38.  "Unknown Claims" means any Released Plaintiffs' Claims which any Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant does not know or suspect to exist in his or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly waive, and each of the Settlement Class Members shall be deemed to have waived, and by operation of the Judgment shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Lead Plaintiffs and Defendants acknowledge, and each of the Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

39.  The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, will have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Defendants' Claim (as defined in ¶ 40 below) against Lead Plaintiffs and the other Plaintiffs' Releasees (as defined in ¶ 41 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

40.  "Released Defendants' Claims" means any and all claims and causes of action of every nature and description, whether arising under federal, state, common, or foreign law, including known claims and Unknown Claims, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants in the Action.  This release does not cover, include, or release (i) claims relating to the enforcement of the Stipulation or the Settlement; or (ii) any claims against any person or entity who or which submits a request for exclusion that is accepted by the Court.

41.  "Plaintiffs' Releasees" means Lead Plaintiffs, all other plaintiffs in the Action, and all other Settlement Class Members, and their respective current and former parents, affiliates, subsidiaries, officers, directors, agents, successors, predecessors, assigns, assignees, partnerships, partners, trustees, trusts, employees, Immediate Family Members, insurers, reinsurers, and attorneys.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

42.    To be eligible for a payment from the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation *postmarked (if mailed), or submitted online* at **GrandCanyonSecuritiesLitigation.com no later than September 19, 2024**.  A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, GrandCanyonSecuritiesLitigation.com.  You may also request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at 1-855-208-4129 or by emailing the Claims Administrator at info@GrandCanyonSecuritiesLitigation.com.  **Please retain all records of your ownership of and transactions in Grand Canyon common stock, as they will be needed to document your Claim.**  The Parties and Claims Administrator do not have information about your transactions in Grand Canyon common stock.

43.    If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

44.    At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

45.    Pursuant to the Settlement, Defendants have agreed to cause $25,500,000 in cash (the "Settlement Amount") to be paid into an escrow account.  The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."  If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; (c) any attorneys' fees and Litigation Expenses awarded by the Court; and (d) any other costs or fees approved by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

46.    The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

47.    Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final.  Defendants shall not have any liability, obligation, or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund, or the plan of allocation.

48.    Approval of the Settlement is independent from approval of a plan of allocation.  Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

49.    Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked (or submitted online) on or before September 19, 2024 shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered

and the releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 36 above) against the Defendants' Releasees (as defined in ¶ 37 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

50.    Participants in and beneficiaries of any employee retirement and/or benefit plan covered by ERISA ("ERISA Plan") should NOT include any information relating to shares of Grand Canyon common stock purchased through the ERISA Plan in any Claim Form they submit in this Action. They should include ONLY shares of Grand Canyon common stock purchased during the Class Period outside of an ERISA Plan. Claims based on any ERISA Plan's purchases of Grand Canyon common stock during the Class Period may be made by the plan's trustees.

51.    The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

52.    Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

53.    Only Settlement Class Members or persons authorized to submit a claim on their behalf will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms. The only security that is included in the Settlement is Grand Canyon common stock.

54.    **Appendix A to this Notice sets forth the Plan of Allocation for allocating the Net Settlement Fund among Authorized Claimants, as proposed by Lead Plaintiffs. At the Settlement Hearing, Lead Plaintiffs will request that the Court approve the Plan of Allocation. The Court may modify the Plan of Allocation, or approve a different plan of allocation, without further notice to the Settlement Class.**

### WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

55.    Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 23% of the Settlement Fund. At the same time, Lead Counsel also intend to apply for payment of Litigation Expenses in an amount not to exceed $600,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class, pursuant to the PSLRA. The Court will determine the amount of any award of attorneys' fees or Litigation Expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

### WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

56.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *In re Grand Canyon Education, Inc. Securities*

*Litigation*, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91065, Seattle, WA 98111. The Request for Exclusion must be *received* **no later than August 1, 2024**. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must (i) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (ii) state that such person or entity "requests exclusion from the Settlement Class in *In re Grand Canyon Education, Inc. Securities Litigation*, Civil Action No. 20-639-JLH-CJB"; (iii) state the number of shares of Grand Canyon common stock that the person or entity requesting exclusion (A) owned as of the opening of trading on January 5, 2018 and (B) purchased/acquired and/or sold from January 5, 2018 through January 27, 2020, inclusive, as well as the date, number of shares, and prices of each such purchase/acquisition and sale; and (iv) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

57. If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

58. If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

59. Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiffs and Defendants.

---

> **WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

---

60. **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing**.

61. **Please Note**: The date and time of the Settlement Hearing may change without further written notice to the Settlement Class. The Court may decide to allow Settlement Class Members to appear at the hearing by phone, without further written notice to the Settlement Class. **In order to determine whether the date and time of the Settlement Hearing have changed, or whether Settlement Class Members may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, GrandCanyonSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, GrandCanyonSecuritiesLitigation.com. If the Court allows Settlement Class Members to participate in the Settlement Hearing by telephone or video conference, the information for accessing the telephone or video conference will be posted to the Settlement website, GrandCanyonSecuritiesLitigation.com.**

62. The Settlement Hearing will be held on **August 22, 2024 at 11:00 a.m.**, before the Honorable Christopher J. Burke of the United States District Court for the District of Delaware, in Courtroom 2A of the J. Caleb Boggs Federal Building and United States Courthouse, 844 North King Street, Wilmington, DE 19801. At the Settlement Hearing, the Court will consider: (a) whether the proposed Settlement is

fair, reasonable, and adequate to the Settlement Class, and should be finally approved; (b) whether a Judgment substantially in the form attached as Exhibit B to the Stipulation should be entered dismissing the Action with prejudice against Defendants; (c) whether the Settlement Class should be certified for purposes of the Settlement; (d) whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (e) whether the motion by Lead Counsel for attorneys' fees and Litigation Expenses should be approved; and (f) other matters that may properly be brought before the Court in connection with the Settlement. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

63. Any Settlement Class Member that does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, electronically with the Court or by letter mailed to the Clerk's Office at the United States District Court for the District of Delaware, at the address set forth below **on or before August 1, 2024**. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* **on or before August 1, 2024.**

| Clerk's Office | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court District of Delaware Clerk of the Court 844 North King Street Wilmington, DE 19801 | **Bernstein Litowitz Berger & Grossmann LLP** Katherine M. Sinderson 1251 Avenue of the Americas, 44th Floor New York, NY 10020<br><br>-and-<br><br>**Barrack, Rodos & Bacine** Jeffrey W. Golan 3300 Two Commerce Square 2001 Market Street Philadelphia, PA 19103 | **Alston & Bird LLP** John L. Latham Cara M. Peterman Timothy J. Fitzmaurice One Atlantic Center 1201 West Peachtree Street, Suite 4900 Atlanta, GA 30309-3424<br><br>-and-<br><br>DLA Piper LLP (US) Ronald N. Brown, III Peter H. Kyle 1201 North Market Street, Suite 2100 Wilmington, DE 19801 |

64. Any objection must include (a) the name of this proceeding, *In re Grand Canyon Education, Inc. Securities Litigation*, Civil Action No. 20-639-JLH-CJB; (b) the objector's full name, current address, email address (if applicable), and telephone number; (c) the objector's signature; (d) a statement providing the specific reasons for the objection, including a detailed statement of the specific legal and factual basis for each and every objection and whether the objection applies only to the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class; and (e) documents sufficient to prove membership in the Settlement Class, including documents showing the number of shares of Grand Canyon common stock that the objecting Settlement Class Member purchased/acquired and/or sold from January 5, 2018 through January 27, 2020, inclusive, as well as the date, number of shares, and prices of each such

purchase/acquisition and sale. The documentation establishing membership in the Settlement Class must consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from the objector's broker containing the transactional and holding information found in a broker confirmation slip or account statement.

65.    You may not object to the Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

66.    You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

67.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office so that it is *received* **on or before August 1, 2024**. Such persons may be heard orally at the discretion of the Court. Objectors who enter an appearance and desire to present evidence at the Settlement Hearing in support of their objection must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and any exhibits they intend to introduce into evidence at the hearing.

68.    You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court so that the notice is *received* **on or before August 1, 2024**.

69.    The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class, other than a posting of the adjournment on the case website, GrandCanyonSecuritiesLitigation.com. If you plan to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

70.    **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for attorneys' fees and Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

71.    If you purchased Grand Canyon common stock from January 5, 2018 through January 27, 2020, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either (a) within seven (7) calendar days of receipt of this Notice, request from the Claims Administrator sufficient copies of the Notice and Claim Form (the "Notice Packet") to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notice Packets forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to *In re Grand Canyon Education, Inc. Securities Litigation*, c/o JND Legal Administration, P.O. Box 91065, Seattle, WA 98111. If you choose the second option, the Claims Administrator will send a copy of the Notice and the Claim Form to the beneficial owners. Upon full compliance with these directions, such nominees may seek payment of their reasonable expenses actually incurred, by providing the Claims Administrator with proper documentation supporting the expenses for

which reimbursement is sought.  Copies of this Notice and the Claim Form may also be obtained from the website maintained by the Claims Administrator, GrandCanyonSecuritiesLitigation.com, or by calling the Claims Administrator toll-free at 1-855-208-4129.

| CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS? |
|---|

72.    This Notice contains only a summary of the terms of the proposed Settlement.  For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be reviewed by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.ded.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building and United States Courthouse, 844 North King Street, Wilmington, DE 19801.  Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, GrandCanyonSecuritiesLitigation.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

*In re Grand Canyon Education, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91065
Seattle, WA 98111

855-208-4129
GrandCanyonSecuritiesLitigation.com

or

| Katherine M. Sinderson | Jeffrey W. Golan |
|---|---|
| BERNSTEIN LITOWITZ BERGER | BARRACK, RODOS & BACINE |
| & GROSSMANN LLP | 3300 Two Commerce Square |
| 1251 Avenue of the Americas, 44th Floor | 2001 Market Street |
| New York, NY 10020 | Philadelphia, PA 19103 |
| 800-380-8496 | 877-386-3304 |
| settlements@blbglaw.com | settlements@barrack.com |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: May 22, 2024                                      By Order of the Court
                                                         United States District Court
                                                         District of Delaware

**Appendix A**

**PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND**

73.    As discussed above, the Settlement provides $25,500,000 in cash for the benefit of the Settlement Class.  The Settlement Amount and any interest it earns constitute the "Settlement Fund."  The Settlement Fund, after deduction of Court-approved attorneys' fees and Litigation Expenses, Notice and Administration Costs, Taxes, and any other fees or expenses approved by the Court, is the "Net Settlement Fund."  If the Settlement is approved by the Court, the Net Settlement Fund will be distributed to eligible Authorized Claimants, i.e., members of the Settlement Class who timely submit valid Claim Forms that are accepted for payment by the Court, in accordance with a plan of allocation to be adopted by the Court.  Settlement Class Members who do not timely submit valid Claim Forms will not share in the Net Settlement Fund, but will otherwise be bound by the Settlement.

74.    The Plan of Allocation (the "Plan") set forth herein is the plan that is being proposed to the Court for approval by Lead Plaintiffs after consultation with their damages expert.  The Court may approve the Plan with or without modification, or approve another plan of allocation, without further notice to the Settlement Class.  Any Orders regarding a modification to the Plan will be posted to GrandCanyonSecuritiesLitigation.com.  Defendants have had, and will have, no involvement or responsibility for the terms or application of the Plan.

75.    The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants who suffered economic losses as a proximate result of the alleged wrongdoing.  The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial.  Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement.  The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

76.    The Plan of Allocation was created with the assistance of a consulting damages expert and reflects the assumption that Defendants' alleged false and misleading statements and material omissions proximately caused the price of Grand Canyon common stock to be artificially inflated throughout the Class Period.  In calculating the estimated artificial inflation allegedly caused by Defendants' alleged misrepresentations and omissions, Lead Plaintiffs' damages expert considered price changes in Grand Canyon common stock in reaction to certain public announcements allegedly revealing the truth concerning Defendants' alleged misrepresentations and material omissions, adjusting for price changes that were attributable to market or industry forces.

77.    In order to have recoverable damages, the disclosure of the allegedly misrepresented information must be the cause of the decline in the price of Grand Canyon common stock.  In this case, Lead Plaintiffs allege that Defendants made false statements and omitted material facts during the period from January 5, 2018 through January 27, 2020, inclusive, which had the effect of artificially inflating the price of Grand Canyon common stock.  Lead Plaintiffs further allege that corrective information was released to the market on November 6, 2019, November 7, 2019 and January 28, 2020, which removed the artificial inflation from the price of Grand Canyon common stock on November 7, 2019 and January 28, 2020.

78.    Recognized Loss Amounts are based primarily on the difference in the amount of alleged artificial inflation in the prices of Grand Canyon common stock at the time of purchase or acquisition and at the time of sale, or the difference between the actual purchase price and sale price.  Accordingly, in order to have a Recognized Loss Amount under the Plan of Allocation, a Settlement Class Member that purchased

or otherwise acquired Grand Canyon common stock during the Class Period must have held those shares through at least one of the dates where new corrective information was released to the market and partially removed the artificial inflation from the price of Grand Canyon common stock.

## CALCULATION OF RECOGNIZED LOSS AMOUNT

79.    Based on the formula stated below, a "Recognized Loss Amount" will be calculated for each purchase or acquisition of Grand Canyon common stock during the Class Period that is listed on the Claim Form and for which adequate documentation is provided.  If a Recognized Loss Amount calculates to a negative number or zero under the formula below, that Recognized Loss Amount will be zero.[2]

80.    For each share of Grand Canyon common stock purchased or otherwise acquired during the Class Period (that is, the period from January 5, 2018 through and including the close of trading on January 27, 2020), and:

A.    Sold prior to the close of trading on November 6, 2019, the Recognized Loss Amount will be $0.00.

B.    Sold from November 7, 2019 though and including the close of trading on January 27, 2020, the Recognized Loss Amount will be ***the lesser of:*** (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A below *minus* the amount of artificial inflation per share on the date of sale as stated in Table A below; or (ii) the purchase/acquisition price minus the sale price.

C.    Sold from January 28, 2020 through and including the close of trading on April 24, 2020, the Recognized Loss Amount will be ***the least of***: (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A below; (ii) the purchase/acquisition price minus the average closing price from January 28, 2020 through the date of sale as stated in Table B below; or (iii) the purchase/acquisition price minus the sale price.

D.    Held as of the close of trading on April 24, 2020, the Recognized Loss Amount will be ***the lesser of***: (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A below, or (ii) the purchase/acquisition price *minus* $76.90.[3]

---

[2] Any transactions in Grand Canyon common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

[3] Pursuant to Section 21D(e)(1) of the Exchange Act, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." Consistent with the requirements of the Exchange Act, Recognized Loss Amounts are reduced to an appropriate extent by taking into account the closing prices of Grand Canyon common stock during the "90-day look-back period" from January 28, 2020 through April 24, 2020.  The mean (average) closing price for Grand Canyon common stock during this period was $76.90.

## <u>ADDITIONAL PROVISIONS</u>

81.    **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" will be the sum of his, her, or its Recognized Loss Amounts as calculated under ¶ 80 above.

82.    **FIFO Matching:** If a Claimant made more than one purchase/acquisition or sale of Grand Canyon common stock during the Class Period, all purchases/acquisitions and sales will be matched on a First In, First Out ("FIFO") basis.  Class Period sales will be matched first against any holdings at the beginning of the Class Period and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Class Period.

83.    **Purchase/Sale Prices:** For the purposes of calculations in ¶ 80 above, "purchase/acquisition price" means the actual price paid, excluding any fees, commissions, and taxes, and "sale price" means the actual amount received, not deducting any fees, commissions, and taxes.

84.    **"Purchase/Acquisition/Sale" Dates:** Purchases or acquisitions and sales of Grand Canyon common stock will be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.  The receipt or grant by gift, inheritance, or operation of law of Grand Canyon common stock during the Class Period will not be deemed a purchase, acquisition, or sale of Grand Canyon common stock for the calculation of a Claimant's Recognized Loss Amount, nor will the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition/sale of Grand Canyon common stock unless (i) the donor or decedent purchased or otherwise acquired or sold such Grand Canyon common stock during the Class Period; (ii) the instrument of gift or assignment specifically provides that it is intended to transfer such rights; and (iii) no Claim was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to shares of such shares of Grand Canyon common stock.

85.    **Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase or acquisition of the Grand Canyon common stock.  The date of a "short sale" is deemed to be the date of sale of the Grand Canyon common stock.  In accordance with the Plan of Allocation, however, the Recognized Loss Amount on "short sales" and the purchases covering "short sales" is zero.

86.    In the event that a Claimant has an opening short position in Grand Canyon common stock, the earliest purchases or acquisitions of Grand Canyon common stock during the Class Period will be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

87.    **Common Stock Purchased/Sold Through the Exercise of Options:** Option contracts are not securities eligible to participate in the Settlement.  With respect to Grand Canyon common stock purchased or sold through the exercise of an option, the purchase/sale date of the common stock is the exercise date of the option and the purchase/sale price is the exercise price of the option.

88.    **Market Gains and Losses:**  The Claims Administrator will determine if the Claimant had a "Market Gain" or a "Market Loss" with respect to his, her, or its overall transactions in Grand Canyon common stock during the Class Period.  For purposes of making this calculation, the Claims Administrator shall determine the difference between (i) the Claimant's Total Purchase Amount[4] and (ii) the sum of the

---

[4]  The "Total Purchase Amount" is the total amount the Claimant paid (excluding all fees, taxes, and commissions) for all shares of Grand Canyon common stock purchased or acquired during Class Period.

Claimant's Total Sales Proceeds[5] and the Claimant's Holding Value.[6]  If the Claimant's Total Purchase Amount *minus* the sum of the Claimant's Total Sales Proceeds and the Holding Value is a positive number, that number will be the Claimant's Market Loss; if the number is a negative number or zero, that number will be the Claimant's Market Gain.

89.    If a Claimant had a Market Gain with respect to his, her, or its overall transactions in Grand Canyon common stock during the Class Period, the value of the Claimant's Recognized Claim will be zero, and the Claimant will in any event be bound by the Settlement.  If a Claimant suffered an overall Market Loss with respect to his, her, or its overall transactions in Grand Canyon common stock during the Class Period but that Market Loss was less than the Claimant's Recognized Claim, then the Claimant's Recognized Claim will be limited to the amount of the Market Loss.

90.    **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which will be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

91.    If an Authorized Claimant's Distribution Amount calculates to less than $10.00, no distribution will be made to that Authorized Claimant.  Those funds will be included in the distribution to Authorized Claimants whose Distribution Amount is $10.00 or more.

92.    After the initial distribution of the Net Settlement Fund, the Claims Administrator will make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks.  To the extent any monies remain in the Net Settlement Fund seven (7) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determine that it is cost-effective to do so, the Claims Administrator will conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution.  Additional re-distributions to Authorized Claimants who have cashed their prior checks may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determine that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective.  At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance will be contributed to one or more non-sectarian, not-for-profit, 501(c)(3) organizations to be selected by Lead Counsel and approved by the Court.

93.    Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, will be conclusive against all Claimants.  No person shall have any claim against Lead Plaintiffs, Plaintiffs' Counsel, Lead Plaintiffs' damages experts, Lead Plaintiffs' consulting experts, Defendants, Defendants' Counsel, or any of the other Plaintiffs' Releasees or Defendants' Releasees, or

---

[5]  The Claims Administrator shall match any sales of Grand Canyon common stock during the Class Period first against the Claimant's opening position in Grand Canyon common stock (the proceeds of those sales will not be considered for purposes of calculating market gains or losses).  The total amount received (not deducting any fees, taxes and commissions) for sales of the remaining shares of Grand Canyon common stock sold during the Class Period is the "Total Sales Proceeds."

[6]  The Claims Administrator shall ascribe a "Holding Value" of $84.07 to each share of Grand Canyon common stock purchased or acquired during the Class Period that was still held as of the close of trading on January 27, 2020.

the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court.  Lead Plaintiffs, Defendants, and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund; the plan of allocation; the determination, administration, calculation, or payment of any Claim or nonperformance of the Claims Administrator; the payment or withholding of Taxes; or any losses incurred in connection therewith.

**TABLE A**

| Estimated Artificial Inflation in Grand Canyon Common Stock January 5, 2018 through January 27, 2020 | |
| --- | --- |
| **Date Range** | **Estimated Artificial Inflation Per Share** |
| January 5, 2018 to November 6, 2019 | $13.66 |
| November 7, 2019 to January 27, 2020 | $9.17 |
| January 28, 2020 and later | $0.00 |

Questions? Visit GrandCanyonSecuritiesLitigation.com or call toll-free (855) 208-4129

**TABLE B**

| 90-Day Look-back Table for Grand Canyon Common Stock Closing Price and Average Closing Price January 28, 2020 through April 24, 2020 | | | | | |
|---|---|---|---|---|---|
| **Date** | **Closing Price** | **Average Closing Price from January 28, 2020 through Date Shown** | **Date** | **Closing Price** | **Average Closing Price from January 28, 2020 through Date Shown** |
| 1/28/2020 | $84.07 | $84.07 | 3/12/2020 | $71.67 | $81.25 |
| 1/29/2020 | $84.53 | $84.30 | 3/13/2020 | $75.99 | $81.09 |
| 1/30/2020 | $80.90 | $83.17 | 3/16/2020 | $66.80 | $80.67 |
| 1/31/2020 | $78.28 | $81.95 | 3/17/2020 | $64.47 | $80.21 |
| 2/3/2020 | $78.76 | $81.31 | 3/18/2020 | $59.33 | $79.63 |
| 2/4/2020 | $76.97 | $80.59 | 3/19/2020 | $60.99 | $79.13 |
| 2/5/2020 | $82.53 | $80.86 | 3/20/2020 | $60.79 | $78.64 |
| 2/6/2020 | $81.27 | $80.91 | 3/23/2020 | $61.67 | $78.21 |
| 2/7/2020 | $80.62 | $80.88 | 3/24/2020 | $68.19 | $77.96 |
| 2/10/2020 | $80.69 | $80.86 | 3/25/2020 | $68.50 | $77.73 |
| 2/11/2020 | $80.59 | $80.84 | 3/26/2020 | $72.54 | $77.60 |
| 2/12/2020 | $84.17 | $81.12 | 3/27/2020 | $71.23 | $77.46 |
| 2/13/2020 | $84.42 | $81.37 | 3/30/2020 | $75.24 | $77.41 |
| 2/14/2020 | $87.49 | $81.81 | 3/31/2020 | $76.29 | $77.38 |
| 2/18/2020 | $85.91 | $82.08 | 4/1/2020 | $72.94 | $77.28 |
| 2/19/2020 | $86.93 | $82.38 | 4/2/2020 | $71.50 | $77.16 |
| 2/20/2020 | $82.23 | $82.37 | 4/3/2020 | $71.26 | $77.04 |
| 2/21/2020 | $83.88 | $82.46 | 4/6/2020 | $73.25 | $76.96 |
| 2/24/2020 | $80.57 | $82.36 | 4/7/2020 | $73.20 | $76.89 |
| 2/25/2020 | $81.68 | $82.32 | 4/8/2020 | $75.47 | $76.86 |
| 2/26/2020 | $81.00 | $82.26 | 4/9/2020 | $76.30 | $76.85 |
| 2/27/2020 | $81.94 | $82.25 | 4/13/2020 | $75.80 | $76.83 |
| 2/28/2020 | $80.68 | $82.18 | 4/14/2020 | $78.27 | $76.85 |
| 3/2/2020 | $79.73 | $82.08 | 4/15/2020 | $75.15 | $76.82 |
| 3/3/2020 | $78.51 | $81.93 | 4/16/2020 | $75.70 | $76.80 |
| 3/4/2020 | $82.91 | $81.97 | 4/17/2020 | $80.08 | $76.86 |
| 3/5/2020 | $81.76 | $81.96 | 4/20/2020 | $77.70 | $76.87 |
| 3/6/2020 | $83.74 | $82.03 | 4/21/2020 | $75.32 | $76.85 |
| 3/9/2020 | $77.92 | $81.89 | 4/22/2020 | $78.22 | $76.87 |
| 3/10/2020 | $78.52 | $81.77 | 4/23/2020 | $78.14 | $76.89 |
| 3/11/2020 | $75.23 | $81.56 | 4/24/2020 | $77.54 | $76.90 |

# PROOF OF CLAIM AND RELEASE FORM

***In re Grand Canyon Education, Inc. Securities Litigation***

***Toll-Free Number:  (855) 208-4129***

***Email:  info@GrandCanyonSecuritiesLitigation.com***

***Website:  GrandCanyonSecuritiesLitigation.com***

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the address below, or submit it online at GrandCanyonSecuritiesLitigation.com, with supporting documentation, ***postmarked* (if mailed) or received no later than September 19, 2024**.

> **Mail to:** ***In re Grand Canyon Education, Inc.***
> ***Securities Litigation***
> **c/o JND Legal Administration**
> **P.O. Box 91065**
> **Seattle, WA 98111**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the Parties to the Action, or their counsel. Submit your Claim Form only to the Claims Administrator at the address set forth above.**

## CONTENTS

**02**    PART I.    CLAIMANT INFORMATION

**03**    PART II.    GENERAL INSTRUCTIONS

**06**    PART III.    SCHEDULE OF TRANSACTIONS IN GRAND CANYON COMMON STOCK (NASDAQ: LOPE, CUSIP: 38526M106)

**07**    PART IV.    RELEASE OF CLAIMS AND SIGNATURE

# PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner's Name

| First Name | MI | Last Name |
|---|---|---|
|  |  |  |

Joint Beneficial Owner's Name (*if applicable*)

| First Name | MI | Last Name |
|---|---|---|
|  |  |  |

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (e.g., Jones IRA).

Entity Name (*if the Beneficial Owner is not an individual*)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

Address (Second line, if needed)

| City | State/Province | Zip Code |
|---|---|---|
|  |  |  |

| Foreign Postal Code (*if applicable*) | Foreign Country (*if applicable*) |
|---|---|
|  |  |

| Telephone Number (*Day*) | Telephone Number (*Evening*) |
|---|---|
|  |  |

Email Address (email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim):

**Type of Beneficial Owner** (*Specify one of the following*):

☐ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☐ IRA    ☐ Partnership

☐ Estate    ☐ Trust    ☐ Other (describe): _____

2

# PART II – GENERAL INSTRUCTIONS

1.      It is important that you completely read the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice.  The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form.  By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2.      By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice.  If you are not a Settlement Class Member (see the definition of the Settlement Class on page 6, ¶ 26 of the Notice), or if you, or someone acting on your behalf, submitted a request for exclusion from the Settlement Class, do not submit a Claim Form. **You may not, directly or indirectly, participate in the Settlement if you are not a Settlement Class Member.**  Thus, if you are excluded from the Settlement Class, any Claim Form that you submit, or that may be submitted on your behalf, will not be accepted.

3.      **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement.  The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice or by such other plan of allocation as the Court approves.**

4.      On the Schedule of Transactions in Part III of this Claim Form, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Grand Canyon Education, Inc. ("Grand Canyon") common stock (including free transfers and deliveries), whether such transactions resulted in a profit or a loss.  **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

5.      **Please note**:  Only purchases of Grand Canyon common stock from January 5, 2018 through January 27, 2020, inclusive, are eligible under the Settlement and the proposed Plan of Allocation set forth in the Notice.  However, under the "90-day look-back period" (described in the Plan of Allocation), sales of Grand Canyon common stock during the period from January 28, 2020 through the close of trading on April 24, 2020 will be used for purposes of calculating Recognized Loss Amounts under the Plan of Allocation.  Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase information during this period must also be provided.

6.      You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Grand Canyon common stock set forth in the Schedule of Transactions in Part III.  Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The Parties and the Claims Administrator do not independently have information about your investments in Grand Canyon common stock.  IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER.  FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM.  DO NOT SEND ORIGINAL DOCUMENTS.

7. **Please keep a copy of all documents that you send to the Claims Administrator. Also, do not highlight any portion of the Claim Form or any supporting documents.**

8. Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of Grand Canyon common stock. The complete name(s) of the beneficial owner(s) must be entered. If you held the Grand Canyon common stock in your own name, you were the beneficial owner as well as the record owner. If, however, your shares of Grand Canyon common stock were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of these shares, but the third party was the record owner. The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement. If there were joint beneficial owners each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

9. **One Claim should be submitted for each separate legal entity or separately managed account.** Separate Claim Forms should be submitted for each separate legal entity (e.g., an individual should not combine his or her IRA transactions with transactions made solely in the individual's name). Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in Grand Canyon common stock made on behalf of a single beneficial owner.

10. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

    (a)    expressly state the capacity in which they are acting;

    (b)    identify the name, account number, Social Security Number (or taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Grand Canyon common stock; and

    (c)    furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

11. By submitting a signed Claim Form, you will be swearing that you:

    (a)    own(ed) the Grand Canyon common stock you have listed in the Claim Form; or

    (b)    are expressly authorized to act on behalf of the owner thereof.

12. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

13. Payments to eligible Authorized Claimants will be made only if the Court approves the Settlement, after any appeals are resolved, and after the completion of all claims processing.

14.    **PLEASE NOTE:**  As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund.  If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation, and no distribution will be made to that Authorized Claimant.

15.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, JND Legal Administration, at the above address, by email at info@GrandCanyonSecuritiesLitigation.com, or by toll-free phone at (855) 208-4129, or you can visit the website, GrandCanyonSecuritiesLitigation.com, where copies of the Claim Form and Notice are available for downloading.

16.    NOTICE REGARDING ELECTRONIC FILES:  Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  To obtain the *mandatory* electronic filing requirements and file layout, you may visit the settlement website at GrandCanyonSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at GCESecurities@jndla.com.  **Any file not in accordance with the required electronic filing format will be subject to rejection.**  The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 8 above).  No electronic files will be considered to have been submitted unless the Claims Administrator issues an email confirming receipt of your submission.  **Do not assume that your file has been received until you receive that email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at GCESecurities@jndla.com to inquire about your file and confirm it was received.**

## IMPORTANT:  PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD.  THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL, WITHIN 60 DAYS.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT (855) 208-4129.**

# PART III – SCHEDULE OF TRANSACTIONS IN GRAND CANYON COMMON STOCK

The only eligible security is Grand Canyon Education, Inc. ("Grand Canyon") common stock (**Ticker: NASDAQ: LOPE, CUSIP: 38526M106**).  Do not include information regarding any other securities.  Please include proper documentation with your Claim Form as described in Part II – General Instructions, ¶ 6, above.

| | |
|---|---|
| **1. HOLDINGS AS OF JANUARY 5, 2018** – State the total number of shares of Grand Canyon common stock held as of the opening of trading on January 5, 2018.  (Must be documented.)  If none, write "zero" or "0." | **Confirm Proof of Position Enclosed** ☐ |

**2. PURCHASES/ACQUISITIONS FROM JANUARY 5, 2018 THROUGH JANUARY 27, 2020** – Separately list each and every purchase or acquisition (including free receipts) of Grand Canyon common stock from January 5, 2018 through the close of trading on January 27, 2020.  (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding any taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |

**3. PURCHASES/ACQUISITIONS FROM JANUARY 28, 2020 THROUGH APRIL 24, 2020** – State the total number of shares of Grand Canyon common stock purchased or acquired (including free receipts) from January 28, 2020 through the close of trading on April 24, 2020.  If none, write "zero" or "0."

| | |
|---|---|
| **4. SALES FROM JANUARY 5, 2018 THROUGH APRIL 24, 2020** – Separately list each and every sale or disposition (including free deliveries) of Grand Canyon common stock from January 5, 2018 through the close of trading on April 24, 2020.  (Must be documented.) | **IF NONE, CHECK HERE** ☐ |

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (not deducting fees, commissions, and taxes) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |

| | |
|---|---|
| **5. HOLDINGS AS OF APRIL 24, 2020** – State the total number of shares of Grand Canyon common stock held as of the close of trading on April 24, 2020.  (Must be documented.)  If none, write "zero" or "0." | **Confirm Proof of Position Enclosed** ☐ |

| ☐ | **IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT.  PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE.  IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** |
|---|---|

6

# PART IV - RELEASE OF CLAIMS AND SIGNATURE

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 8 OF THIS CLAIM FORM.**

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Defendants and the other Defendants' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

## CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.      that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the claimant(s) is a (are) Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3.      that the claimant(s) did *not* submit a request for exclusion from the Settlement Class;

4.      that I (we) own(ed) the Grand Canyon common stock identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5.      that the claimant(s) has (have) not submitted any other claim covering the same purchases of Grand Canyon common stock and knows (know) of no other person having done so on the claimant's (claimants') behalf;

6.      that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

7.      that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

8.      that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this Claim, and waive(s) any right of appeal or review with respect to such determination;

9.      that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.     that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is

7

subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding.  **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.


_____          _____
Signature of Claimant                                                     Date


_____
Print Claimant name here


_____          _____
Signature of Joint Claimant, if any                                  Date


_____
Print Joint Claimant name here



***If the Claimant is other than an individual, or is not the person completing this form, the following also must be provided:***


_____          _____
Signature of person signing on behalf of Claimant           Date


_____
Print name of person signing on behalf of Claimant here


_____
Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc.  (Must provide evidence of authority to act on behalf of claimant – see ¶ 10 on page 4 of this Claim Form.)

Questions?  Visit GrandCanyonSecuritiesLitigation.com or call (855) 208-4129
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

# REMINDER CHECKLIST



1. Sign the above release and certification.  If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.





3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days.  Your claim is not deemed filed until you receive an acknowledgement postcard.  **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at (855) 208-4129.**





6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@GrandCanyonSecuritiesLitigation.com, or by toll-free phone at (855) 208-4129, or you may visit GrandCanyonSecuritiesLitigation.com.  DO NOT call Grand Canyon or its counsel with questions regarding your claim.



THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL OR SUBMITTED ONLINE AT GrandCanyonSecuritiesLitigation.com, **POSTMARKED (OR RECEIVED) NO LATER THAN SEPTEMBER 19, 2024**.  IF MAILED, THE CLAIM FORM SHOULD BE ADDRESSED AS FOLLOWS:

**In re Grand Canyon Education, Inc. Securities Litigation**
**c/o JND Legal Administration**
**P.O. Box 91065**
**Seattle, WA 98111**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before **September 19, 2024**, is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT B

INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF JUNE 3, 2024    A11

**BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)**

| | | | | |
|---|---|---|---|---|
| Apple Inc (AAPL) | 12.63% | NeoGenomics Inc (NEO) | 1.35% |
| Microsoft Corp (MSFT) | 10.02% | Cleveland-Cliffs Inc (CLF) | 1.31% |
| Amazon.com Inc (AMZN) | 8.27% | Yeti Holdings Inc (YETI) | 1.16% |
| Facebook Inc Cl A (FB) | 3.91% | Omnicell Inc (OMCL) | 1.14% |
| Tesla Inc (TSLA) | 3.19% | Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds

**GROWTH ETF (IUSG) VS VALUE ETF (IUSV)**

| | | | | |
|---|---|---|---|---|
| Apple Inc (AAPL) | 11.88% | Berkshire Hathaway (BRKB) | 2.84% |
| Microsoft Corp (MSFT) | 9.42% | J P Morgan Chase (JPM) | 2.43% |
| Amazon.com Inc (AMZN) | 7.78% | Walt Disney Company (DIS) | 2.06% |
| Facebook Inc Cl A (FB) | 3.68% | Johnson & Johnson (JNJ) | 1.56% |
| Tesla Inc (TSLA) | 3.00% | Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds

## Top Growth Funds
### Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +29 | A | 293.80 mil |
| Kinetics:Paradigm | +11 | A | 369.50 mil |
| Third Avenue:Value | +10 | A+ | 772.90 mil |
| Hennessy:Crnst MdCp | +10 | A | 543.90 mil |
| Hennessy:Crnst Gro | +10 | A+ | 259.80 mil |
| Fidelity Adv Div Gro | +10 | A+ | 552.80 mil |
| Oberweis:Sm-Cap Opp | +9 | A+ | 509.40 mil |
| Kinetics:SC Oppty | +9 | A | 204.70 mil |
| Fidelity Focused Stk | +9 | A+ | 3.562 bil |
| KEELEY:Sm Cap Div Val | +8 | B | 170.10 mil |
| Permanent Port:Perm | +8 | A- | 3.011 bil |
| Columbia:Sel Gl Tch | +7 | A+ | 1.275 bil |
| Spirit of Amer:LC Val | +7 | A+ | 176.30 mil |
| Fidelity Blue Chip Gr | +7 | A+ | 55.455 bil |
| Fidelity Worldwide | +7 | A | 2.69 bil |
| Hood River Sm Cp Gr | +7 | B- | 1.168 bil |
| Fidelity OTC | +7 | A+ | 21.648 bil |
| Calamos:Glbl Oppts | +7 | B+ | 137.00 mil |
| AQR:Div Strat | +7 | A+ | 665.40 mil |
| Fidelity BlueChp G;Series | +7 | A+ | 10.464 bil |
| Fidelity Sel Defense | +7 | A | 1.613 bil |
| Alger Inst:Cap App | +7 | A | 1.154 bil |
| Pioneer Fund | +7 | A+ | 7.127 bil |
| Alger:Capital Apprec | +7 | A | 923.60 mil |
| Nuveen SC Val Opp | +6 | A | 180.00 mil |

## Top Growth Funds
### Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating 3 years | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +85 | A+ | 293.80 mil |
| Hennessy:Crnst MdCp | +22 | A+ | 543.90 mil |
| Federtd Hrms MDTLC | +16 | A+ | 865.20 mil |
| Hennessy:Crnst Gro | +28 | A+ | 259.80 mil |
| Fidelity New Millennium | +16 | A+ | 4.77 bil |
| BNYM Large Cp Securities | +15 | A+ | 2.276 bil |
| BlackRock:Exchange | +11 | A- | 256.80 mil |
| Third Avenue:Value | +11 | A | 772.90 mil |
| AQR:Div Strat | +13 | A+ | 665.40 mil |
| Spirit of Amer:LC Val | +19 | A+ | 176.30 mil |
| Fidelity Focused Stk | +27 | A+ | 3.562 bil |
| Oberweis:Sm-Cap Opp | +14 | A+ | 509.40 mil |
| Federated Hrms MDT AC | +14 | A | 553.20 mil |
| JPMorgan:US GARP Eq | +15 | A+ | 161.40 mil |
| Fidelity SAI US Qual Idx | +12 | A | 13.211 bil |
| Rydex:NASDAQ 2x | +17 | A+ | 900.70 mil |
| ProFunds:UltraNASDAQ | +17 | A | 918.00 mil |
| Gotham Index Plus | +11 | A+ | 687.20 mil |
| Schwab Cap:Lg-Cap Gro | +13 | A+ | 388.10 mil |
| Columbia:Disc Gro | +13 | A | 160.30 mil |
| Victory NASDAQ-100 Ix | +10 | A | 5.084 bil |
| Fidelity Lrg Cap Gro Idx | +13 | A+ | 22.734 bil |
| Vanguard Rus 1000 GI | +13 | A+ | 7.011 bil |
| Nuveen LgCp G Idx | +13 | A | 11.711 bil |
| Fidelity Trend | +20 | A | 3.354 bil |

**U.S. Stock Fund Cash Position**   High (11/00) 6.2%   Low (12/21) 1.5%

| | | | | | |
|---|---|---|---|---|---|
| 22-Oct | 2.50% | 23-Apr | 2.22% | 23-Oct | 1.94% |
| 22-Nov | 2.50% | 23-May | 2.05% | 23-Nov | 1.87% |
| 22-Dec | 2.40% | 23-Jun | 1.98% | 23-Dec | 1.64% |
| 23-Jan | 2.30% | 23-Jul | 1.83% | 24-Jan | 1.63% |
| 23-Feb | 2.26% | 23-Aug | 1.79% | 24-Feb | 1.54% |
| 23-Mar | 2.17% | 23-Sep | 1.87% | 24-Mar | 1.53% |

---

**LEGAL NOTICE**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

*In re Grand Canyon Education, Inc. Securities Litigation*

Civil Action No. 20-639-JLH-CJB

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO: All persons and entities who purchased the common stock of Grand Canyon Education, Inc. ("Grand Canyon" or the "Company") during the period from January 5, 2018 through January 27, 2020, inclusive (the "Class Period"), and who were damaged thereby (the "Settlement Class")[1]:**

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Delaware (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiffs Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (together, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class, have reached a proposed settlement of the Action for **$25,500,000** in cash (the "Settlement"). If approved, the Settlement will resolve all claims in the Action.

The Action involves allegations that Grand Canyon and certain of its senior officers violated federal securities laws. Lead Plaintiffs allege, among other things, that Grand Canyon, Grand Canyon's Chief Executive Officer Brian E. Mueller, and Grand Canyon's Chief Financial Officer Daniel E. Bachus made material misrepresentations and omissions during the Class Period about Grand Canyon's 2018 sale of Grand Canyon University, a for-profit university it owned and operated, to an entity organized as an Arizona nonprofit corporation, in violation of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and that the executive defendants controlled Grand Canyon when the misstatements were made, in violation of Section 20(a) of the Exchange Act. Defendants[2] deny all allegations in the Action and deny any violations of the federal securities laws. Issues and defenses at issue in the Action included, among others, (i) whether Defendants made materially false statements or omissions; (ii) whether Defendants made the statements with the required state of mind; (iii) whether the alleged misstatements caused class members' losses; and (iv) the amount of damages, if any.

A hearing will be held on **August 22, 2024, at 11:00 a.m.**, before the Honorable Christopher J. Burke of the United States District Court for the District of Delaware, in Courtroom 2A of the J. Caleb Boggs Federal Building and United States Courthouse, 844 North King Street, Wilmington, DE 19801, to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiffs should be certified as Class Representatives for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed

with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (v) whether Lead Counsel's application for an award of attorneys' fees and expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Net Settlement Fund.** If you have not yet received the Notice and the Proof of Claim and Release Form ("Claim Form"), you may obtain copies of these documents by contacting the Claims Administrator at: *In re Grand Canyon Education, Inc. Securities Litigation*, c/o JND Legal Administration, P.O. 91065, Seattle, WA 98111; (855) 208-4129; info@GrandCanyonSecuritiesLitigation.com. Copies of the Notice and Claim Form can also be downloaded from the Settlement website, GrandCanyonSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment from the Settlement, you must submit a Claim Form *postmarked* (if mailed) or online by no later than September 19, 2024. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than August 1, 2024, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to receive a payment from the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than August 1, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Office of the Clerk of the Court, Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Lead Counsel.**

Requests for the Notice and Claim Form should be made to:

*In re Grand Canyon Education, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91065
Seattle, WA 98111

(855) 208-4129
info@GrandCanyonSecuritiesLitigation.com
GrandCanyonSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

| | |
|---|---|
| Katherine M. Sinderson | Jeffrey W. Golan |
| Bernstein Litowitz Berger & Grossmann LLP | Barrack, Rodos & Bacine 3300 Two Commerce Square |
| 1251 Avenue of the Americas, 44th Floor | 2001 Market Street Philadelphia, PA 19103 |
| New York, NY 10020 | 877-386-3304 |
| (800) 380-8496 | settlements@barrack.com |
| settlements@blbglaw.com | |

By Order of the Court

[1] Certain persons and entities are excluded from the Settlement Class by definition, as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at GrandCanyonSecuritiesLitigation.com.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as in the Stipulation and Agreement of Settlement dated March 25, 2024 ("Stipulation"). The Stipulation can be viewed and/or obtained at GrandCanyonSecuritiesLitigation.com.

**GrandCanyonSecuritiesLitigation.com** — **(855) 208-4129**

©2024 Investor's Business Daily, LLC. All rights reserved.

# Bernstein Litowitz Berger & Grossmann LLP and Barrack, Rodos & Bacine Announce Notice of Pendency and Proposed Settlement of Stockholder Class Action Involving All Persons and Entities who Purchased Grand Canyon Education, Inc. Common Stock from January 5, 2018 through January 27, 2020

NEWS PROVIDED BY

**JND Legal Administration →**

Jun 03, 2024, 09:13 ET

SEATTLE, June 3, 2024 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-JLH-CJB |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION**

**AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND**

**(III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO: All persons and entities who purchased the common stock of Grand Canyon Education, Inc. ("Grand Canyon" or the "Company") during the period from January 5, 2018 through January 27, 2020, inclusive (the "Class Period"), and who were damaged thereby (the "Settlement Class")[1]:**

**Please read this notice carefully.  Your rights will be affected by a class action lawsuit pending in this court.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Delaware (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiffs Fire and Police Pension Association of Colorado, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association Trust (together, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class, have reached a proposed settlement of the Action for **$25,500,000** in cash (the "Settlement").  If approved, the Settlement will resolve all claims in the Action.

The Action involves allegations that Grand Canyon and certain of its senior officers violated federal securities laws.  Lead Plaintiffs allege, among other things, that Grand Canyon, Grand Canyon's Chief Executive Officer Brian E. Mueller, and Grand Canyon's Chief Financial Officer Daniel E. Bachus made material misrepresentations and omissions during the Class Period about Grand Canyon's 2018 sale of Grand Canyon University, a for-profit university it owned and operated, to an entity organized as an Arizona nonprofit corporation, in violation of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and that the executive defendants controlled Grand Canyon when the misstatements were made, in violation of Section 20(a) of the Exchange Act. Defendants[2] deny all allegations in the Action and deny any violations of the federal securities laws.  Issues and defenses at issue in the Action included, among others, (i) whether Defendants made materially false statements or omissions; (ii) whether Defendants made the statements with the required state of mind; (iii) whether the alleged misstatements caused class members' losses; and (iv) the amount of damages, if any.

A hearing will be held on **August 22, 2024, at 11:00 a.m.**, before the Honorable Christopher J. Burke of the United States District Court for the District of Delaware, in Courtroom 2A of the J. Caleb Boggs Federal Building and United States Courthouse, 844 North King Street, Wilmington, DE 19801, to determine: (i) whether the proposed Settlement should be approved as fair, reasonable,

and adequate; (ii) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiffs should be certified as Class Representatives for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (v) whether Lead Counsel's application for an award of attorneys' fees and expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Net Settlement Fund**.  If you have not yet received the Notice and the Proof of Claim and Release Form ("Claim Form"), you may obtain copies of these documents by contacting the Claims Administrator at:  *In re Grand Canyon Education, Inc. Securities Litigation*, c/o JND Legal Administration, P.O. 91065, Seattle, WA 98111; (855) 208-4129; **info@GrandCanyonSecuritiesLitigation.com**.  Copies of the Notice and Claim Form can also be downloaded from the Settlement website, **GrandCanyonSecuritiesLitigation.com**.

If you are a member of the Settlement Class, in order to be eligible to receive a payment from the Settlement, you must submit a Claim Form *postmarked* **(if mailed) or online by no later than September 19, 2024**.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* **no later than August 1, 2024,** in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to receive a payment from the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* **no later than August 1, 2024**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Office of the Clerk of the Court, Defendants, or their counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Lead Counsel.**

Requests for the Notice and Claim Form should be made to:

*In re Grand Canyon Education, Inc. Securities Litigation*

c/o JND Legal Administration

P.O. Box 91065

Seattle, WA 98111

(855) 208-4129

**info@GrandCanyonSecuritiesLitigation.com**

**GrandCanyonSecuritiesLitigation.com**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

Katherine M. Sinderson

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, NY 10020

(800) 380-8496

**settlements@blbglaw.com**

Jeffrey W. Golan

Barrack, Rodos & Bacine

3300 Two Commerce Square

2001 Market Street

Philadelphia, PA 19103

877-386-3304

**settlements@barrack.com**

By Order of the Court

[1] Certain persons and entities are excluded from the Settlement Class by definition, as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at **GrandCanyonSecuritiesLitigation.com**.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as in the Stipulation and Agreement of Settlement dated March 25, 2024 ("Stipulation").  The Stipulation can be viewed and/or obtained at **GrandCanyonSecuritiesLitigation.com**.

SOURCE JND Legal Administration