# Exhibit 5

**EXHIBIT 5**

*In re Grand Canyon Education, Inc. Securities Litigation,*
Civil Action No. 20-639-JLH-CJB (D. Del.)

**SUMMARY OF LEAD COUNSEL'S
LODESTAR AND EXPENSES**

| Exhibit | FIRM | HOURS | LODESTAR | EXPENSES |
|---------|------|-------|----------|----------|
| 5A | Barrack, Rodos & Bacine | 3,883.50 | $2,624,001.25 | $53,524.96 |
| 5B | Bernstein Litowitz Berger & Grossmann LLP | 9,366.50 | $5,943,327.50 | $305,164.70 |
| | **TOTAL:** | **13,250.00** | **$8,567,328.75** | **$358,689.66** |