# Exhibit 5B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re Grand Canyon Education, Inc. Securities Litigation* | Civil Action No. 20-639-JLH-CJB |

**DECLARATION OF KATHERINE M. SINDERSON ON BEHALF OF BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, KATHERINE M. SINDERSON, declare as follows:

1.      I am a Partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G").  I submit this Declaration in support of Lead Counsel's motion for an award of attorneys' fees in the above-captioned securities class action ("Action"), as well as for payment of Litigation Expenses incurred by my firm in connection with the Action.[1]  Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      My firm, as co-Lead Counsel for Lead Plaintiffs and the Settlement Class, was involved in all aspects of the prosecution and resolution of the Action, as set forth in the Joint Declaration of Jeffrey W. Golan and Katherine M. Sinderson in Support of: (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (2) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses.

3.      The schedule attached hereto as Exhibit 1 is a detailed summary of the amount of time spent by each BLB&G attorney and professional support staff employee who devoted ten

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation and Agreement of Settlement dated March 25, 2024 (D.I. 140-1).

(10) or more hours to the Action from its inception through and including June 30, 2024, and the lodestar calculation for those individuals based on their current hourly rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the hourly rates for such personnel in their final year of employment with my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by BLB&G. All time expended in preparing this application for fees and expenses has been excluded.

4.      The number of hours expended by BLB&G in the Action, from inception through June 30, 2024, as reflected in Exhibit 1, is 9,366.50. The lodestar for my firm, as reflected in Exhibit 1, is $5,943,327.50.

5.      The hourly rates for the BLB&G attorneys and professional support staff employees included in Exhibit 1 are their standard current rates and are the same as, or comparable to, the rates submitted by my firm and accepted by courts for lodestar cross-checks in other class action fee applications. *See, e.g.*, *In re James River Grp. Holdings Ltd. Sec. Litig.*, No. 3:21-cv-444 (DJN) (E.D. Va. May 24, 2024), D.I. 131 (approving fee based on lodestar cross-check using BLB&G's current rates); *In re Boston Scientific Corp. Sec. Litig.*, No. 1:20-cv-12225-ADB (D. Mass. April 23, 2024), D.I. 166 (same); *see also In re BioMarin Pharm. Inc. Sec. Litig.*, No. 20-cv-06719-WHO (N.D. Cal. Nov. 14, 2023), D.I. 155 (approving fee based on lodestar cross-check using BLB&G's 2023 rates); *In re Kraft Heinz Sec. Litig.*, No. 1:19-cv-01339 (N.D. Ill. Sept. 19, 2023), D.I. 493 (same); *In re Wells Fargo & Co. Sec. Litig.*, No. 1:20-cv-04494- JLR-SN (S.D.N.Y. Sept. 8, 2023), D.I. 206 (same), *In re Synchrony Fin. Sec. Litig.*, 2023 WL 4992933, at *11 (D. Conn. Aug. 4, 2023) (same).

6.      My firm's rates are set based on periodic analysis of rates used by firms performing comparable work and that have been approved by courts. Different timekeepers within the same

employment category (e.g., Partners, Associates, Paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the firm, year in the current position (e.g., years as a Partner), relevant experience, relative expertise, and the rates of similarly experienced peers at our firm or other firms.

7.    BLB&G reviewed its time and expense records to prepare this Declaration. The purpose of this review was to confirm both the accuracy of the time entries and expenses and the necessity for, and reasonableness of, the time and expenses committed to the litigation. I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as stated in this Declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation.

8.    As set forth in Exhibit 2 hereto, BLB&G is seeking payment for $305,164.70 in expenses incurred in connection with the prosecution and resolution of the Action. Expense items are reported separately and are not duplicated in my firm's hourly rates. The following is additional information regarding certain of these expenses:

(a)    **Experts & Consultants** ($150,920.63). As detailed in the Joint Declaration, Lead Counsel retained experts to assist at various stages of the litigation. The following expert expenses were incurred by Lead Counsel and included in BLB&G's expense application:

- **Matthew Cain** ($104,650.78). Matthew D. Cain, Ph.D. is a Senior Fellow at the Berkeley Center for Law and Business, University of California, Berkeley, a former advisor to Commissioner of the SEC, and a former financial economist in the SEC's Office of Litigation Economics. Dr Cain was Lead Plaintiffs' principal expert on financial economics issues, including damages, loss

3

causation, and market efficiency.  In connection with Lead Plaintiffs' motion for class certification, Mr. Cain prepared an expert report concerning the efficiency of the market for Grand Canyon common stock and the calculation of class-wide damages.  Dr. Cain also consulted in the preparation of the proposed Plan of Allocation for the Net Settlement Fund.

- **Marcum LLP / Friedman LLP** ($33,058.63).  Lead Plaintiffs also consulted extensively with Harris L. Devor, CPA of Marcum LLP (and previously Friedman LLP), concerning accounting issues in the Action, including prior to the filing of the Complaint and during discovery.

- **Global Economics Group LLC** ($23,927.50).  Lead Plaintiffs also worked with Chad W. Coffman, CFA, a financial economist, to analyze damages and loss causation issues at the outset of the case.

(b)    **Mediation Fees** ($14,137.50).  The Parties retained Michelle Yoshida of Philips ADR Enterprises, an experienced mediator of securities class actions and other complex litigation, to assist with settlement negotiations in the Action, including the two formal mediation sessions on November 14, 2023 and February 21, 2024.  The mediation expenses were split between the Parties.  Lead Plaintiffs' total share of the costs for Ms. Yoshida's services was $28,275.00.  BLB&G paid $14,137.50 of that amount and co-Lead Counsel Barrack, Rodos & Bacine paid the other half.

(c)    **Online Factual Research** ($33,679.18) and **Online Legal Research** ($56,376.56).  The charges reflected are for out-of-pocket payments to vendors such as Westlaw, Lexis/Nexis, Bureau of National Affairs, Court Alert, and PACER for research done in connection with this litigation.  These resources were used to obtain access to court

4

filings, to conduct legal research and cite-checking of briefs, and to obtain factual information regarding the claims asserted. These expenses represent the actual expenses incurred by BLB&G for use of these services in connection with this litigation. There are no administrative charges included in these figures. Online research is billed to each case based on actual usage at a charge set by the vendor. When BLB&G utilizes online services provided by a vendor with a flat-rate contract, access to the service is by a billing code entered for the specific case being litigated. At the end of each billing period, BLB&G's costs for such services are allocated to specific cases based on the percentage of use in connection with that specific case in the billing period.

(d) **Document Management & Litigation Support** ($12,078.68). This category represents the costs incurred by BLB&G associated with establishing and maintaining the internal document database that was used by Lead Counsel to process and review the documents produced by Defendants and non-parties in this Action. BLB&G charges a rate of $4 per gigabyte of data per month and $17 per user to recover the costs associated with maintaining its document database management system, which includes the costs to BLB&G of necessary software licenses and hardware. BLB&G has conducted a review of market rates charged for the similar services performed by third-party document management vendors and found that its rate was at least 80% below the market rates charged by these vendors, resulting in a savings to the class.

(e) **Out-of-Town Travel** ($8,107.63). BLB&G seeks reimbursement of $8,107.63 in costs incurred in connection with travel in connection with the Action, which includes costs for attorneys from BLB&G to travel to Wilmington for court hearings as well as costs for representatives of Colorado FPPA to attend the mediation sessions in New

York and to attend other client meetings. This also includes costs for Lead Counsel attorneys and a representative of Colorado FPPA to attend the final approval hearing. Airfare is at coach rates, hotel charges are capped at $350 per night; and travel meals are capped at $20 per person for breakfast, $25 per person for lunch, and $50 per person for dinner.

(f)     **Working Meals** ($1,413.45). Out of office working meals are capped at $25 per person for lunch and $50 per person for dinner; and in-office working meals are capped at $25 per person for lunch and $40 per person for dinner.

(g)     **Independent Witness Counsel** ($16,187.50). Lead Counsel incurred $16,187.50 in attorneys' fees for the retention of independent counsel, Hach Rose Schirripa & Cheverie LLP, to represent a former Grand Canyon employee that Lead Counsel contacted during the course of its investigation and who wished to be represented by independent counsel. Similar expenses have routinely been approved by courts. *See, e.g., SEB Inv. Mgmt. AB v. Symantec Corp.*, No. C 18-02902-WHA, slip op. at 15 (N.D. Cal. Feb. 10, 2022) (awarding expenses reimbursing class counsel for the costs of paying for independent counsel for third-party witnesses); *In re Willis Towers Watson PLC Proxy Litig.*, No. 1:17-cv-1338-AJT-JFA, slip op. at 1-2-3 (E.D. Va. May 21, 2021), ECF No. 347 (same); *In re Impinj, Inc. Sec. Litig.*, No. 3:18-cv-05704-RSL, slip op. at 1 (W.D. Wash. Nov. 20, 2020), ECF No. 106 (same).

9.     The expenses incurred by BLB&G in the Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred. I believe these expenses were reasonable and expended for the benefit of the Settlement Class in the Action.

6

10.    Information about the experience and standing of my firm and biographical information concerning the firm's attorneys can be found on the firm's website, www.blbglaw.com.

I declare, under penalty of perjury, that the foregoing facts are true and correct.  Executed on July 18, 2024.

_____
Katherine M. Sinderson

7

**EXHIBIT 1**

*In re Grand Canyon Education, Inc. Securities Litigation*,
Civil Action No. 20-639-JLH-CJB (D. Del.)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**TIME REPORT**

From Inception Through June 30, 2024

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| John C. Browne | 277.25 | $1,150 | 318,837.50 |
| Scott Foglietta | 56.00 | $975 | 54,600.00 |
| Salvatore J. Graziano | 64.25 | $1,350 | 86,737.50 |
| Avi Josefson | 16.75 | $1,250 | 20,937.50 |
| Robert Kravetz | 521.50 | $900 | 469,350.00 |
| Hannah Ross | 46.50 | $1,250 | 58,125.00 |
| Gerald Silk | 46.50 | $1,350 | 62,775.00 |
| Katherine M. Sinderson | 1,046.25 | $1,050 | 1,098,562.50 |
| Greg Varallo | 28.25 | $1,250 | 35,312.50 |
| | | | |
| **Senior Counsel** | | | |
| David L. Duncan | 66.25 | $875 | 57,968.75 |
| Michael Mathai | 1,091.75 | $875 | 955,281.25 |
| | | | |
| **Associates** | | | |
| Girolamo Brunetto | 73.00 | $700 | 51,100.00 |
| Benjamin Horowitz | 436.75 | $475 | 207,456.25 |
| Rebecca Kim | 154.00 | $475 | 73,150.00 |
| Sarah Schmidt | 168.50 | $450 | 75,825.00 |
| Brendan Walden | 392.75 | $525 | 206,193.75 |
| | | | |
| **Senior Staff Attorney** | | | |
| Matt Mulligan | 1,342.25 | $450 | 604,012.50 |
| | | | |
| **Staff Attorneys** | | | |
| Kseniya Lezhnev | 801.50 | $410 | 328,615.00 |
| Mark Weitz | 864.50 | $425 | 367,412.50 |
| | | | |

8

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Director of Investor Services** | | | |
| Adam Weinschel | 37.25 | $625 | 23,281.25 |
| | | | |
| **Financial Analysts** | | | |
| Milana Babic | 42.25 | $425 | 17,956.25 |
| Rachel Graf | 10.00 | $400 | 4,000.00 |
| Tanjila Sultana | 32.50 | $500 | 16,250.00 |
| | | | |
| **Investigators** | | | |
| Amy Bitkower | 71.75 | $625 | 44,843.75 |
| John Deming | 35.25 | $450 | 15,862.50 |
| Jacob Foster | 92.75 | $350 | 32,462.50 |
| Joelle Sfeir | 70.50 | $525 | 37,012.50 |
| Andrew Thompson | 350.00 | $500 | 175,000.00 |
| | | | |
| **Case Managers & Paralegals** | | | |
| Matthew Gluck | 38.50 | $375 | 14,437.50 |
| Jeffrie Hausman | 419.25 | $400 | 167,700.00 |
| Jessica Lacon | 23.50 | $400 | 9,400.00 |
| Janielle Lattimore | 55.50 | $425 | 23,587.50 |
| Khristine De Leon | 42.50 | $400 | 17,000.00 |
| Matthew Mahady | 26.75 | $400 | 10,700.00 |
| Desiree Morris | 63.25 | $350 | 22,137.50 |
| Nycol Morrisey | 13.75 | $375 | 5,156.25 |
| Gary Weston | 20.00 | $425 | 8,500.00 |
| Ronald Wittman | 53.50 | $400 | 21,400.00 |
| Nathan Vickers | 162.75 | $325 | 52,893.75 |
| Stephanie Yu | 46.75 | $325 | 15,193.75 |
| | | | |
| **Litigation Support** | | | |
| Roberto Santamarina | 104.50 | $475 | 49,637.50 |
| | | | |
| **Managing Clerk** | | | |
| Mahiri Buffong | 59.25 | $450 | 26,662.50 |
| | | | |
| **TOTALS:** | **9,366.50** | | **$5,943,327.50** |

9

**EXHIBIT 2**

*In re Grand Canyon Education, Inc. Securities Litigation*,
Civil Action No. 20-639-JLH-CJB (D. Del.)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**EXPENSE REPORT**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $1,304.75 |
| Service of Process | $3,114.35 |
| PSLRA Notice Costs | $1,875.00 |
| On-Line Factual Research | $33,679.18 |
| On-Line Legal Research | $56,376.56 |
| Document Management & Litigation Support | $12,078.68 |
| Telephone | $1,741.87 |
| Postage, Express Mail & Hand Delivery | $932.68 |
| Local Transportation | $1,443.12 |
| Outside Copying | $541.82 |
| Out-of-Town Travel | $8,107.63 |
| Working Meals | $1,413.45 |
| Court Reporting & Transcripts | $1,309.98 |
| Experts | $150,920.63 |
| Independent Witness Counsel | $16,187.50 |
| Mediation Fees | $14,137.50 |
| | |
| **TOTAL:** | **$305,164.70** |