# Exhibit 6

**EXHIBIT 6**

*In re Grand Canyon Education, Inc. Securities Litigation*,
Civil Action No. 20-639-JLH-CJB (D. Del.)

**BREAKDOWN OF LEAD COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $1,304.75 |
| Service of Process | $3,114.35 |
| PSLRA Notice Cost | $1,875.00 |
| Online Factual & Legal Research | $115,000.43 |
| Document Management & Litigation Support | $12,078.68 |
| Telephone | $3,853.83 |
| Postage, Express Mail & Hand Delivery | $936.39 |
| Local Transportation | $1,443.12 |
| Internal Copying | $334.25 |
| Outside Copying | $541.82 |
| Out-of-Town Travel and Meals | $10,797.68 |
| Court Reporting & Transcripts | $1,309.98 |
| Experts & Consultants | $161,636.88 |
| Independent Witness Counsel | $16,187.50 |
| Mediation | $28,275.00 |
|  |  |
| **TOTAL:** | **$358,689.66** |