# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **SOLAR TRUST OF AMERICA, LLC**, *et al.*, a Delaware limited liability company, | Case No. 12-11136 (KG) |
| | Jointly Administered |
| Debtors.[1] | **Re: Docket No. 1265** |

## FINAL DECREE CLOSING CHAPTER 11 CASE
## OF SOLAR TRUST OF AMERICA, LLC

Upon consideration of the Motion of the Liquidation Trustee for Entry of Order

(I) Issuing a Final Decree Closing Chapter 11 Case; (II) Authorizing Charitable Contribution;

and (III) Granting Related Relief (the "Motion")[2] filed by the Liquidation Trustee; and it

appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157

and 1334 and Article XII of the Plan; and it appearing that venue of this chapter 11 case and the

Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that

this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having

determined that the relief requested in the Motion is in the best interests of the Debtors, their

estates, their creditors, the Liquidation Trust and other parties-in-interest; and it appearing that

proper and adequate notice of the Motion has been given and that no other or further notice is

necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their employer tax identification number, are: Solar Trust of America, LLC (4430), STA Development, LLC (9964), STA Contracting, LLC (8039), Amargosa Valley Solar I, LLC (2615), Amargosa Valley Solar II, LLC (0481), Palo Verde Solar I, LLC (1503), Palo Verde Solar II, LLC (1587), Palen Solar I, LLC (1669), Palen Solar II, LLC (1728), CA Solar 10, LLC (1779), Solar Millennium, Inc. (9886), Ridgecrest Solar Power Project, LLC (2699), Ridgecrest Solar I, LLC (1825), and Ridgecrest Solar II, LLC (0397).

[2] Capitalized terms used herein but not otherwise defined shall retain the meaning ascribed to them in the Motion.

#40602299 v5

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      This order constitutes a final decree in the chapter 11 case of Solar Trust of America, LLC, which shall be effective on the date of entry of the decree. The Clerk of the Court shall forthwith close this case.

3.      Pursuant to section 350 of the Bankruptcy Code and Bankruptcy Rule 3022, effective immediately as of the entry of this Order, the chapter 11 case of Solar Trust of America, LLC is hereby closed and a final decree is hereby granted.  The caption of the case to be closed is as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **SOLAR TRUST OF AMERICA, LLC**, *et al.*, a Delaware limited liability company, | Case No. 12-11136 (KG) |
| Debtors. | Jointly Administered |

4.      The Liquidation Trustee is authorized to make the Charitable Contribution of the Excess Reserve Funds to the Combined Campaign for Justice.

5.      The entry of this final decree is without prejudice to the rights of any party in interest, including without limitation the Liquidation Trustee or the U.S. Trustee, to seek to reopen this case pursuant to section 350(b) of the Bankruptcy Code.

6.      The Liquidation Trustee shall (a) file or otherwise provide to the U.S. Trustee its Chapter 11 Post-Confirmation Quarterly Summary Report for the period from October 1, 2016 through and including the date of the entry of this Order (the "Final Order") within thirty (30) days of the entry of this Final Order (the "Final Reporting Date"), and (b) pay

-2-

#40602299 v5

all U.S. Trustee quarterly fees due and owing for the Final Period on or before the Final Reporting Date.

7.     This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation of this Order.

Date: December 5, 2016
Wilmington, DE

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

#40602299 v5

-3-