# EXHIBIT 2

EFiled:  Feb 12 2025 02:35PM EST
Transaction ID 75625131
Case No. 2022-0439-LWW

**GRANTED**

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

|  |  |
|---|---|
| JESSE NEWBOLD, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG MCCAW, CATHLEEN A. MASSEY, WAYNE PERRY, RANDY RUSSELL, R. GERARD SALEMME, DENNIS WEIBLING, PENDRILL CORPORATION, and X-ICITY HOLDINGS CORPORATION f/k/a PENDRELL HOLICITY HOLDINGS CORPORATION, <br><br> Defendants. | C.A. No. 2022-0439-LWW |

## [PROPOSED] CLASS DISTRIBUTION ORDER

The Court, having considered Plaintiff's Unopposed Motion for Class Distribution Order (the "Motion"), and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Settlement Administrator shall implement the proposed Plan of Distribution as described in the Motion.

IT IS SO ORDERED this _____ day of _____, 2025.


_____
Vice Chancellor Lori W. Will

**This document constitutes a ruling of the court and should be treated as such.**

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Lori W. Will |
| **File & Serve Transaction ID:** | 75611005 |
| **Current Date:** | Feb 12, 2025 |
| **Case Number:** | 2022-0439-LWW |
| **Case Name:** | CLOSED 08/22/2024.CONF ORD ON DISC - Jesse Newbold v. Craig McCaw, et al. |

**/s/ Judge Lori W. Will**