# EXHIBIT C

# DEFICIENCY

# SPREADSHEET

| JND ID | Claim ID | Account | Account Name | Deficiency |
|---|---|---|---|---|
| XXXXX | XXXXXXX | XXXXXXX | XXXXXXX | XX |
| XXXXX | XXXXXXX | XXXXXXX | XXXXXXX | XX |
| XXXXX | XXXXXXX | XXXXXXX | XXXXXXX | XX |
| XXXXX | XXXXXXX | XXXXXXX | XXXXXXX | XX |
| XXXXX | XXXXXXX | XXXXXXX | XXXXXXX | XX |
| XXXXX | XXXXXXX | XXXXXXX | XXXXXXX | XX |

| JND ID | Claim ID | Account | Account Name | Security Type | Transaction Type | Transaction Date | Quantity | Share Price | Total Price | Deficiency |
|---|---|---|---|---|---|---|---|---|---|---|
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX,XXX | XX.XX | XXXXXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXX\XXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXX\XXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X | XX.XX | XXXX>XXX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXX-XXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XX-XX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | Common Stock | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | CALL OPTIONS | Purchases | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |
| XXXX | XXXXX | XXXXXXXXXX | XXXXXXXXXXXXXXXXXX | PUT OPTIONS | SALES | XX/XX/XXX | X,XXX | XX.XX | XXXX.XX | XX |

| | Claim Level Deficiency | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| XX | CLAIM DOES NOT BALANCE | The Claim as submitted is not a balanced Claim. The number of shares of Grand Canyon common stock held at the opening of trading on January 5, 2018 plus the number of shares purchased or acquired from January 5, 2018 through April 24, 2020 do not equal the number of shares of Grand Canyon common stock sold from January 5, 2018 through April 24, 2020 plus the number of shares held at the closing of trading on April 24, 2020. The total number of shares entered in sections 1, 2, and 3 of the Schedule of Transactions in Grand Canyon Common Stock (Part III of the Claim Form) must equal the total number of shares entered in sections 4 and 5 of the Schedule of Transactions. | You can resolve this deficiency by supplying all the called-for share amounts in the Schedule of Transactions together with the required data file. |
| XX | CLAIM SUBMITTED WAS FOR AN INELIGIBLE SECURITY | A security listed in your Claim is not an eligible security. Grand Canyon common stock is the only security eligible under the Settlement. | You can only resolve this ineligibility by holdings, purchases or acquisitions of Grand Canyon common stock during the Class Period, from January 5, 2018, through January 27, 2020, inclusive.<br><br>Please Note: If you have purchase transactions of Grand Canyon common stock, you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions in Grand Canyon common stock. |
| XX | NO PURCHASES WERE CLAIMED IN THE CLASS PERIOD | This Claim does not contain any purchase of Grand Canyon common stock during the Class Period, i.e., from January 5, 2018 through January 27, 2020, inclusive. | You can only resolve this ineligibility by submitting documentation supporting purchases of Grand Canyon common stock during the Class Period (i.e., from January 5, 2018 through January 27, 2020, inclusive).<br><br>Please Note: If you have purchases of Grand Canyon common stock you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions in Grand Canyon common stock. |
| XX | DUPLICATE CLAIM FILED | The Claim referenced is duplicative of another Claim filed directly by a beneficial owner or another institution that has submitted an authorization with a more recent date. | You can only resolve this condition of ineligibility if you can demonstrate that this Claim is not a duplicate of the previously submitted Claim ("Primary Claim"). You must send an email explaining why you believe this Claim should not be deemed a duplicate along with acceptable documentation to support your position. If you acknowledge that this Claim is a duplicate of the Primary Claim but wish this Claim to be the operative Claim and the Primary Claim to be rejected, a signed, notarized letter from the beneficial owner of the securities stating that this Claim should be considered and that the Primary Claim should be withdrawn must be submitted along with a copy of this notice. |
| XX | CLAIM SUBMITTED BY OR ON BEHALF OF AN EXCLUDED PERSON OR ENTITY | The person or entity on whose behalf this Claim was filed is an excluded person or entity under the terms of this Settlement | Excluded from the Settlement Class are Excluded from the Settlement Class are: (i) Defendants; (ii) the Immediate Family Members of any Individual Defendant; (iii) any person who is, or was during the Class Period, an Officer or director of Grand Canyon and any of their Immediate Family Members; (iv) any affiliates or subsidiaries of Grand Canyon; (v) any entity in which any Defendant or any of their Immediate Family Members has or had a controlling interest; and (vi) the legal representatives, heirs, agents, affiliates, successors, or assigns of any such excluded persons and entities. Also excluded from the Settlement Class are any persons who exclude themselves by submitting a request for exclusion that is accepted by the Court.<br><br>If you believe that the person or entity on whose behalf this Claim was submitted was incorrectly identified as an Excluded Person, please contact or call the Claims Administratior toll-free number at 855-208-4129. |
| XX | CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM UNDER THE PLAN OF ALLOCATION | The Claim referenced above does not calculate to a Recognized Claim pursuant to the Court-approved Plan of Allocation and is, therefore, ineligible to receive a payment from the Net Settlement Fund. Some common reasons why the Claim may not calculate to a Recognized Claim are (1) that all shares of Grand Canyon common stock purchased in the Class Period (i.e., from January 5, 2018, through January 27, 2020, inclusive) were sold before the close of trading on November 6, 2019; or (2) all shares were sold for gain. For more details on how the "Recognized Claim" is calculated, please review the Plan of Allocation set out in Appendix A to Notice, which is available at www.GrandCanyonSecuritiesLitigation.com. | You can resolve this condition of ineligibility only by submitting revised data with additional purchase transactions or acquisitions of Grand Canyon common stock during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. |
| XX | MISSING TRANSACTION INFORMATION | The information as entered on your Claim Form did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |
| XX | PLACEHOLDER CLAIM | Your previous correspondence included submission(s) without data. | Please submit the data for the submission(s) within 20 days of this letter. If you do not submit the data within the 20 days, the submission(s) will be rejected, and any further submission(s) will be considered late. Please note that we cannot guarantee the acceptance of any late Claim(s). |

| Transaction Level Deficiency | | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| XX | TRANSACTION(S) IS/ARE TRANSFER IN(S) | The Claim referenced contains one or more transactions that were presented or identified as a gift or transfer into your account (also called a "free receipt") during the Class Period (i.e., from January 5, 2018 through January 27, 2020, inclusive). The data submitted, however, does not reflect when the shares were purchased. | In order for the Claim to be properly calculated, you must submit revised data that provides information regarding the original purchase/acquisition of the shares in the noted transactions before they were transferred into the account. Specifically, you must submit, with respect to each transaction, revised data that either (a) reflects that the shares were held as of the opening of trading on January 5, 2018 or (b) for shares purchased on or after January 5, 2018, reflects (i) the date on which the shares in each transaction were purchased/acquired, and (ii) the price paid per share. |
| XX | PRICE PER SHARE OUT OF RANGE | The price per share or the price X quantity is outside of the normal range for that day. Please check dates and data. If you submitted a transaction in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the price of the transaction. If the data is correct, provide an adequate data file substantiating the price and/or net amount. |
| XX | NET OUT OF RANGE | The price X quantity is outside of the normal range. Please check dates and data. If you submitted a transaction in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the net amount of the transaction. If the data is correct, provide an adequate data file substantiating net amount. |
| XX | INELIGIBLE SECURITY(IES) CLAIMED FOR CERTAIN TRANSACTION(S) | The security claimed for the transaction(s) set forth is not the eligible security for this settlement. | The only security eligible in this Settlement is Grand Canyon common stock. If you did not purchase/acquire Grand Canyon common stock during the Class Period, you are not eligible to participate in the Settlement. |
| XX | TRANSACTION(S) IS/ARE OUTSIDE CLASS PERIOD | The purchase transaction(s) set forth did not occur during the Class Period (i.e., from January 5, 2018 through January 27, 2020, inclusive). Unless the date(s) originally submitted is/are incorrect, then the transaction(s) will not be included in your Claim. | You can only resolve this deficiency by submitting revised data supporting purchases or acquisitions of Grand Canyon common stock during the Class Period (i.e. from January 5, 2018 through January 27, 2020, inclusive). Please Note: If you have purchases or acquisitions of Grand Canyon common stock during this period, you must also provide data supporting those transactions and all the other information and supporting documentation called for in the Claim Form with respect to your holdings of and transactions in Grand Canyon common stock. |
| XX | TRANSACTION(S) IS/ARE TRANSFER(S) OUT | The Claim referenced contains one or more transactions that were presented or identified as a transfer out of your account (also called a "free delivery") during the Class Period Period or 90-day lookback period (i.e., from January 28, 2020, through April 24, 2020, inclusive). The data submitted, however, does not reflect the date and means of final disposition of the shares. | In order to include the below-noted securities in the calculation of the Claim, you must submit an acceptable data file demonstrating that the final sale of those securities subsequent to the transfer out of the account occurred during the period from January 5, 2018 through April 24, 2020, inclusive, or that the shares were still held at close of trading on April 24, 2020. Specifically, if the security identified below as a "Transfer Out" were ultimately sold during the period from January 5, 2018, through April 24, 2020, inclusive, you must submit, with respect to each transaction, revised data that reflects the date of the final sale of the shares and the price received per share. |
| XX | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |