# EXHIBIT E

# LATE BUT OTHERWISE ELIGIBLE CLAIMS



**GRAND CANYON SECURITIES LITIGATION**
**LATE BUT OTHERWISE ELIGIBLE CLAIMS**

**TOTAL CLAIMS: 156**
**TOTAL RECOGNIZED CLAIMS: $725,571.36**

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D25MVU3BEY | $ (369.58) | DKEXB9W7VA | $ (25.13) |
| D28LG4H6RA | $ (296.41) | DKU9WAQ2F8 | $ (17.95) |
| D2AEXMFGLH | $ (214.45) | DKZAJ6CUFX | $ (104.59) |
| D2MUQXR63V | $ (50.26) | DKZVW437PQ | $ (7.32) |
| D32JBTQV8N | $ (330.60) | DLB5K3GYPC | $ (141.47) |
| D3HSV67JAF | $ (2,061.59) | DLJB38TZVC | $ (59.16) |
| D3NP94R68Y | $ (57.44) | DLTKG4N5RX | $ (10.77) |
| D3RSL2KZWD | $ (16,713.05) | DMEFS8CP4W | $ (159.62) |
| D45CYX8TQS | $ (22.83) | DMK2NXLCAQ | $ (128.00) |
| D47MYBA5V2 | $ (287.24) | DMX6WLKVJ8 | $ (99.11) |
| D493CKPFLU | $ (1,024.50) | DN8TKBRPJE | $ (18.88) |
| D4A9SZDCB5 | $ (25.13) | DNPD95VGXA | $ (28.72) |
| D4D7GS5Q6Z | $ (1,366.00) | DNRZGVP93D | $ (21.54) |
| D4FPRY5VSM | $ (109.28) | DNTG3S7JZ2 | $ (328.41) |
| D4SA9X3ETB | $ (21.54) | DNXZEBLR4P | $ (25.13) |
| D57ZLSEF3X | $ (415.05) | DP62TYWDLB | $ (14.40) |
| D59MN2CEF8 | $ (258,082.60) | DP9QFVN7AG | $ (173.28) |
| D5DYG4C6JW | $ (282.75) | DPAJGY7B9U | $ (25.13) |
| D5KH7Y3T9C | $ (82.34) | DPCQLJE5Y3 | $ (255.43) |
| D6B3C2VXLQ | $ (597.50) | DPS6AKGD5Y | $ (123.13) |
| D6MWTPQVE3 | $ (17.95) | DPVLR6YBKT | $ (105.17) |
| D6NFRH8LUS | $ (328.41) | DPZA9STQVW | $ (332.90) |
| D6PHSBX9L8 | $ (191.62) | DQWKN695YP | $ (396.71) |
| D6WE2JPYDM | $ (46.67) | DQY7BA95EH | $ (64.00) |
| D72G5KWFMD | $ (43.08) | DQZK58HJ7P | $ (444.56) |
| D7EQJ42R3A | $ (12,508.68) | DR3TCENFLW | $ (14.40) |
| D7QBJHCGVZ | $ (132.30) | DR7Y9ACVS2 | $ (82.53) |
| D7R8AVLY53 | $ (100.30) | DRA6MBFX4D | $ (766.29) |
| D7YQUGFBZC | $ (25.13) | DRGHBCT6SW | $ (68.30) |
| D84XYD3HBJ | $ (81.96) | DRZKB28EPJ | $ (2,393.80) |
| D8MEJ4AGWQ | $ (25.13) | DSFZW427NU | $ (14.40) |
| D8PCED7A4F | $ (197.45) | DSGPZYHWR9 | $ (60.61) |
| D8QB4KCPF3 | $ (254.80) | DSRA7XE5LV | $ (1,370.49) |
| D8REKZGS9L | $ (396.71) | DSXUVLZ9PJ | $ (150,160.43) |
| D8S4A7EPX5 | $ (8,137.13) | DT7Y6A3XMF | $ (28.72) |

1

**TOTAL CLAIMS: 156**
**TOTAL RECOGNIZED CLAIMS: $725,571.36**

_____

| | | | |
|---|---|---|---|
| D95WPQHA6G | $ (17.95) | DT98ZS4N7M | $ (23.87) |
| DA4SVMD3W7 | $ (95.62) | DT9BXF25VU | $ (126.39) |
| DA9BRGQSUE | $ (419.54) | DTFSVBCQH6 | $ (25.13) |
| DAC47QPLS9 | $ (1,092.80) | DTHDYV28JC | $ (14.40) |
| DAXCZT8K7S | $ (428.71) | DTLQR3M7YJ | $ (651.95) |
| DAXJEBFLCY | $ (442.56) | DTXAU6CKVZ | $ (48.51) |
| DAXNF6QG4T | $ (314.75) | DTXWPYSKUC | $ (296.41) |
| DB27M8JF6K | $ (95.62) | DU9P4J8NF2 | $ (241.58) |
| DB5UX2NSW6 | $ (232.60) | DUG2DHLABP | $ (1,021.53) |
| DBLPKQWHD3 | $ (529.20) | DUSXZJBV94 | $ (86.83) |
| DBSHY3RMDK | $ (506.18) | DUZ2AQDET4 | $ (218.56) |
| DBXTC84S53 | $ (21.54) | DV3FBQRKLT | $ (81.96) |
| DC2UNKPV9G | $ (250.75) | DVG3ZHXM96 | $ (6,830.00) |
| DC4HKUB3FQ | $ (35.90) | DVH3T2W5SN | $ (50.15) |
| DC546FTZ9N | $ (209.77) | DVP4YE7CSM | $ (99.66) |
| DCN39QEP7W | $ (24,874.60) | DVZDKWXTNP | $ (145.96) |
| DCQ3YJMKZT | $ (287.43) | DW38DSGKJM | $ (241.77) |
| DCQP2GULRK | $ (46.67) | DW5R8Z7HTE | $ (556.52) |
| DCSU5FLG7A | $ (39.49) | DWDMB9E7FU | $ (168.79) |
| DCSVBPRQ7Y | $ (35.90) | DWEAPQRY2Z | $ (406.07) |
| DCW9EA8SZ4 | $ (1,852.01) | DWKHBJALCE | $ (54,757.06) |
| DDRW5AYQLF | $ (21.54) | DWS6GLYH3D | $ (442.37) |
| DE2F4ARMSL | $ (159.62) | DWSH7JYN3U | $ (250.56) |
| DE3NFLUKCX | $ (182.45) | DX2NMH3D6U | $ (2,891.00) |
| DE3YCTMNGD | $ (12.03) | DX9UFBM26R | $ (25.13) |
| DEG5NYHJPM | $ (109.28) | DXL38SEBRQ | $ (14.36) |
| DEJRQ5NCYA | $ (14.40) | DXPVHW2BKQ | $ (40.41) |
| DEKF63LA78 | $ (1,816.78) | DY2KWCMFBL | $ (351.24) |
| DESW2NDRFH | $ (39.49) | DY8BNZXSVM | $ (291.92) |
| DEZAN3HRBT | $ (152,997.14) | DYMLTP7XBK | $ (10.77) |
| DF526TX7MS | $ (89.75) | DYNEFPX3CJ | $ (26.97) |
| DF9DXBPQLY | $ (55.02) | DYNS9738QJ | $ (10.77) |
| DFVTPMA7NK | $ (282.75) | DYP8T26DZB | $ (159.62) |
| DFZ2Q4AS96 | $ (95.62) | DYUMW6VPRT | $ (529.01) |
| DGDSBZ3WV4 | $ (28.72) | DYV2GKCDQW | $ (122.94) |
| DH35Y2ZQBK | $ (17.95) | DZ7Y9SRHPG | $ (424.22) |
| DHE83K6QVZ | $ (25.13) | DZVNRUXPSA | $ (43.08) |
| DJ3SL5V6Q8 | $ (32.31) | DZX3KDQ5GB | $ (450.78) |
| DJ8XAH9UDP | $ (39.49) | P3Z4RXPVH8 | $ (123.25) |
| DJDGLNCXW8 | $ (32.31) | PMCKB8QAVN | $ (1,114.40) |
| DJVFWYN8K7 | $ (64.00) | PQZWY4G9KS | $ (696.66) |
| DK5R2UQ43M | $ (240.53) | PRJ4WFYS3E | $ (273.20) |

**TOTAL CLAIMS: 156**
**TOTAL RECOGNIZED CLAIMS: $725,571.36**

_____

| DKBMCPLS9G | $ | (25.13) | PV6CZQ3AJT | $ | (6.63) |
|------------|---|---------|------------|---|--------|