# EXHIBIT G

# INVOICES

| Invoice Date | Invoice Number | Amount | |
|---|---|---|---|
| 8/14/2024 | 172250 | $ | 172,250.18 |
| 8/29/2024 | 172456 | $ | 80,457.69 |
| 9/19/2024 | 172581 | $ | 9,897.78 |
| 10/23/2024 | 172903 | $ | 11,392.00 |
| 11/25/2024 | 173059 | $ | 120,967.14 |
| 12/20/2024 | 173274 | $ | 12,352.57 |
| 1/28/2025 | 174025 | $ | 12,094.71 |
| 2/18/2025 | 174105 | $ | 12,649.30 |
| 3/24/2025 | 174448 | $ | 10,660.16 |
| 4/17/2025 | 174576 | $ | 5,849.79 |
| 5/9/2025 | 174760 | $ | 4,726.45 |
| 6/6/2025 | 174950 | $ | 4,579.62 |
| 7/15/2025 | 175159 | $ | 4,803.92 |
| 8/8/2025 | 175340 | $ | 4,703.24 |
| Total through July 31, 2025 | | $ | 467,384.55 |
| 3/24/2025 Distribution Estimate (174449) | | $ | 43,318.60 |

| | | |
|---|---|---|
| **Total** | $ | 510,703.15 |



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/14/2024 | 172250 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Inception - June 30, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Initial Set-Up Fee | 7,500.00 | 7,500.00 |
| 14.75 | Building and Testing Database Calculation Module | 275.00 | 4,056.25 |
| 4 | Monthly IVR Maintenance | 50.00 | 200.00 |
| 1 | IVR Set-Up Fee | 1,900.00 | 1,900.00 |
| 312.88 | IVR Minutes | 0.32 | 100.12 |
| 8.75 | Contact Center Agent | 65.00 | 568.75 |
| 9 | Contact Center Set-Up | 160.00 | 1,440.00 |
| 20 | Website Set-Up Fee | 135.00 | 2,700.00 |
| 64 | Interactive Website (Online Claim Filing Portal) | 210.00 | 13,440.00 |
| 4 | Monthly Website Hosting | 250.00 | 1,000.00 |
| 33.5 | Broker Mailing | 210.00 | 7,035.00 |
| 75.25 | Working with DTC/Brokers | 135.00 | 10,158.75 |
| 100,000 | Print 24-page Notice Packet | 0.69 | 69,000.00 |
| 12.25 | Summary Notice "Production Costs" | 290.00 | 3,552.50 |
| 5.25 | Bank, Broker, Nominee, and Fulfillment Expenses | 210.00 | 1,102.50 |
| 17.5 | Class Member Communications | 100.00 | 1,750.00 |
| 5.75 | Publication Notice on DTC LENS System | 160.00 | 920.00 |
| 64.5 | Project Management (Includes Affidavits) | 180.00 | 11,610.00 |
| 38 | Claims Processing - Paper Claims | 5.95 | 226.10 |
| 1 | US1 National Newsline | 3,620.00 | 3,620.00 |
| 1 | Investors Business Daily | 4,400.00 | 4,400.00 |
| | | | |
| | EXPENSES | | |

| | Invoice Total |
|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/14/2024 | 172250 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 4 | PO Box | 175.00 | 700.00 |
| 19,418 | Electronic Storage | 0.006 | 116.51 |
| | Broker Reimbursement | 4,047.53 | 4,047.53 |
| | Postage | 19,067.42 | 19,067.42 |
| | FedEx | 2,030.00 | 2,030.00 |
| 35 | Copy Charges | 0.25 | 8.75 |

| | |
|---|---|
| **Invoice Total** | $172,250.18 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/29/2024 | 172456 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 670.41 | IVR Minutes | 0.32 | 214.53 |
| 12 | Contact Center Agent | 65.00 | 780.00 |
| 4.25 | Website Set-Up Fee | 135.00 | 573.75 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 12.5 | Working with DTC/Brokers | 135.00 | 1,687.50 |
| 1.25 | Escalated Communications | 160.00 | 200.00 |
| 4.5 | Class Member Communications | 100.00 | 450.00 |
| 30 | Project Management | 180.00 | 5,400.00 |
| 12 | Quality Assurance and Fraud Review | 210.00 | 2,520.00 |
| 378 | Claims Processing - Paper Claims | 5.95 | 2,249.10 |
| 28 | Claims Processing - Electronic Claims | 1.95 | 54.60 |
| 712 | Processing Undeliverables | 0.25 | 178.00 |
| 170 | Print/Mail Postcard Acknowledgement | 0.08 | 13.60 |
| 893 | Address Update Before 1st Mailing | 0.025 | 22.33 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 175.00 | 175.00 |
| 25,439 | Electronic Storage | 0.006 | 152.63 |
| | Broker Reimbursement | 64,728.47 | 64,728.47 |
| | Postage | 475.60 | 475.60 |
| | FedEx | 66.83 | 66.83 |
| 853 | Copy Charges | 0.25 | 213.25 |
| | | **Invoice Total** | |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/29/2024 | 172456 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Box Storage | 2.50 | 2.50 |

| | Invoice Total | $80,457.69 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/19/2024 | 172581 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 193.41 | IVR Minutes | 0.32 | 61.89 |
| 4.5 | Contact Center Agent | 65.00 | 292.50 |
| 3 | Website Set-Up Fee | 135.00 | 405.00 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 1.5 | Broker Outreach | 100.00 | 150.00 |
| 8.5 | Class Member Communications | 100.00 | 850.00 |
| 30 | Project Management | 180.00 | 5,400.00 |
| 4.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 210.00 | 945.00 |
| 2.5 | Quality Assurance and Fraud Review | 210.00 | 525.00 |
| 16 | Claims Processing - Paper Claims | 5.95 | 95.20 |
| 237 | Claims Processing - Electronic Claims | 1.95 | 462.15 |
| 35 | Processing Undeliverables | 0.25 | 8.75 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 175.00 | 175.00 |
| 34,660 | Electronic Storage | 0.006 | 207.96 |
| | Postage | 11.83 | 11.83 |
| 3 | Box Storage | 2.50 | 7.50 |

| | **Invoice Total** | **$9,897.78** |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/23/2024 | 172903 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 228.19 | IVR Minutes | 0.32 | 73.02 |
| 9.35 | Contact Center Agent | 65.00 | 607.75 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 10.75 | Class Member Communications | 100.00 | 1,075.00 |
| 0.25 | Working with DTC/Brokers | 135.00 | 33.75 |
| 29.75 | Project Management | 180.00 | 5,355.00 |
| 7.75 | Quality Assurance and Fraud Review | 210.00 | 1,627.50 |
| 164 | Claims Processing - Paper Claims | 5.95 | 975.80 |
| 91 | Claims Processing - Electronic Claims | 1.95 | 177.45 |
| 12 | Processing Undeliverables | 0.25 | 3.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 175.00 | 175.00 |
| 40,497 | Electronic Storage | 0.006 | 242.98 |
| | Postage | 181.80 | 181.80 |
| 4 | Box Storage | 2.50 | 10.00 |
| 1,515 | Copy Charges | 0.25 | 378.75 |
| | Broker Reimbursement | 175.20 | 175.20 |

| | Invoice Total | $11,392.00 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/25/2024 | 173059 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (October 1 - 31, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 619.78 | IVR Minutes | 0.32 | 198.33 |
| 3.75 | Contact Center Agent | 65.00 | 243.75 |
| 1.5 | Building and Testing Database Calculation Module | 275.00 | 412.50 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 13 | Class Member Communications | 100.00 | 1,300.00 |
| 36.75 | Project Management | 180.00 | 6,615.00 |
| 67.75 | Quality Assurance and Fraud Review | 210.00 | 14,227.50 |
| 15 | Claims Processing - Paper Claims | 5.95 | 89.25 |
| 49,196 | Claims Processing - Electronic Claims | 1.95 | 95,932.20 |
| 407 | Print/Mail Postcard Acknowledgement | 0.08 | 32.56 |
| 326 | Print and Mail Deficiency and Rejection letters | 0.08 | 26.08 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 91,797 | Electronic Storage | 0.006 | 550.78 |
| | Postage | 294.31 | 294.31 |
| | Box Storage | 35.38 | 35.38 |
| 2,058 | Copy Charges | 0.25 | 514.50 |

**Invoice Total** $120,967.14

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/20/2024 | 173274 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (November 1 - 30, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 117.16 | IVR Minutes | 0.32 | 37.49 |
| 1.5 | Contact Center Agent | 65.00 | 97.50 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 6.25 | Class Member Communications | 100.00 | 625.00 |
| 11.75 | Project Management | 180.00 | 2,115.00 |
| 39.75 | Quality Assurance and Fraud Review | 210.00 | 8,347.50 |
| 5 | Claims Processing - Paper Claims | 5.95 | 29.75 |
| 4 | Claims Processing - Electronic Claims | 1.95 | 7.80 |
| 20 | Processing Undeliverables | 0.25 | 5.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 92,463 | Electronic Storage | 0.006 | 554.78 |
| | Box Storage | 12.50 | 12.50 |
| 101 | Copy Charges | 0.25 | 25.25 |

| | **Invoice Total** | $12,352.57 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 1/28/2025 | 174025 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
| --- | --- |
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (December 1 - 31, 2024) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 27.25 | Class Member Communications | 100.00 | 2,725.00 |
| 16.5 | Project Management | 180.00 | 2,970.00 |
| 12 | Quality Assurance and Fraud Review | 210.00 | 2,520.00 |
| 2 | Working with DTC/Brokers | 135.00 | 270.00 |
| 3.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 210.00 | 682.50 |
| 4.75 | Working with Institutions, Brokers and Other Electronic Filers | 210.00 | 997.50 |
| 5 | Escalated Communications | 160.00 | 800.00 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 92,513 | Electronic Storage | 0.006 | 555.08 |
| | Box Storage | 12.50 | 12.50 |
| 123 | Copy Charges | 0.25 | 30.75 |
| | FedEx | 36.38 | 36.38 |

| | **Invoice Total** | **$12,094.71** |
| --- | --- | --- |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/18/2025 | 174105 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 11.55 | IVR Minutes | 0.32 | 3.70 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 4.25 | Class Member Communications | 100.00 | 425.00 |
| 19.75 | Project Management | 180.00 | 3,555.00 |
| 13 | Quality Assurance and Fraud Review | 210.00 | 2,730.00 |
| 22.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 210.00 | 4,672.50 |
| 27 | Claims Processing - Paper Claims | 5.95 | 160.65 |
| 5 | Claims Processing - Electronic Claims | 1.95 | 9.75 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 92,513 | Electronic Storage | 0.006 | 555.08 |
| | Box Storage | 12.50 | 12.50 |
| | FedEx | 30.12 | 30.12 |

| | **Invoice Total** | $12,649.30 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/24/2025 | 174448 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (February 1 - 28, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 2.34 | IVR Minutes | 0.32 | 0.75 |
| 0.75 | Contact Center – Setup | 160.00 | 120.00 |
| 0.25 | Contact Center Agent | 65.00 | 16.25 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 9.25 | Class Member Communications | 100.00 | 925.00 |
| 32.5 | Project Management | 180.00 | 5,850.00 |
| 11.5 | Quality Assurance and Fraud Review | 210.00 | 2,415.00 |
| 1.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 210.00 | 262.50 |
| 1 | Claims Processing - Paper Claims | 5.95 | 5.95 |
| 11 | Print/Mail Postcard Acknowledgement | 0.08 | 0.88 |
| 5 | Processing Undeliverables | 0.25 | 1.25 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 92,513 | Electronic Storage | 0.006 | 555.08 |
| | Box Storage | 12.50 | 12.50 |

| | | |
|---|---|---|
| | **Invoice Total** | $10,660.16 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/17/2025 | 174576 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 11.18 | IVR Minutes | 0.32 | 3.58 |
| 0.25 | Contact Center – Setup | 160.00 | 40.00 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 5.75 | Class Member Communications | 100.00 | 575.00 |
| 18.75 | Project Management | 180.00 | 3,375.00 |
| 3.75 | Quality Assurance and Fraud Review | 210.00 | 787.50 |
| 3 | Claims Processing - Electronic Claims | 1.95 | 5.85 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 92,519 | Electronic Storage | 0.006 | 555.11 |
| | Box Storage | 12.50 | 12.50 |
| 1 | Copy Charges | 0.25 | 0.25 |

| | Invoice Total | $5,849.79 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA 98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/9/2025 | 174760 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 4.54 | IVR Minutes | 0.32 | 1.45 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 7.75 | Class Member Communications | 100.00 | 775.00 |
| 13 | Project Management | 180.00 | 2,340.00 |
| 2.5 | Quality Assurance and Fraud Review | 210.00 | 525.00 |
| 11 | Claims Processing - Electronic Claims | 1.95 | 21.45 |
| 3 | Processing Undeliverables | 0.25 | 0.75 |
| 1 | Print and Mail Deficiency and Rejection letters | 0.08 | 0.08 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 92,537 | Electronic Storage | 0.006 | 555.22 |
| | Box Storage | 12.50 | 12.50 |

| | | | |
|---|---|---|---|
| | | **Invoice Total** | $4,726.45 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA 98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/6/2025 | 174950 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 5.31 | IVR Minutes | 0.32 | 1.70 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 7 | Class Member Communications | 100.00 | 700.00 |
| 11 | Project Management | 180.00 | 1,980.00 |
| 2.25 | Quality Assurance and Fraud Review | 210.00 | 472.50 |
| 186 | Claims Processing - Electronic Claims | 1.95 | 362.70 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 92,537 | Electronic Storage | 0.006 | 555.22 |
| | Box Storage | 12.50 | 12.50 |

| | |
|---|---|
| **Invoice Total** | $4,579.62 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/15/2025 | 175159 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 31.05 | IVR Minutes | 0.32 | 9.94 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 2.5 | Class Member Communications | 100.00 | 250.00 |
| 14.25 | Project Management | 180.00 | 2,565.00 |
| 4.25 | Quality Assurance and Fraud Review | 210.00 | 892.50 |
| 2 | Claims Processing - Electronic Claims | 1.95 | 3.90 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 95,847 | Electronic Storage | 0.006 | 575.08 |
| | Box Storage | 12.50 | 12.50 |

| | | |
|---|---|---|
| | **Invoice Total** | $4,803.92 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/8/2025 | 175340 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2025) | | |
| | | | |
| | FEES | | |
| 1 | Monthly IVR Maintenance | 50.00 | 50.00 |
| 25.8 | IVR Minutes | 0.32 | 8.26 |
| 1 | Monthly Website Hosting | 250.00 | 250.00 |
| 4.5 | Class Member Communications | 100.00 | 450.00 |
| 14.25 | Project Management | 180.00 | 2,565.00 |
| 2.75 | Quality Assurance and Fraud Review | 210.00 | 577.50 |
| 10 | Claims Processing - Electronic Claims | 1.95 | 19.50 |
| | | | |
| | EXPENSES | | |
| 1 | PO Box | 195.00 | 195.00 |
| 95,914 | Electronic Storage | 0.006 | 575.48 |
| | Box Storage | 12.50 | 12.50 |

| | |
|---|---|
| **Invoice Total** | $4,703.24 |

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1201 2nd Ave., Suite 3400
Seattle, WA  98101
800.207.7160
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/24/2025 | 174449 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
1251 Avenue of the Americas
44th Floor
New York, NY 10020

| PROJECT | TERMS |
|---------|-------|
| GCE - Grand Canyon Education Securities L | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Distribution Estimate (Assumes 7 Months) | | |
| | | | |
| | FEES | | |
| 5,200 | Check Printing | 0.29 | 1,508.00 |
| 160 | Deminimis Postcards | 0.08 | 12.80 |
| 20 | Coordinate and Wire Disbursement | 125.00 | 2,500.00 |
| 20 | Uncashed Check Outreach | 95.00 | 1,900.00 |
| 15 | Bank Account Reconciliation (Positive Pay Uploads & Check Exception Review) | 180.00 | 2,700.00 |
| 25 | Coordinate Distribution/Project Management | 180.00 | 4,500.00 |
| 7,500 | IVR Minutes | 0.32 | 2,400.00 |
| 40 | Live Operators | 65.00 | 2,600.00 |
| 7 | IVR Maintenance Fee | 50.00 | 350.00 |
| 7 | Website Monthly Maintanence Fee | 250.00 | 1,750.00 |
| 1 | OFAC Search | 5,000.00 | 5,000.00 |
| | | | |
| | EXPENSES | | |
| 5,200 | Check Postage | 0.71 | 3,692.00 |
| 260 | Check Reissue Postage | 0.71 | 184.60 |
| 160 | Deminims Postcard Postage | 0.56 | 89.60 |
| 648,600 | Electronic Storage | 0.006 | 3,891.60 |
| 150 | Box Storage | 2.50 | 375.00 |
| 7 | PO Box | 195.00 | 1,365.00 |
| 1 | Document Destruction | 2,500.00 | 2,500.00 |
| 2 | Tax Return: 2025 and 2026 | 3,000.00 | 6,000.00 |

| | **Invoice Total** | $43,318.60 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1201 2nd Ave., Suite 3400, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024